**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).** **For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Vestavia Hills, Ltd.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Mount Royal Towers** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **62-1688625** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **9619 Chesapeake Drive Suite 103 San Diego, CA 92123** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **San Diego** County | **Location of principal assets, if different from principal place of business** **300 Royal Tower Drive Birmingham, AL 35209** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.mountroyaltowers.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

1/03/20 2:30PM

| Debtor | **Vestavia Hills, Ltd.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

6233

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:

  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

1/03/20  2:30PM

| Debtor | Vestavia Hills, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11.  Why is the case filed in this district?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **The property needs to be sold and managed prior to said sale.**

**Where is the property?**    **300 Royal Tower Drive**
**Birmingham, AL, 35209-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency    **Willis Towers Watson**

Contact name    **John Purdum**

Phone    **251-544-0287**

---

**  Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

1/03/20 2:30PM

| Debtor | **Vestavia Hills, Ltd.** | Case number (*if known*) |
| | Name | |

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  3, 2020**
                        MM / DD / YYYY

X _~~(signature)~~_    **Kevin Moriarty**
Signature of authorized representative of debtor       Printed name

Title    **President of General Partner, IPG Holding**

**18. Signature of attorney**

X _~~(signature)~~_    Date    **January  3, 2020**
Signature of attorney for debtor                         MM / DD / YYYY

**James P. Hill 90478**
Printed name

**Sullivan Hill Rez & Engel, A Professional Law Corporation**
Firm name

**600 B Street**
**Suite 1700**
**San Diego, CA 92101**
Number, Street, City, State & ZIP Code

Contact phone    **(619) 233-4100**    Email address    **info@sullivanhill.com**

**90478 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Vestavia Hills, Ltd.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 3, 2020**           X _____
                                              Signature of individual signing on behalf of debtor

                                              **Kevin Moriarty**
                                              Printed name

                                              **President of General Partner, IPG Holding**
                                              Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

1/03/20 3:53PM

**Fill in this information to identify the case:**

Debtor name      **Vestavia Hills, Ltd.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................    $    **17,000,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................    $    **1,531,957.02**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................    $    **18,531,957.02**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **17,671,657.03**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$    **12,071,133.08**

4.    **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b    $    **29,742,790.11**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Vestavia Hills, Ltd.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ActivCare Living 9619 Chesapeake Drive, Suite 103 San Diego, CA 92123** | | **Trade Debt** | | | | **$1,728.94** |
| **American Lighting Inc. P.O. BOX 10872 Birmingham, AL 35202** | | **Trade Debt** | | | | **$552.71** |
| **AMERIPRIDE SERVICES INC. P.O. BOX 1564 BEMIDJI, MN 56619-1564** | | **Trade Debt** | | | | **$369.05** |
| **Calvin Anthony Morris 216 MAMIE LANE Birmingham, AL 35215** | | **Trade Debt** | | | | **$400.00** |
| **Cantata Health fka NTT Data P.O. BOX 123875 Dallas, TX 75312-3875** | | **Trade Debt** | | | | **$402.77** |
| **CUSTOM MEDICAL SOLUTIONS 7100 NORTHLAND CIRCLE # 410 BROOKLYN PARK, MN 55428** | | **Trade Debt** | | | | **$8,634.37** |
| **ELISABETH EISNER 4040 PORTE DE PALMAS, SUITE 32 SAN DIEGO, CA 92122** | | **Legal Fees** | | | | **$715.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

1/03/20  3:20PM

| Debtor | **Vestavia Hills, Ltd.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FELDER SERVICES, LLC** P.O. BOX 70171 MOBILE, AL 36670 | | **Trade Debt** | | | | **$18,622.50** |
| **Just Medical Inc.** 1071 JAMESTOWN BLVD, UNIT D-6 Watkinsville, GA 30677 | | **Trade debt** | | | | **$3,495.76** |
| **Malimar Technology Group, Inc.** P.O. BOX 880595 San Diego, CA 92168 | | **Trade Debt** | | | | **$360.50** |
| **MCKESSON** PO BOX 630693 CINCINNATI, OH 45263-0693 | | **Trade Debt** | | | | **$14,820.93** |
| **Medico Inc.** 1600 7TH ST. NORTH Clanton, AL 35045 | | **Trade Debt** | | | | **$649.11** |
| **Mobilex USA** P.O. BOX 17462 Baltimore, MD 21297 | | **Trade Debt** | | | | **$405.88** |
| **Nutrition Systems Consulting** P.O. BOX 5229 Jackson, MS 39296 | | **Trade Debt** | | | | **$1,857.44** |
| **OMNICARE, INC.** DEPT 781668 DETROIT, MI 48278-1668 | | **Trade Debt** | | | | **$11,239.67** |
| **POINTCLICKCARE TECHNOLOGIES IN** P.O. BOX 674802 DETROIT, MI 48267 | | **Trade Debt** | | | | **$3,401.90** |
| **RESTORE THERAPY SERVICES** 245 CAHABA VALLEY PARKWAY # 2 PELHAM, AL 35124 | | **Trade Debt** | | | | **$22,957.56** |
| **Seniors Resource Guide** P.O. BOX 6027 Denver, CO 80206 | | **Trade Debt** | | | | **$533.33** |
| **Trinity Contractors LLC** 561 Simmons drive Trussville, AL 35173 | | **Trade Debt** | | | | **$638.33** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **Vestavia Hills, Ltd.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WILLIS OF ALABAMA P.O. BOX 730416 DALLAS, TX 75373** | | **Trade Debt** | | | | **$3,681.00** |

**Fill in this information to identify the case:**

Debtor name    **Vestavia Hills, Ltd.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | **$1,500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Regions Bank**<br>**Mount Royal Towers Office**<br>**1118 Royal Tower Drive**<br>**Homewood AL 35209** | **General Account** | **8425** | **$2,889.42** |
| 3.2. | **Regions Bank**<br>**Mount Royal Towers Office**<br>**1118 Royal Tower Drive**<br>**Homewood AL 35209** | **Payroll Account** | **4335** | **$2,615.46** |
| 3.3. | **Comerica Bank**<br>**955 J Street**<br>**San Diego CA 92101-4569** | **Reserve Account** | **3953** | **$78,158.64** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$85,163.52** |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

| Debtor | **Vestavia Hills, Ltd.** | Case number *(If known)* | |
|--------|--------------------------|--------------------------|--|
| | Name | | |

■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

      **Patient Trust Funds held at**
      **Wells Fargo Bank, N.A. (182)**
      **PO Box 63020**
      **San Francisco CA 94163**

    7.1.   **Account ending 1595**            **$150,590.09**

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

    8.1.  **Prepaid Insurance and Other Prepaid Expenses**          **$217,650.41**

**9.** **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.           **$368,240.50**

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

    11a. 90 days old or less:     **827,091.00**   -     **2,950.00**  = ....     **$824,141.00**
                  face amount                     doubtful or uncollectible accounts

**12.** **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$824,141.00**

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** | | | | |

Debtor    **Vestavia Hills, Ltd.**                                    Case number *(If known)*
          Name

| | | | |
|---|---|---|---|
| **Patient Supplies** | | $539.00 | $539.00 |
| **Dietary Supplies** | | $4,368.00 | $4,368.00 |
| **Plant Operation and Maintenance Supplies** | | $5,592.00 | $5,592.00 |

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.                    | $10,499.00 |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No.  Go to Part 7.

    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.

    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Furniture and Fixtures** | $62,009.00 | | $62,009.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment** | $15,321.00 | | $15,321.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.                    | $77,330.00 |

| Debtor | **Vestavia Hills, Ltd.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **Automobiles** | **$15,120.00** | | **$15,120.00** |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Equipment - Dietary** | **$55,477.00** | | **$55,477.00** |
| **Equipment - Housekeeping/Maintenance** | **$18,200.00** | | **$18,200.00** |
| **Equipment - Nursing** | **$39,129.00** | | **$39,129.00** |
| **Common Area Equipment** | **$0.00** | | **$0.00** |
| **Miscellaneous Equipment** | **$38,657.00** | | **$38,657.00** |
| **Other Fixed Assets** | **$0.00** | | **$0.00** |

51. **Total of Part 8.**                                    | **$166,583.00** |
   Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:    Real property**

| Debtor | **Vestavia Hills, Ltd.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **300 Royal Tower Drive<br>Vestavia Hills, AL**<br><br>**Retirement Community** | **100% Fee Simple** | **$0.00** | **Purchase Offer** | **$17,000,000.00** |

| 56. | **Total of Part 9.** | | **$17,000,000.00** |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | | |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties**<br>**Alabama Business License - Assisted Living Facilities** | **Unknown** | | **Unknown** |
| **Jefferson County Department of Health Food Permit - Nursing Home Kitchen Permit** | **Unknown** | | **Unknown** |
| **Alabama State Board of Health (Skilled) Nursing Home License** | **Unknown** | | **Unknown** |

Debtor    **Vestavia Hills, Ltd.**                                   Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **CLIA Laboratory License** | Unknown | | Unknown |
| **Alabama State Board of Health Assisted Living Facility (ALF) License** | Unknown | | Unknown |
| **Alabama State Board of Health Asssisted Living Facility - Specialty Care (SCALF) License** | Unknown | | Unknown |
| **Catered Living - Jefferson County Business License** | Unknown | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** **Patient Lists** | Unknown | | Unknown |
| 64. | **Other intangibles, or intellectual property** **State Issued Certificate of Need - Alabama** | $776,634.00 | | Unknown |

65.    **Goodwill**

66.    **Total of Part 10.**

| $0.00 |
|---|

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Vestavia Hills, Ltd.**                Case number *(If known)* _____
         Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $85,163.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $368,240.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $824,141.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,499.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $77,330.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $166,583.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $17,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,531,957.02 | + 91b. $17,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,531,957.02 |

**Fill in this information to identify the case:**

Debtor name    **Vestavia Hills, Ltd.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

**Part 1:**  **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Gordon Food Service, Inc.** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien<br>**Food Inventory** | **$21,657.03** | **Unknown** |
| | **PO Box 88029**<br>**Chicago, IL 60680** | | | |
| | Creditor's mailing address | Describe the lien<br>**Purchase Money Security** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | **05/31/2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

| 2.2 | **Wells Fargo Bank, N.A.** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien<br>**300 Royal Tower Drive** | **$17,650,000.00** | **$0.00** |
| | **1 Independent Drive, 10th Fl.**<br>**MAC Z3094-100**<br>**Jacksonville, FL 32202** | **All cash and other assets of debtor**<br>**Claim amount includes principal, accrued interest and penalty interst.** | | |
| | Creditor's mailing address | Describe the lien<br>**Mortgage/Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | **2005** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**5170** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Debtor    **Vestavia Hills, Ltd.**
_____
Name                                                        Case number (*if know*)    _____

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$17,671,657.03** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name        **Vestavia Hills, Ltd.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| **Aishah Rahman** **6016 Rime Village East** **Birmingham, AL 35216** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Pre-Petition Wage Claim Amount TBD Salary Employee- $192.24/day** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| **Allen Woods** **2824 31st St W** **Birmingham, AL 35208** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Pre-Petition Wage Claim Amount TBD** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Vestavia Hills, Ltd.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Amber Arrington**
**557 6th Ct**
**Pleasant Grove, AL 35127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**
**Salary Employee -$264/day**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Angela Whatley**
**3210 Avenue I Ensley**
**Birmingham, AL 35218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Anita Parnell**
**1469 Pearson Ave Sw**
**Birmingham, AL 35211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Annie Mckinley**
**20 Westchester Crt**
**Apt 3**
**BIRMINGHAM, AL 35215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Anthony Kiptoo**
**731 C Raleigh Ct**
**Birmingham, AL 35209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Anthony Noel**
**7298 Owens Road**
**Mountain Grove, AL 65711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**
**Salary Employee- $145.90/day**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**April Richardson**
**2003 Artesian Springs Rd**
**Brighton, AL 35020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ashanti Hickman**
**806 Tyler Circle**
**Apt C**
**HOOVER, AL 35226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Vestavia Hills, Ltd.** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ashley Blevins**
**5271 Crowne Chase**
**Birmingham, AL 35244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Auri Underwood**
**1595 WILDERNESS LANE**
**Birmingham, AL 35235**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Barbara Johnson**
**700 42nd Street**
**Fairfield, AL 35064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Barbara Lail**
**300 Royal Tower Driv**
**Birmingham, AL 35209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**
**Salary Employee- $138.41/day**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|

**Barry Key**
**405 11th Ave**
**Birmingham, AL 35228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|

**Bernadine Barnes**
**6550 Ivy Walk**
**Bessemer, AL 35022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|

**Betty Edosomwan**
**2744 Oxmoor Way**
**Birmingham, AL 35211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|

**Bill Dunn**
**2658 Briarberry Dr**
**Vestavia, AL 35226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**
**Salary Employee- $230.68/day**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | **Blessing Osanu** | Check all that apply. |
|---|---|---|
| | **76 Milgray Lane** | ☐ Contingent |
| | **Calera, AL 35040** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Pre-Petition Wage Claim** |
| | **Amount TBD** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | **Bobby Love** | Check all that apply. |
|---|---|---|
| | **1213 Lafayette St** | ☐ Contingent |
| | **Birmingham, AL 35214** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Pre-Petition Wage Claim** |
| | **Amount TBD** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | **Breana Hawkins** | Check all that apply. |
|---|---|---|
| | **8036 Charles Barkley Avenue** | ☐ Contingent |
| | **BIRMINGHAM, AL 35094** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Pre-Petition Wage Claim** |
| | **Amount TBD** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | **Brenda Calvert** | Check all that apply. |
|---|---|---|
| | **4811 Burrows Crossing Rd** | ☐ Contingent |
| | **JASPER, AL 35504** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Pre-Petition Wage Claim** |
| | **Amount TBD** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brenda Chambers**
**713 Crowne Drive**
**Birmingham, AL 35224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Briana Sanders**
**3119 Berkley Ave**
**Bessemer, AL 35020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brianesha Patterson**
**1908 Wisteria Pl**
**Hoover, AL 35216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carolyn Turner**
**1313 99th St N**
**Birmingham, AL 35217**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.27 | Priority creditor's name and mailing address **Casey Shelton** **1336 Heflin Ave W** **Birmingham, AL 35214** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address **Charles L. Barnard** **9619 Chesapeake Dr** **Suite 103** **San Diego, CA 92123** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**
**Salary Employee -$296.16/day**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address **Christian Jordan** **428 Golden Crest Cir** **Birmingham, AL 35209** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address **Christina Curtis** **Po Box 21** **Wilton, AL 35187** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Christoph Alexander**
**50 Stone Crest Ter**
**Odenville, AL 35120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Chyzime Blackshear**
**1221 Graymont Ave W**
**Birmingham, AL 35208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Cynthia Goggins**
**2845 7th St N.E.**
**Center Point, AL 35215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Cynthia Moss-Bibb**
**3654 Grand Central Ave**
**Fultondale, AL 35068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**
**Salary Employee- $319.92/day**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

1/03/20  2:30PM

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cynthia Strozier**
**157 Warren Road**
**Alabaster, AL 35007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Daniel Washington**
**8516 Division Ave.**
**Birmingham, AL 35206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Daphne Mckinnon**
**1513 Smithfield Park Cir**
**Pleasant Grove, AL 35127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Debra Hatchett**
**5915 1st Ave S**
**Apt B**
**Birmingham, AL 35212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Deirdre Smith**
**820 Kent Dr**
**Odenville, AL 35120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Denise Stoudmire**
**7718 Sunrise Lane**
**Apt A**
**Birmingham, AL 35210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Deonna Rhodes**
**8140 2nd Avenue S**
**Birmingham, AL 35206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Derrick Bell**
**1636 17th Pl**
**Birmingham, AL 35211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address **Diamond Blackshear** **1221 Graymont Ave N** **Birmingham, AL 35208** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.44 | Priority creditor's name and mailing address **Doris Davis** **129 Sterling Circle Nw** **Apt. B** **Birmingham, AL 35215** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address **Edith Ransom** **4633 Grasselli Blvd** **Birmingham, AL 35221** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**
**Salary Employee- $144/day**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address **Eloise Brown** **1931 Princeton Ct SW** **Birmingham, AL 35211** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Eric Golden**
**6306 Letson Farms Drive**
**Bessemer, AL 35022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**
**Salary Employee- $384.47/day**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Erin Rutledge**
**1403 12th St N**
**Birmingham, AL 35204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ethel Wills**
**1808 Amberley Woods Way**
**Helena, AL 35080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Felonia Jones**
**4313 Carver Ave Sw**
**Birmingham, AL 35221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Folami Brown** | *Check all that apply.* | | |
| | **429 Green Springs Hwy** | ☐ Contingent | | |
| | **Suite 161-475** | ☐ Unliquidated | | |
| | **Birmingham, AL 35209** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Pre-Petition Wage Claim Amount TBD** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Frank Hibbler** | *Check all that apply.* | | |
| | **237 52nd St N** | ☐ Contingent | | |
| | **Birmingham, AL 35212-3115** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Pre-Petition Wage Claim Amount TBD** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Giavonnya Purkson** | *Check all that apply.* | | |
| | **108 Sterling Ct NW** | ☐ Contingent | | |
| | **Apt D** | ☐ Unliquidated | | |
| | **BIRMINGHAM, AL 35215** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Pre-Petition Wage Claim Amount TBD** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Gladys Davis** | *Check all that apply.* | | |
| | **136 Green Wood Cir** | ☐ Contingent | | |
| | **Calera, AL 35040** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Pre-Petition Wage Claim Amount TBD** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Glenn Wells**
**1139 16th Ave South**
**Apt. 1**
**Birmingham, AL 35205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Grace Okafor**
**4554 Brookshire Loop**
**Apt D**
**Bessemer, AL 35022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Haley Skinner**
**220 Timber Trail**
**Warrior, AL 35180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Helen Parham**
**3345 Jefferson Ave SW**
**Birmingham, AL 35221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ida Pope**
**920 4th Street West**
**Birmingham, AL 35204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jackie Russell**
**28 El Dorado  East**
**Tuscaloosa, AL 35405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**
**Salary Employee- $280/day** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**James Cook**
**5259 Crowne Chase Pkwy**
**BIRMINGHAM, AL 35244**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**James Taylor**
**5701 Rime Village Dr**
**Hoover, AL 35216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Janice Carter**
**3411-E Primm Lane**
**Hoover, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Janice Fite**
**220 17th Avenue Sw**
**Birmingham, AL 35211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jasmine House**
**828 Martinwood Lane**
**Birmingham, AL 35235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Peition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jasmine Jackson**
**3025 15th St Ensley**
**Birmingham, AL 35208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jeffrey Tidwell**
**404 2nd Street South**
**Oneonta, AL 35121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Pre-Petition Wage Claim** |
| | **Amount TBD** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jeralyn Moore**
**4609 Grasselli Blvd SW**
**Birmingham, AL 35221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Pre-Petition Wage Claim** |
| | **Amount TBD** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jessyca Greenwood**
**4212 Fieldstone Dr**
**Birmingham, AL 35215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Pre-Petition Wage Claim** |
| | **Amount TBD** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joseph Foster**
**514 1st St. South**
**Birmingham, AL 35205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Pre-Petition Wage Claim** |
| | **Amount TBD** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Josephine Baldwin**
**4340 Harmon St**
**Birmingham, AL 35217**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Pre-Petition Wage Claim**<br>**Amount TBD** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Josette White**
**1409 Winola Lane**
**Birmingham, AL 35235**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Pre-Petition Wage Claim**<br>**Amount TBD** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Katrina Hives**
**516 Esplanade Drive**
**Birmingham, AL 35206**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Pre-Petition Wage Claim**<br>**Amount TBD** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Keather Daniels**
**1617 Bryson Street**
**Birmingham, AL 35228**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Pre-Petition Wage Claim**<br>**Amount TBD** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|--------|--------------------------|------------------------|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|---------------------------------------------|----------------------------------------------|---|---|

2.75    Priority creditor's name and mailing address

**Kerry Lenard Marshall Dunn**
**808 23rd Street SW**
**Birmingham, AL 35211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.76    Priority creditor's name and mailing address

**Kimberley Taylor**
**424 Commons Drive**
**Birmingham, AL 35209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.77    Priority creditor's name and mailing address

**Kiya Gamble**
**460 Beasley Rd**
**Gardendale, AL 35071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.78    Priority creditor's name and mailing address

**Lamont Lane**
**301 Tuscaloosa Avenue SW**
**Birmingham, AL 35211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Vestavia Hills, Ltd.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Laquiesha Abercrombie**<br>**1325 Jersey Street**<br>**Birmingham, AL 35224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Pre-Petition Wage Claim**<br>**Amount TBD** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Latesicia Sanders**<br>**1816 Woodvine Lane**<br>**Birmingham, AL 35215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Pre-Petition Wage Claim**<br>**Amount TBD** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Laura Shelton**<br>**3005 Apple Valley Lane**<br>**A**<br>**Birmingham, AL 35215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Pre-Petition Wage Claim**<br>**Amount TBD** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Leesa Lewis**<br>**2000 20Th St So**<br>**Birmingham, AL 35209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Pre-Petition Wage Claim**<br>**Amount TBD**<br>**Salary Employee- $288.35/day** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **Vestavia Hills, Ltd.**                                                    Case number (if known) _____

_____
Name

| | | |
|---|---|---|
| 2.83 | Priority creditor's name and mailing address | **Unknown** **Unknown** |

**Leona  Evans**
**2000 Stouts Rd**
**Apt M**
**Birmingham, AL 35234**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Pre-Petition Wage Claim Amount TBD** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.84 | Priority creditor's name and mailing address | **Unknown** **Unknown** |

**Lesa Jones**
**321 Half Moon Bend**
**Birmingham, AL 35206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim Amount TBD**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.85 | Priority creditor's name and mailing address | **Unknown** **Unknown** |

**Leticia Nolan**
**22143 Green Pine Dr**
**West Blocton, AL 35184**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim Amount TBD**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.86 | Priority creditor's name and mailing address | **Unknown** **Unknown** |

**Lilian Musa**
**723 Lake Heather Reserve**
**Birmingham, AL 35242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim Amount TBD**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Linda Brown**
**709 Darlene Drive**
**Birmingham, AL 35217**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Linda Ortiz**
**2774 Sydney Dr**
**Apt 308**
**BIRMINGHAM, AL 35211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lolita Oliver**
**1208 41st Street W**
**Birmingham, AL 35208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Loretta Beverly**
**1732 Wharton Avenue**
**Birmingham, AL 35217**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Vestavia Hills, Ltd.** | | Case number (if known) | |
|--------|---------------------------|--|------------------------|--|
| | Name | | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Loris Stinson**
**PO Box 311133**
**Birmingham, AL 35231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Lorraine Mcauthor**
**7711 Sunrise Place**
**Apt L**
**Birmingham, AL 35210-1368**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Lovett Greenwood**
**1904 12th Pl Sw**
**Birmingham, AL 35211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Lucy Kamau**
**2698 Briarberry Dr**
**VESTAVIA, AL 35226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | |
|---|---|
| Debtor | **Vestavia Hills, Ltd.** |
| | Name |

Case number (if known) _____

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lydia Kizer**
**1500 18th St. Sw**
**Birmingham, AL 35211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Marilyn Gilmore**
**2025 Little Mountain Circle**
**Apt A8**
**PELHAM, AL 35124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Marilyn Zeigler**
**8529 Division Ave**
**Birmingham, AL 35206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Martha Carrington**
**477 2nd St N**
**Birmingham, AL 35204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mary  Doss**
**1925 Springlake Ct**
**Birmingham, AL 35215**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Pre-Petition Wage Claim Amount TBD** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mary Ugbo**
**12772 Hilda Drive**
**Mc Calla, AL 35111**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Pre-Petition Wage Claim Amount TBD** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mattie Porter**
**2241 Greensprings Hwy S**
**Apt H**
**Birmingham, AL 35205**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Pre-Petition Wage Claim Amount TBD** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Maurice Brown**
**1537 32nd St Ens**
**BIRMINGHAM, AL 35218**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Pre-Petition Wage Claim Amount TBD** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Meka Weathersby**
**801 Overlook Cir**
**Bessemer, AL 35023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Melissa Griffis**
**6344 Mountainview Cir**
**Gardendale, AL 35071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**
**Salary Employee- $303.73/day**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Melissa Mabry**
**3653 44th Avenue N**
**Birmingham, AL 35207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Miles Watts**
**4713 Ave R**
**Birmingham, AL 35208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Misti Tidwell**
**404 2nd St South**
**Oneonta, AL 35121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**
**Salary Employee- $230.68/day**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Miyashe Rutledge**
**620 Ferndale Circle**
**Birmingham, AL 35235**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Nadelia Thomas**
**3665 Cedarbrook Trl**
**Apt C**
**Hoover, AL 35216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Nadine Whitaker**
**23325 Steiner Ave**
**Birmingham, AL 35211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Vestavia Hills, Ltd.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nicole Harris**
**1444 Princeton Avenue N**
**Birmingham, AL 35217**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Pamela Smith**
**3048 Apple Valley Lane**
**Birmingham, AL 35215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Pauline Simmons**
**2155 Hwy 82**
**Centerville, AL 35042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Queen Barnes**
**1019 Jerone St**
**Birmingham, AL 35214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Queen Pace**
**6000 Goldwire Trace**
**Unit 6006**
**BIRMINGHAM, AL 35211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Quindeline Ward**
**165 Tuscaloosa Avenue**
**BIRMINGHAM, AL 35211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Quinton Cain**
**2089 Alpine Vlg**
**Apt D**
**Hoover, AL 35216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Reginald Reedy**
**1019 Jerone Street**
**Birmingham, AL 35214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Renee Barnard**
**9619 Chesapeake Dr**
**Suite 103**
**San Diego, CA 92123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**
**Salary Employee -$576.72/day**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rueneda Sanders**
**1626 Pearson Ave SW**
**Apt B**
**Birmingham, AL 35211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sabrina Anders**
**1210 Elm Dr**
**Alabaster, AL 35007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sabrina Stephens**
**898 Mathas Creek Rd.**
**Cordova, AL 35550**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Samuel Davis**
**4809 Terrace R**
**Birmingham, AL 35208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Pre-Petition Wage Claim** |
| | **Amount TBD** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sandra Swinson**
**3900 Walnut Ave SW**
**Birmingham, AL 35221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Pre-Petition Wage Claim** |
| | **Amount TBD** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Shanautica Underwood**
**5444 Gordon Ave**
**Birmingham, AL 35221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Pre-Petition Wage Claim** |
| | **Amount TBD** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Shannon Mitchell**
**1259 Tuckawanna Drive**
**Apt 1**
**Birmingham, AL 35215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Pre-Petition Wage Claim** |
| | **Amount TBD** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.127**

Priority creditor's name and mailing address
**Sharon Caffee**
**1810 Exeter Ave**
**Bessmer, AL 35020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.128**

Priority creditor's name and mailing address
**Sheanicus Franklin**
**9247 Brookhurst Dr**
**Birmingham, AL 35235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.129**

Priority creditor's name and mailing address
**Sheila Blackshear**
**1221 Graymont Ave. W.**
**Birmingham, AL 35208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.130**

Priority creditor's name and mailing address
**Shelby Friedman**
**4614 Burning Tree Ln**
**Pelham, AL 35124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Sheritha A. Williams**
**1903 Spring Lake Court**
**Birmingham, AL 35215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shundria Watkins**
**1767 Lincoln Avenue SW**
**Birmingham, AL 35211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sophia Roberson**
**1699 Highway 231 N**
**VINCENT, AL 35178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stephanie Jones**
**1643 5th St N**
**Birmingham, AL 35204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stephanie Nelson**
**651 Earline Circle**
**Apt A**
**Birmingham, AL 35215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Pre-Petition Wage Claim**<br>**Amount TBD** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Takiyo Hines**
**4233 3rd Ave S**
**Apt. 308**
**Birmingham, AL 35222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Pre-Petition Wage Claim**<br>**Amount TBD** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tameca Burr**
**P O Box 36442**
**BIRMINGHAM, AL 35216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Pre-Petition Wage Claim**<br>**Amount TBD** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tami Tubbs**
**2519 11th Ave N**
**Bessemer, AL 35020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Pre-Petition Wage Claim**<br>**Amount TBD** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.139** | Priority creditor's name and mailing address

**Tamika Bishop**
**450 Hidden Ridge Drive**
**Odenville, AL 35120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.140** | Priority creditor's name and mailing address

**Tamika Trotter**
**825 Idlewood Road**
**Birmingham, AL 35235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.141** | Priority creditor's name and mailing address

**Taneisha Ward**
**5409 Main Street**
**MIDFIELD, AL 35228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.142** | Priority creditor's name and mailing address

**Tawarren Grant**
**1337 17th Pl SW**
**Birmingham, AL 35211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Teona Bell**
**1929 Princeton Ct SW**
**BIRMINGHAM, AL 35211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Teresa Stephenson**
**830 Old Sayre Mine Road**
**Graysville, AL 35073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Terrell Miller**
**3218 17th Ave N**
**Birmingham, AL 35234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Timothy  Moore**
**9517 East Pointe Circle**
**Birmingham, AL 35217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **Vestavia Hills, Ltd.**                              Case number (if known)
_____
Name

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tina  Wallace**
**725 Sunhill Road NW**
**Apt H**
**Center Point, AL 35215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tisha Bell**
**600 15th Place Sw**
**Birmingham, AL 35211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**
**Salary Employee - $564.42/day**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tracy Holman**
**7417 Apt B 2nd Ave South**
**Birmingham, AL 35206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Valarie Witt**
**1617 Bryson St**
**Birmingham, AL 35228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**
**Salary Employee- $161.48/day**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Vestavia Hills, Ltd.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Valeria Cornner**
**2709 Sayers Rd**
**Fultondale, AL 35068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wallace Coleman**
**2411 Dartmouth Ave**
**BESSEMER, AL 35020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wanda  Buchanan**
**1611 14th Ave**
**Birmingham, AL 35204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Xavier Tate**
**7823 4th Ave. North**
**Apt. A**
**Birmingham, AL 35206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Vestavia Hills, Ltd.**                                         Case number (if known) _____

_____
Name

| | | |
|---|---|---|
| 2.155 | Priority creditor's name and mailing address | **Unknown** **Unknown** |

**Yvonne Chandler**
**1413 Princeton Ave Sw**
**Apt D**
**Birmingham, AL 35211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.156 | Priority creditor's name and mailing address | **Unknown** **Unknown** |

**Yvonne Leslie**
**1248 Maple St**
**Birmingham, AL 35217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.157 | Priority creditor's name and mailing address | **Unknown** **Unknown** |

**Zandra Jones**
**6846 Grasselli Road**
**Fairfield, AL 35064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.158 | Priority creditor's name and mailing address | **Unknown** **Unknown** |

**Zelma Richardson**
**7009 Colony Park Dr.**
**Birmingham, AL 35243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wage Claim**
**Amount TBD**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

1/03/20  2:30PM

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,728.94** |
|---|---|---|---|
| | **ActivCare Living**<br>**9619 Chesapeake Drive,**<br>**Suite 103**<br>**San Diego, CA 92123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$105.00** |
|---|---|---|---|
| | **Alabama Center for Occ Med Pre**<br>**2018 BROOKWOOD MED CTR DRIVE**<br>**Birmingham, AL 35209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$552.71** |
|---|---|---|---|
| | **American Lighting Inc.**<br>**P.O. BOX 10872**<br>**Birmingham, AL 35202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$369.05** |
|---|---|---|---|
| | **AMERIPRIDE SERVICES INC.**<br>**P.O. BOX 1564**<br>**BEMIDJI, MN 56619-1564** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,395,000.00** |
|---|---|---|---|
| | **B. Renee and Charles Barnard**<br>**300 Royal Towers Drive**<br>**Birmingham, AL 35216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Partner Note | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$400.00** |
|---|---|---|---|
| | **Calvin Anthony Morris**<br>**216 MAMIE LANE**<br>**Birmingham, AL 35215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$402.77** |
|---|---|---|---|
| | **Cantata Health**<br>**fka NTT Data**<br>**P.O. BOX 123875**<br>**Dallas, TX 75312-3875** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,395,000.00 |
|---|---|---|---|

**Connie and Frank Virgadamo**
**1340 San Lucas Court**
**Solana Beach, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Partner Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,634.37 |
|---|---|---|---|

**CUSTOM MEDICAL SOLUTIONS**
**7100 NORTHLAND CIRCLE  # 410**
**BROOKLYN PARK, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $715.00 |
|---|---|---|---|

**ELISABETH EISNER**
**4040 PORTE DE PALMAS, SUITE 32**
**SAN DIEGO, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,622.50 |
|---|---|---|---|

**FELDER SERVICES, LLC**
**P.O. BOX 70171**
**MOBILE, AL 36670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.98 |
|---|---|---|---|

**Innovex**
**11 POWDER HILL ROAD**
**Lincoln, RI 02865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Internal Revenue Service (IRS)**
**Insolvency Operations Unit**
**P.O. Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,395,000.00 |
|---|---|---|---|

**Jack L. Rowe**
**724 Northern Dancer Drive**
**Edmond, OK 73025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Partner Note**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Vestavia Hills, Ltd.**                                          Case number (*if known*) _____
          _____
          Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,395,000.00** |
|------|---|---|---|

**Judith Chance**
**7106 Country Club Drive**
**La Jolla, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Partner Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,495.76** |
|------|---|---|---|

**Just Medical Inc.**
**1071 JAMESTOWN BLVD, UNIT  D-6**
**Watkinsville, GA 30677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,395,000.00** |
|------|---|---|---|

**Karen L. McElliott**
**550 Front Street, #2401**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Partner Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Lowes Credit Card**
**ACCT # 821 3101 902224 8**
**P.O. BOX 530970**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$360.50** |
|------|---|---|---|

**Malimar Technology Group, Inc.**
**P.O. BOX 880595**
**San Diego, CA 92168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,820.93** |
|------|---|---|---|

**MCKESSON**
**PO BOX 630693**
**CINCINNATI, OH 45263-0693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$649.11** |
|------|---|---|---|

**Medico Inc.**
**1600 7TH  ST. NORTH**
**Clanton, AL 35045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$405.88**
**Mobilex USA**
P.O. BOX 17462
Baltimore, MD 21297

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,857.44**
**Nutrition Systems Consulting**
P.O. BOX 5229
Jackson, MS 39296

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Office Depot Credit Card**
ACCT 44274139
P.O BOX 633211
Cincinnati, OH 45263-3211

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,239.67**
**OMNICARE, INC.**
DEPT 781668
DETROIT, MI 48278-1668

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,401.90**
**POINTCLICKCARE TECHNOLOGIES IN**
P.O. BOX 674802
DETROIT, MI 48267

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Publix Credit Card**
RE: ACCT 2004912
P.O. BOX 32009
Lakeland, FL 33802-2009

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,957.56**
**RESTORE THERAPY SERVICES**
245 CAHABA VALLEY PARKWAY  # 2
PELHAM, AL 35124

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Vestavia Hills, Ltd.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$533.33** |
|---|---|---|---|

**Seniors Resource Guide**
**P.O. BOX 6027**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$222.70** |
|---|---|---|---|

**SERVICESOUTH LAUNDRY EQUIPMENT**
**1105 SHANA COURT STE I**
**Marietta, GA 30066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shell Credit Card**
**P.O. BOX 6293**
**Carol Stream, IL 60197-6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$162.65** |
|---|---|---|---|

**Shred-It**
**28883 NETWORK PLACE**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$638.33** |
|---|---|---|---|

**Trinity Contractors LLC**
**561 Simmons drive**
**Trussville, AL 35173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**U. S. Securities & Exchange Co**
**Bankruptcy Counsel**
**444 South Flower Street, Ste.**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,681.00** |
|---|---|---|---|

**WILLIS OF ALABAMA**
**P.O. BOX 730416**
**DALLAS, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Vestavia Hills, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **12,071,133.08** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | **12,071,133.08** |

| Fill in this information to identify the case: |
|---|

Debtor name **Vestavia Hills, Ltd.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Management Consulting Agreeement** |
| State the term remaining | **ActivCare Living** |
| List the contract number of any government contract | **9619 Chesapeake Drive, Suite 103 San Diego, CA 92123** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
| State the term remaining | **Adrian Jackson** |
| List the contract number of any government contract | **1585 Bent River Circle Vestavia Hills, AL 35216** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Power** |
| State the term remaining | **Alabama Power** |
| List the contract number of any government contract | **P.O. BOX 242 BIRMINGHAM, AL 35292** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
| State the term remaining | **Allen Evans** |
| List the contract number of any government contract | **300 Royal Tower Drive - 128B Birmingham, AL 35209** |

Debtor 1   **Vestavia Hills, Ltd.**
       First Name          Middle Name          Last Name          Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

    State the term remaining

    List the contract number of any government contract

**Alonzo Scott**
**Resident Trust**
**300 Royal Tower Dr**
**Birmingham, AL 35209**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

    State the term remaining

    List the contract number of any government contract

**Amelia Putt**
**9619 Chesapeake Dr Ste 103**
**San Diego, CA 92123**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Weekly delivery of kitchen supplies and staff uniforms**

    State the term remaining

    List the contract number of any government contract

**Ameripride**
**PO Box 1564**
**Bemidji, MN 56619**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

    State the term remaining

    List the contract number of any government contract

**Angela Baynes**
**P O Box 412**
**Birmingham, AL 35201**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

    State the term remaining

    List the contract number of any government contract

**Anna Stanfield**
**316 Royal Tower Drive**
**Birmingham, AL 35209**

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

    State the term remaining

    List the contract number of any

**Annie Brown**
**Resident Trust**
**300 Royal Tower Dr**
**Birmingham, AL 35209**

Debtor 1  **Vestavia Hills, Ltd.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

███  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | _____ | _____ |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
| | State the term remaining | | **Annie Stephen**<br>**300 Royal Tower Drive**<br>**Room 326**<br>**Birmingham, AL 35209** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
| | State the term remaining | | **Annie Stephen**<br>**c/o Sidney Stephen**<br>**2125 Joyce Street**<br>**Birmingham, AL 35209** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **AT&T Dedicated Internet & Voice Bundle Agreement** | |
| | State the term remaining | **13 Months** | **AT&T Corp**<br>**One AT&T Way**<br>**Bedminster, NJ 07921** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Contract** | |
| | State the term remaining | | **AT&T Telephones**<br>**One AT&T Way**<br>**Bedminster, NJ 07921** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
| | State the term remaining | | **Bailey Dann**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | **Barbara Crowley**<br>**202a Royal Tower Drive**<br>**Birmingham, AL 35209** |

| Debtor 1 | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Barbara Nichols** |
| | List the contract number of any government contract | | **Resident Trust** **300 Royal Tower Dr** **Birmingham, AL 35209** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Barbara Sisk** |
| | List the contract number of any government contract | | **Resident Trust** **300 Royal Tower Dr** **Birmingham, AL 35209** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Benito Hernandez** |
| | List the contract number of any government contract | | **Resident Trust** **300 Royal Tower Dr** **Birmingham, AL 35209** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Berta Taylor** |
| | List the contract number of any government contract | | **2701 Crandall Court** **Birmingham, AL 35243** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Bertie Kelley** |
| | List the contract number of any government contract | | **PO Box 396** **Shelby, AL 35143** |

Debtor 1  **Vestavia Hills, Ltd.**

First Name        Middle Name        Last Name

Case number *(if known)* _____

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

**Resident Agreement**

State the term remaining

List the contract number of any government contract

**Betty Vaughan
4257 Sharpsburg Dr.
Birmingham, AL 35213**

**2.23.** State what the contract or lease is for and the nature of the debtor's interest

**Resident Agreement**

State the term remaining

List the contract number of any government contract

**Bill Anderson
1009 Royal Tower Drive
Birmingham, AL 35209**

**2.24.** State what the contract or lease is for and the nature of the debtor's interest

**Resident Agreement**

State the term remaining

List the contract number of any government contract

**Bill Anderson
c/o Libby  Turnipseed
207 Hollingsworth Ave Apt 53
Rainbow City, AL 35906**

**2.25.** State what the contract or lease is for and the nature of the debtor's interest

**Resident Agreement**

State the term remaining

List the contract number of any government contract

**Billy Brown
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209**

**2.26.** State what the contract or lease is for and the nature of the debtor's interest

**Resident Agreement**

State the term remaining

List the contract number of any government contract

**Billy Brown
c/o JBS Laura Fulbright
940 Montclair Road Suite 200
Birmingham, AL 35213**

**2.27.** State what the contract or lease is for and the nature of the debtor's interest

**Water Utility**

State the term remaining

List the contract number of any

**BIRMINGHAM WATER WORKS
P.O. BOX  830269
BIRMINGHAM, AL 35283**

Debtor 1  **Vestavia Hills, Ltd.**

First Name      Middle Name      Last Name

Case number *(if known)* _____

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Group Health and Dental Plan for Employees** |  |
|  | State the term remaining |  | **BlueCross BlueShield  Alabama** |
|  | List the contract number of any government contract |  | **450 Riverchase Parkway East** **Birmingham, AL 35298** |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |  |
|  | State the term remaining |  | **Bobby Rollins** **Resident Trust** |
|  | List the contract number of any government contract |  | **300 Royal Tower Dr** **Birmingham, AL 35209** |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |  |
|  | State the term remaining |  | **Brandon Jeffries** **Resident Trust** |
|  | List the contract number of any government contract |  | **300 Royal Tower Dr** **Birmingham, AL 35209** |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |  |
|  | State the term remaining |  | **Brandon Jeffries** **c/o Steve Smith** |
|  | List the contract number of any government contract |  | **PO Box 398** **Cullman, AL 35056** |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Kiosk contract** |  |
|  | State the term remaining |  | **Careworx** **51 Townline Road, Suite 1** |
|  | List the contract number of any government contract |  | **Orangeville, Ontario  L9W 1V1** |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | **Carol Bartee** **2830 19th Court S** **Birmingham, AL 35205** |

1/03/20  2:30PM

| Debtor 1 | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## ▋ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | _____ |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Carol Wilson**<br>**308 Royal Tower Drive**<br>**Birmingham, AL 35209** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Carol Wilson**<br>**c/o Crisis Center**<br>**3600 8th Avenue S Ste 501**<br>**Birmingham, AL 35222** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Charlie Smith**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Charlie Smith**<br>**c/o Willie Smith**<br>**1635 27th Street**<br>**Birmingham, AL 35234** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Chris Neely**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor 1 | **Vestavia Hills, Ltd.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Clare Williams**<br>**210A Royal Tower Drive**<br>**Birmingham, AL 35209** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Clare Williams**<br>**c/o Chester Williams**<br>**P O Box 6028**<br>**Hilton Head, SC 29938** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Clarence Bell**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Clarence Royster**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase agreement dated March 29, 2018** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Commonwealth Assisted Living**<br>**via Registered Agent**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **In-House Telephone System** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Comtex**<br>**530 BEACON PARKWAY WEST**<br>**Birmingham, AL 35209** |

Debtor 1   **Vestavia Hills, Ltd.**
    First Name         Middle Name         Last Name             Case number *(if known)* _____

## ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Pest Control** |  |
|---|---|---|---|
|  | State the term remaining |  | **Cooks Pest Control** |
|  | List the contract number of any government contract |  | **c/o Danny Hughes**<br>**160 London Pkwy**<br>**Birmingham, AL 35211** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **Curtis Owens** |
|  | List the contract number of any government contract |  | **Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rentals** |  |
|---|---|---|---|
|  | State the term remaining |  | **Custom Medical Solutions** |
|  | List the contract number of any government contract |  | **7100 NORTHLAND CIRCLE  # 410**<br>**BROOKLYN PARK, MN 55428** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **Cynthia Richter** |
|  | List the contract number of any government contract |  | **300 Royal Tower Drive - 153B**<br>**Birmingham, AL 35209** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **Cynthia Richter** |
|  | List the contract number of any government contract |  | **c/o Richard Adams**<br>**15775 Yellow Creek Road**<br>**Tuscaloosa, AL 35406** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | **Dana Mistic**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |
|---|---|---|---|

1/03/20  2:30PM

| Debtor 1 | **Vestavia Hills, Ltd.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Daniel Cobb** |
| | List the contract number of any government contract | _____ | **300 Royal Tower Drive 190A Birmingham, AL 35209** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Daniel Cobb** |
| | List the contract number of any government contract | _____ | **c/o Laura Fulbright 940 Montclair Rd, Suite 200 Birmingham, AL 35213** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Danny Davis** |
| | List the contract number of any government contract | _____ | **1731 Hialeah Circle Alexander City, AL 35010** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Dareyl McElroy** |
| | List the contract number of any government contract | _____ | **7408 Queenstown Avenue Birmingham, AL 35206** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Darnell Walker-Chatman** |
| | List the contract number of any government contract | _____ | **Resident Trust 300 Royal Tower Dr Birmingham, AL 35209** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1   **Vestavia Hills, Ltd.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

![purple box] **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.56. State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

State the term remaining

List the contract number of any government contract

**Darrell Boykins**
**Resident Trust**
**300 Royal Tower Dr**
**Birmingham, AL 35209**

2.57. State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

State the term remaining

List the contract number of any government contract

**Darrell Boykins**
**c/o William Boykins**
**2768 County Road 36**
**Heflin, AL 36264**

2.58. State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

State the term remaining

List the contract number of any government contract

**Darron Johnson**
**Resident Trust**
**300 Royal Tower Dr**
**Birmingham, AL 35209**

2.59. State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

State the term remaining

List the contract number of any government contract

**Deloras Custred**
**1014 Royal Tower Drive**
**Birmingham, AL 35209**

2.60. State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

State the term remaining

List the contract number of any government contract

**Dimple Simmons**
**300 Royal Tower Drive 323**
**Birmingham, AL 35209**

2.61. State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

State the term remaining

List the contract number of any

**Dimple Simmons**
**c/o David Simmons**
**7200 3rd Ave**
**Sykesville, MD 21784**

Debtor 1  **Vestavia Hills, Ltd.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

<div style="background:purple; width:60px; height:30px;"></div>  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Television Service** |
|---|---|---|
| | State the term remaining | **Dish** |
| | List the contract number of any government contract | **ACCT #8255 7070 2330 7924**<br>**PO Box 7203**<br>**PASADENA, CA 91109** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | **Donald Harris** |
| | List the contract number of any government contract | **Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | **Donna Wynn** |
| | List the contract number of any government contract | **Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | **Dorothy Colburn** |
| | List the contract number of any government contract | **Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | **Douglas Rockett** |
| | List the contract number of any government contract | **Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement**<br>**Drake Theodis**<br>**300 Royal Tower Drive 112B**<br>**Birmingham, AL 35209** |
|---|---|---|

Debtor 1    **Vestavia Hills, Ltd.**

First Name          Middle Name          Last Name          Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract    _____

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental - Booster Heater and Dish Machine** | |
|---|---|---|---|
| | State the term remaining | | **Ecolab** |
| | List the contract number of any government contract | _____ | **24198 NETWORK PLACE Chicago, IL 60673** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Edgar Little** |
| | List the contract number of any government contract | _____ | **P O Box 36220 Birmingham, AL 35236** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Elijah Ray** |
| | List the contract number of any government contract | _____ | **1002B Royal Tower Drive Vestavia, AL 35209** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Elsie Ray Resident Trust** |
| | List the contract number of any government contract | _____ | **300 Royal Tower Dr Birmingham, AL 35209** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Elsie Waters** |
| | List the contract number of any government contract | _____ | **1106 Royal Tower Drive Birmingham, AL 35209** |

| Debtor 1 | **Vestavia Hills, Ltd.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Emma Vaiton**<br>**1018 Royal Tower Drive**<br>**Birmingham, AL 35209** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Background Screening Partner** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Employment Screening Services**<br>**DEPT. K, PO BOX 830520**<br>**Birmingham, AL 35283** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Regulated Medical Waste Service Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Environmental Biological**<br>**Attn: Terry Evans**<br>**3813 4TH TERRACE NORTH**<br>**BIRMINGHAM, AL 35222** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Erik Bradford**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ester Parnell**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Ethel Hoff**<br>**304 Royal Tower Drive**<br>**Birmingham, AL 35209** |

| Debtor 1 | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | government contract | | |
| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Housekeeping and Laundy Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Felder Services, LLC<br>P.O. BOX 70171<br>MOBILE, AL 36670** |
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Frances MacDougall<br>705 Rockford Circle<br>Birmingham, AL 35209** |
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Gerald Tait<br>Resident Trust<br>300 Royal Tower Dr<br>Birmingham, AL 35209** |
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Glenneth Staton<br>c/o Kenneth Staton<br>265 Hancock Drive E<br>Scottsboro, AL 35769** |
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Glenneth Staton<br>300 Royal Tower Drive 190B<br>Birmingham, AL 35209** |
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | **Gloria Little<br>Resident Trust<br>300 Royal Tower Dr<br>Birmingham, AL 35209** |

1/03/20  2:30PM

| Debtor 1 | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Greg Haas**<br>**302 Royal Tower Drive**<br>**Birmingham, AL 35209** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gregory Massey**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gregory Simpson**<br>**300 Royal Tower Drive 192B**<br>**Birmingham, AL 35209** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gregory Simpson**<br>**c/o Valencia Simpson**<br>**824 6th Ave West**<br>**Birmingham, AL 35204** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Helen Johnson**<br>**204 Royal Tower Drive**<br>**Birmingham, AL 35209** |

| Debtor 1 | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.90.** State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

State the term remaining

List the contract number of any government contract

**Helen Johnson**
**c/o Michael Johnson**
**106 Greenleaf Court**
**Summerville, SC 29485**

**2.91.** State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

State the term remaining

List the contract number of any government contract

**Howard Skipper Jr.**
**3109 Overton Drive**
**Birmingham, AL 35209**

**2.92.** State what the contract or lease is for and the nature of the debtor's interest — **Group Purchasing Participation Agreement**

State the term remaining

List the contract number of any government contract

**Intalere**
**c/o Health Resource Services**
**1100 Olive Way Suite 1030**
**Seattle, WA 98101**

**2.93.** State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

State the term remaining

List the contract number of any government contract

**Irwin McCay**
**116 A**
**300 Royal Tower Drive**
**Birmingham, AL 35209**

**2.94.** State what the contract or lease is for and the nature of the debtor's interest — **Wound Care**

State the term remaining

List the contract number of any government contract

**Jacquelyn Perry**
**110 Gables Drive**
**Birmingham, AL 35244**

**2.95.** State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

State the term remaining

List the contract number of any

**James Thomas**
**Resident Trust**
**300 Royal Tower Dr**
**Birmingham, AL 35209**

| Debtor 1 | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| government contract | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement | |
| --- | --- | --- | --- |
| | State the term remaining | | Jan Coleman |
| | List the contract number of any government contract | | 1016 Royal Tower Drive Birmingham, AL 35209 |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement | |
| --- | --- | --- | --- |
| | State the term remaining | | Jan Coleman c/o Ted Mills |
| | List the contract number of any government contract | | 2048 Magnolia Ridge Birmingham, AL 35243 |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement | |
| --- | --- | --- | --- |
| | State the term remaining | | Janis Staff Resident Trust |
| | List the contract number of any government contract | | 300 Royal Tower Dr Birmingham, AL 35209 |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement | |
| --- | --- | --- | --- |
| | State the term remaining | | Jeanette Harvey Resident Trust |
| | List the contract number of any government contract | | 300 Royal Tower Dr Birmingham, AL 35209 |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | Nursing Home Contract for Mentally Ill | |
| --- | --- | --- | --- |
| | State the term remaining | | Jefferson Blount St Clair Mental Health Authority |
| | List the contract number of any government contract | | 940 Montclair Road Ste 200 Birmingham, AL 35213 |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement | Jeffery Fleeton Resident Trust 300 Royal Tower Dr Birmingham, AL 35209 |
| --- | --- | --- | --- |

1/03/20 2:30PM

| Debtor 1 | **Vestavia Hills, Ltd.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jennie Lichter**<br>**201 Royal Tower Drive**<br>**Birmingham, AL 35209** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jennie Lichter**<br>**c/o Scott Buchalter**<br>**4520 Pine Mountain Road**<br>**Birmingham, AL 35213** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jerry Busby**<br>**301 Royal Tower Drive**<br>**Birmingham, AL 35209** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jerry Busby**<br>**c/o Lindy Eichelberger**<br>**321 10th Street SW**<br>**Alabaster, AL 35007** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jimmie Legg**<br>**146 Birch Creek Drive**<br>**Birmingham, AL 35242** |

| Debtor 1 | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.107.** State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

State the term remaining

List the contract number of any government contract

Joe Jones
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209

**2.108.** State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

State the term remaining

List the contract number of any government contract

John Lee
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209

**2.109.** State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

State the term remaining

List the contract number of any government contract

John Luker
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209

**2.110.** State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

State the term remaining

List the contract number of any government contract

John McCray
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209

**2.111.** State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

State the term remaining

List the contract number of any government contract

John Montgomery
c/o Rhonda Montgomery
2917 Parkridge Drive
Birmingham, AL 35209

**2.112.** State what the contract or lease is for and the nature of the debtor's interest — **Resident Agreement**

State the term remaining

List the contract number of any

Joseph McCabe
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209

| Debtor 1 | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | **Joseph McMillan** |
| | List the contract number of any government contract | **Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | **Joseph McMillan** |
| | List the contract number of any government contract | **c/o Beth McMillan**<br>**5031 McCormack Drive**<br>**Gardendale, AL 35071** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Hospice and Nursing Facility Residential Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Journey Hospice of Alabama LLC**<br>**4128 Crosshaven Drive**<br>**Birmingham, AL 35243** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | **Justin Burrow** |
| | List the contract number of any government contract | **Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | **Karen DeLoach** |
| | List the contract number of any government contract | **c/o Greg Hawley**<br>**2001 Park Place N Suite 830**<br>**Birmingham, AL 35203** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | **Karen DeLoach**<br>**300 Royal Tower Drive**<br>**124B**<br>**Birmingham, AL 35209** |
|---|---|---|---|

Debtor 1  **Vestavia Hills, Ltd.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract          _____

---

**2.119.**  State what the contract or lease is for and the nature of the debtor's interest     **Resident Agreement**

State the term remaining

List the contract number of any government contract          _____

**Karen Otis**
**212 Peerless Avenue**
**Homewood, AL 35209**

---

**2.120.**  State what the contract or lease is for and the nature of the debtor's interest     **Resident Agreement**

State the term remaining

List the contract number of any government contract          _____

**Kenneth McHenry**
**112 Forrest Home Road**
**Boaz, AL 35957**

---

**2.121.**  State what the contract or lease is for and the nature of the debtor's interest     **Resident Agreement**

State the term remaining

List the contract number of any government contract          _____

**Larry Combs**
**Resident Trust**
**300 Royal Tower Dr**
**Birmingham, AL 35209**

---

**2.122.**  State what the contract or lease is for and the nature of the debtor's interest     **Resident Lease**

State the term remaining

List the contract number of any government contract          _____

**Larry Hall**
**300 Royal Tower Drive 185B**
**Birmingham, AL 35209**

---

**2.123.**  State what the contract or lease is for and the nature of the debtor's interest     **Resident Agreement**

State the term remaining

List the contract number of any government contract          _____

**Ledora Winfield**
**c/o James Winfield**
**1400 7th Ave N Apt 305**
**Birmingham, AL 35203**

---

1/03/20  2:30PM

| Debtor 1 | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement | |
|---|---|---|---|
| | State the term remaining | | **Lee Dates**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |
| | List the contract number of any government contract | | |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement | |
|---|---|---|---|
| | State the term remaining | | **Leonard Sr. Rose**<br>**300 Royal Tower Dr 217**<br>**Birmingham, AL 35209** |
| | List the contract number of any government contract | | |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement | |
|---|---|---|---|
| | State the term remaining | | **Leonard Sr. Rose**<br>**c/o John Rose**<br>**315 Star Trek Drive**<br>**Birmingham, AL 35214** |
| | List the contract number of any government contract | | |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement | |
|---|---|---|---|
| | State the term remaining | | **Leroy Green**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |
| | List the contract number of any government contract | | |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement | |
|---|---|---|---|
| | State the term remaining | | **Leroy Hopper**<br>**1850 7th Avenue**<br>**Calera, AL 35040** |
| | List the contract number of any government contract | | |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement | |
|---|---|---|---|
| | State the term remaining | | **Leverne Demmings**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |
| | List the contract number of any | | |

| Debtor 1 | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | **Leverne Demmings** |
| | List the contract number of any government contract | **c/o Wanda Larosilere**<br>**3428 Crayrich Drive**<br>**Birmingham, AL 35226** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | **Linda Cuddington** |
| | List the contract number of any government contract | **303 Royal Tower Drive**<br>**Birmingham, AL 35209** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | **Linda Watts** |
| | List the contract number of any government contract | **Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Long Distance Telephone Provider** |
|---|---|---|
| | State the term remaining | **Lingo** |
| | List the contract number of any government contract | **P.O. BOX 660343**<br>**Dallas, TX 75266** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | **Lorraine Hunter** |
| | List the contract number of any government contract | **Resident Trust**<br>**300 Royal Tower Dr - 150B**<br>**Birmingham, AL 35209** |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | **Malcolm Maherg**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |
|---|---|---|---|

1/03/20  2:30PM

| Debtor 1 | **Vestavia Hills, Ltd.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | _____ |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Margaret Moore<br>Resident Trust<br>300 Royal Tower Dr<br>Birmingham, AL 35209 |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Marie Hughes<br>411 Orange Court<br>Denver, CO 80220 |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | Ice Machine Lease |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Marlin Leasing Corporation<br>6470 E. Johns Crossing<br>Suite 430<br>Duluth, GA 30097 |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Martin Kash<br>Resident Trust<br>300 Royal Tower Dr<br>Birmingham, AL 35209 |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Mary McCaa<br>Resident Trust<br>300 Royal Tower Dr<br>Birmingham, AL 35209 |

| Debtor 1 | **Vestavia Hills, Ltd.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary Monroe**<br>**1821 Indian Hill Road**<br>**Birmingham, AL 35216** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary Pitts**<br>**940 Montclair Road**<br>**Suite 200**<br>**Birmingham, AL 35213** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary Sanders**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Michael Burton**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Michael Cash**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Michael Gable**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

1/03/20  2:30PM

Debtor 1   **Vestavia Hills, Ltd.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|
| **2.147.** | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Michael Howard**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |
| **2.148.** | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Michelle Andrews**<br>**1004 Royal Tower Drive**<br>**Birmingham, AL 35209** |
| **2.149.** | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Michelle Andrews**<br>**c/o Charles Carlton**<br>**400 Miller Circle**<br>**Indian Springs, AL 35124** |
| **2.150.** | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Mildred Curington**<br>**3607 Lemienx Lane**<br>**Birmingham, AL 35223** |
| **2.151.** | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Myra Bittle**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |
| **2.152.** | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement**<br>**Myra Bittle**<br>**c/o Berd Butler**<br>**81 Pine Fork Road**<br>**Hayden, AL 35079** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## ▮ Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | _____ | |

| **2.153.** | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nanette Lackey-Griffies**<br>**306 Royal Tower Drive**<br>**Vestavia, AL 35209** |

| **2.154.** | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Narkeita Chatman**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| **2.155.** | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nathaniel Perkins Jr.**<br>**1003 Royal Tower Drive**<br>**Birmingham, AL 35209** |

| **2.156.** | State what the contract or lease is for and the nature of the debtor's interest | **Insurance on POC Kiosks** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Navitas Credit Corp.**<br>**PO Box**<br>**979131**<br>**Miami, FL 33197** |

| **2.157.** | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ned Simmons**<br>**Resident Trust**<br>**300 Royal Tower Dr - 173B**<br>**Birmingham, AL 35209** |

1/03/20  2:30PM

| Debtor 1 | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Nursing Facility Hospice Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **New Beacon Hospice c/o Curo Health Services LLC 491 Williamson Road, Suite 204 Mooresville, NC 28117** |
| | List the contract number of any government contract | | |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Lease** | |
|---|---|---|---|
| | State the term remaining | | **Omnicare 1119 Royal Tower Drive Birmingham, AL 35209** |
| | List the contract number of any government contract | | |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Patricia Evans Resident Trust 300 Royal Tower Dr Birmingham, AL 35209** |
| | List the contract number of any government contract | | |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Paula Givens 3358 Panorama Brook Drive Birmingham, AL 35216** |
| | List the contract number of any government contract | | |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Pauline Turegano Resident Trust 300 Royal Tower Dr - 124A Birmingham, AL 35209** |
| | List the contract number of any government contract | | |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Peggy Letson 2154 North Grandview Lane Maylene, AL 35114** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Vestavia Hills, Ltd.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Electronic Health Record Platform** | |
|---|---|---|---|
| | State the term remaining | | **POINTCLICKCARE TECHNOLOGIES IN** |
| | List the contract number of any government contract | | **P.O. BOX 674802** **DETROIT, MI 48267** |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Polly Malone-Six** **Resident Trust** |
| | List the contract number of any government contract | | **300 Royal Tower Dr** **Birmingham, AL 35209** |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Prince Holmes** **Resident Trust** |
| | List the contract number of any government contract | | **300 Royal Tower Dr - 155A** **Birmingham, AL 35209** |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Beauty Shop Lease** | |
|---|---|---|---|
| | State the term remaining | | **Quinton McDonald** |
| | List the contract number of any government contract | | **589 Hackberry Ridge Trace** **Birmingham, AL 35226** |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Raymond Sutter** |
| | List the contract number of any government contract | | **300 Royal Tower Drive No 125B** **Birmingham, AL 35209** |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Bank Lease** | **Regions Bank** **250 Riverchase Parkway** **Suite 600** **Birmingham, AL 35244** |
|---|---|---|---|

1/03/20  2:30PM

Debtor 1    **Vestavia Hills, Ltd.**

First Name              Middle Name              Last Name              Case number *(if known)*  _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining |  |  |
| List the contract number of any government contract | _____ |  |

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement |  |
|---|---|---|---|
|  | State the term remaining |  | **Richard Williams** |
|  | List the contract number of any government contract | _____ | **Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement |  |
|---|---|---|---|
|  | State the term remaining |  | **Richard Williams** |
|  | List the contract number of any government contract | _____ | **c/o Demita Williams**<br>**3590B Pehlam Pkwy, Ste. 291**<br>**Pelham, AL 35124** |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement |  |
|---|---|---|---|
|  | State the term remaining |  | **Richard Wilson** |
|  | List the contract number of any government contract | _____ | **Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement |  |
|---|---|---|---|
|  | State the term remaining |  | **Robbie Smith** |
|  | List the contract number of any government contract | _____ | **300 Royal Tower Drive**<br>**Birmingham, AL 35209** |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | Resident Agreement |  |
|---|---|---|---|
|  | State the term remaining |  | **Robert Travis** |
|  | List the contract number of any government contract | _____ | **300 Royal Tower Drive**<br>**203**<br>**Birmingham, AL 35209** |

Debtor 1  **Vestavia Hills, Ltd.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

◼ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
| | State the term remaining | | **Robert Travis** |
| | List the contract number of any government contract | _____ | **c/o Denise Willett**<br>**2030 Wildflower Drive**<br>**Birmingham, AL 35244** |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
| | State the term remaining | | **Rosemary Lucas** |
| | List the contract number of any government contract | _____ | **1008 Royal Tower Drive**<br>**Vestavia, AL 35209** |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
| | State the term remaining | | **Roy Reynolds** |
| | List the contract number of any government contract | _____ | **205 Royal Tower Drive**<br>**Birmingham, AL 35209** |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
| | State the term remaining | | **Roy Reynolds** |
| | List the contract number of any government contract | _____ | **c/o Tracy Davis**<br>**2741 Anna Steel Lane**<br>**Vestavia, AL 35216** |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
| | State the term remaining | | **Ruben Summers** |
| | List the contract number of any government contract | _____ | **Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
| | State the term remaining | | **Sadie WIlliams** |
| | List the contract number of any | | **Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

1/03/20 2:30PM

| Debtor 1 | Vestavia Hills, Ltd. | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Samuel Darby**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sara Peacock**<br>**6224 Walnut Circle Drive**<br>**Pinson, AL 35126** |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Mental Health Medical Director Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shankar Yalamanchili, MD**<br>**233 WINTON BLOUNT LOOP**<br>**MONTGOMERY, AL 36117** |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **Utility** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SPIRE (formerly Alagasco)**<br>**P.O. BOX 2224**<br>**BIRMINGHAM, AL 35295** |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **Transfer Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **St. Vincent's Health System**<br>**Brookwood Medical Center**<br>**2010 Brookwood Medical Center**<br>**Birmingham, AL 35209** |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | **Stephanie Simmons**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |
|---|---|---|---|

1/03/20 2:30PM

| Debtor 1 | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<table>
<tr><td style="background:#3d0040;">    </td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Susan Morse** |
| | List the contract number of any government contract | | **2029 Shebia Drive** <br> **Birmingham, AL 35216-5809** |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Susan Yearout** |
| | List the contract number of any government contract | | **3108 Warrington Rd** <br> **Birmingham, AL 35223** |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Specialty Care Assisted Living Facility for Memory Care (the "SCALF")** | |
|---|---|---|---|
| | State the term remaining | | **TEC Freedom Management, LLC** |
| | List the contract number of any government contract | | **ATTN: TE Cummings** <br> **6171 Tucker Mountain Road** <br> **Remlap, AL 35133** |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Terry Thornton** |
| | List the contract number of any government contract | | **Resident Trust** <br> **300 Royal Tower Dr** <br> **Birmingham, AL 35209** |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Theodis Drake** |
| | List the contract number of any government contract | | **Resident Trust** <br> **300 Royal Tower Drive** <br> **Birmingham, AL 35209** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Thomas Lee**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |
| | List the contract number of any government contract | | |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Timothy Kirkland**<br>**2133 Mountain View Drive**<br>**Birmingham, AL 35216** |
| | List the contract number of any government contract | | |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Quarterly Fire Protection Inspections** | |
|---|---|---|---|
| | State the term remaining | | **Total Fire Protection Inc.**<br>**141 Regency Park**<br>**Alabaster, AL 35007** |
| | List the contract number of any government contract | | |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tracy Riley**<br>**Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |
| | List the contract number of any government contract | | |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tracy Riley**<br>**c/o Sidney Summey**<br>**P.O. Box 248**<br>**Birmingham, AL 35201** |
| | List the contract number of any government contract | | |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **UnitedHealthCare Nursing Home** |
| | List the contract number of any | | |

1/03/20 2:30PM

| Debtor 1 | **Vestavia Hills, Ltd.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Vaughnzeal Brown Resident Trust 300 Royal Tower Dr Birmingham, AL 35209** |
| | List the contract number of any government contract | | |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Vensone Bishop Resident Trust 300 Royal Tower Dr Birmingham, AL 35209** |
| | List the contract number of any government contract | | |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **Wireless phones for various departments** | |
|---|---|---|---|
| | State the term remaining | | **Verizon 500 Technology Drive Suite 550 Saint Charles, MO 63304** |
| | List the contract number of any government contract | | |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Vernell Bennett Resident Trust 300 Royal Tower Dr Birmingham, AL 35209** |
| | List the contract number of any government contract | | |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Vernon Wilson c/o Crisis Center 3600 8th Avenue S Ste 501 Birmingham, AL 35222** |
| | List the contract number of any government contract | | |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | **Vernon Wilson c/o Reid Crotty 546 Edgeknoll Lane Homewood, AL 35209** |
|---|---|---|---|

1/03/20  2:30PM

| Debtor 1 | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
| | List the contract number of any government contract | |

---

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | **Vernon Wilson** |
| | List the contract number of any government contract | **300 Royal Tower Drive 328 Birmingham, AL 35209** |

---

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Ancillary Services Agreement** |
|---|---|---|
| | State the term remaining | **Viva Health** |
| | List the contract number of any government contract | **417 20th Street North Suite 1100 Birmingham, AL 35203** |

---

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | **Walter Cook** |
| | List the contract number of any government contract | **Resident Trust 300 Royal Tower Dr Birmingham, AL 35209** |

---

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | **Walter Mathews** |
| | List the contract number of any government contract | **Resident Trust 300 Royal Tower Dr Birmingham, AL 35209** |

---

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** |
|---|---|---|
| | State the term remaining | **Walter Mathews** |
| | List the contract number of any government contract | **c/o Jessica Tadlock 4215 Grubbs Street Panama City, FL 32404** |

---

1/03/20 2:30PM

| Debtor 1 | **Vestavia Hills, Ltd.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Wanda Vaughn** |
| | | | **Resident Trust** |
| | List the contract number of any government contract | | **300 Royal Tower Dr** |
| | | | **Birmingham, AL 35209** |

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **Amended and Restated Loan Agreement dated November 23, 2009** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wells Fargo** |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **William Robinson** |
| | | | **3111 Downs Rd.** |
| | List the contract number of any government contract | | **Fultondale, AL 35068** |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Willie Brogden** |
| | | | **Resident Trust** |
| | List the contract number of any government contract | | **300 Royal Tower Dr** |
| | | | **Birmingham, AL 35209** |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Willie Phillips** |
| | | | **Resident Trust** |
| | List the contract number of any government contract | | **300 Royal Tower Dr** |
| | | | **Birmingham, AL 35209** |

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Willie Williams** |
| | | | **Resident Trust** |
| | List the contract number of any | | **300 Royal Tower Dr** |
| | | | **Birmingham, AL 35209** |

1/03/20  2:30PM

Debtor 1  **Vestavia Hills, Ltd.**

| First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract _____ | _____ |

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
| | State the term remaining | | **Wynell Johnston** |
| | List the contract number of any government contract _____ | | **Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Agreement** | |
| | State the term remaining | | **Yulis Adkins** |
| | List the contract number of any government contract _____ | | **Resident Trust**<br>**300 Royal Tower Dr**<br>**Birmingham, AL 35209** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Vestavia Hills, Ltd.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 B. Renee Barnard | 300 Royal Towers Drive<br>Birmingham, AL 35216<br>Individually and as Trustee of the Barnard Living Trust<br><br>Guarantor | Wells Fargo Bank, N.A. | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 Charles L. Barnard | 300 Royal Towers Drive<br>Birmingham, AL 35216<br>Individually and as Trustee of the Barnard Living Trust<br><br>Guarantor | Wells Fargo Bank, N.A. | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 Connie A. Virgadamo | 1340 San Lucas Court<br>Solana Beach, CA 92075<br>Individually and as Trustee of the Virgadamo Family Trust<br><br>Guarantor | Wells Fargo Bank, N.A. | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Vestavia Hills, Ltd.**    Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.4 | Frank A. Virgadamo | 1340 San Lucas Court<br>Solana Beach, CA 92075<br>Individually and as Trustee of the<br>Virgadamo Family Trust<br><br>Guarantor | Wells Fargo Bank, N.A. | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Jack L. Rowe | 724 Northern Dancer Drive<br>Edmond, OK 73025<br>Individually and as Trustee under the Jack<br>and Barbara Rowe Family Trust<br><br>Guarantor | Wells Fargo Bank, N.A. | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Judith A. Chance | 7106 Country Club Drive<br>La Jolla, CA 92037<br>Individually and as Trustee of Trust No. 2,<br>Chance Survivor's Trust, and Chance<br>Family Trust under Declaration of Trust<br>dated February 16, 1988<br><br>Guarantor | Wells Fargo Bank, N.A. | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Karen L. McElliott | 550 Front Street, #2401<br>San Diego, CA 92101<br>Individually and as Trustee of Trust A and<br>Non-Exempt Trust C under the Ronald<br>Joseph and Karen L. McElliott 1984 Family<br>Trust<br><br>Guarantor | Wells Fargo Bank, N.A. | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
|---|

Debtor name      **Vestavia Hills, Ltd.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other  _____ | **$10,664,000.00** |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other  _____ | **$13,933,043.00** |
| **For the fiscal year:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other  _____ | **$15,654,855.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

1/03/20  2:30PM

Debtor    **Vestavia Hills, Ltd.**                                                              Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **GORDON FOOD SERVICE, INC** P.O. BOX 88029 CHICAGO, IL 60680-1029 | **10/3/19, 10/10/19, 10/18/19, 10/24/19, 11/4/19,11/8/19, 11/13/19, 12/12/19** | **$120,857.71** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. | **ActivCare Living** 9619 Chesapeake Drive, Suite 103 San Diego, CA 92123 | **10/3/19, 10/10/19,10/18/19, 10/24/19, 11/8/19, 12/12/19** | **$8,895.76** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. | **ELISABETH EISNER** 4040 PORTE DE PALMAS, SUITE 32 SAN DIEGO, CA 92122 | **11/5/19, 11/15/19, 1/2/20** | **$18,810.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.4. | **FELDER SERVICES, LLC** P.O. BOX 70171 MOBILE, AL 36670 | **11/4/19, 11/8/19, 11/13/19, 12/12/19, 12/12/19, 12/31/19** | **$111,735.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.5. | **Just Medical Inc.** 1071 JAMESTOWN BLVD, UNIT  D-6 Watkinsville, GA 30677 | **10/16/19, 11/13/19, 11/13/19, 12/12/19** | **$15,065.41** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. | **LOWE'S** P.O. BOX 530970 ATLANTA, GA 30353-0970 | **10/16/19, 10/24/19, 11/8/19, 11/13/19, 11/26/19, 12/12/19, 12/17/19, 12/31/19** | **$7,411.45** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. | **MCKESSON** PO BOX 630693 CINCINNATI, OH 45263-0693 | **10/3/19, 10/10/19, 10/18/19, 11/4/19, 11/8/19, 11/13/19, 11/26/19, 12/12/19** | **$44,306.59** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

1/03/20  2:30PM

Debtor    **Vestavia Hills, Ltd.**    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **OMNICARE, INC.**<br>**DEPT 781668**<br>**DETROIT, MI 48278-1668** | **10/16/19,**<br>**10/28/19,**<br>**12/3/19,**<br>**12/12/19,**<br>**12/19/19,**<br>**1/2/20** | **$35,569.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **POINTCLICKCARE TECHNOLOGIES IN**<br>**P.O. BOX 674802**<br>**DETROIT, MI 48267** | **10/10/19,**<br>**11/8/19,**<br>**11/26/19** | **$10,205.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **RESTORE THERAPY SERVICES**<br>**245 CAHABA VALLEY PARKWAY  # 2**<br>**PELHAM, AL 35124** | **10/16/19,**<br>**11/13/19,**<br>**11/26/19,**<br>**12/12/19** | **$115,305.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **WILLIS OF ALABAMA**<br>**P.O. BOX 730416**<br>**DALLAS, TX 75373** | **10/21/19,**<br>**11/4/19,**<br>**11/4/19,**<br>**11/26/19** | **$67,660.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **ADVANCED DISPOSAL**<br>**P.O. BOX 743019**<br>**ATLANTA, GA 30374-3019** | **10/3/19,**<br>**11/4/19,**<br>**11/8/19,**<br>**11/26/19,**<br>**12/12/19,**<br>**12/31/19** | **$23,776.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. **AT&T**<br>**PO Box 5014**<br>**CAROL STREAM, IL 60197-5019** | **10/3/19,**<br>**10/24/19,**<br>**11/4/19,**<br>**11/8/19,**<br>**11/26/19,**<br>**12/10/19,**<br>**12/31/19** | **$10,794.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 04/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
|  |  |  |  |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Vestavia Hills, Ltd.**                                    Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Renee Barnard** **300 Royal Tower Drive** **Birmingham, AL 35203** **Limited Partner and Guarantor** | **11/01/2018;** **12/06/2018;** **12/19/2018;** **6/27/2019;** **and** **8/19/2019** | **$31,737.95** | **Expense reimbursement, travel expenses, auto and lease expenses.** **All but $2,400 was signed back over to Mount Royal Towers and accounted for as partner funding.** |
| 4.2. **Charles Barnard** **300 Royal Tower Drive** **Birmingham, AL 35209** **Limited Partner and Guarantor** | **11/1/2018** **and** **12/6/2018** | **$4,170.00** | **Auto and Travel Reimbursement.** **All was signed back over to Mount Royal Towers and accounted for as partner funding.** |
| 4.3. **Barbara Lail** **300 Royal Tower Drive** **Birmingham, AL 35209** **Sister to Renee Barnard** | **12/10/2018;** **12/12/2018;** **12/31/2018** **and** **Monthly payments of $250** | **$6,163.90** | **Auto Expenses (paid through payroll at $250 a pay period) Expense Reimbursement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Mount Royal Towers V. Stericycle, Inc.** **2:18cv1105** | **Contract** | **US District Court** **Northern District of Alabama** **1729 5th Avenue North** **Birmingham, AL 35203** | ☐ Pending ☐ On appeal ■ Concluded |

| Debtor | **Vestavia Hills, Ltd.** | Case number *(if known)* | |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Vestavia Hills, Ltd. et al v. Commonwealth Assisted Living, LLC, Series E et al 2:18cv02075** | Contract Constitutionality of State Statute(s)<br><br>(Currently stayed due to state court litigation.) | US District Court Northern District of Alabama (Southern) 1729 5th Avenue North Birmingham, AL 35203 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Commonwealth Assisted Living, LLC, Series E V. Vestavia Hills, Ltd. D/B/A Mount Royal Towers, Chance Judith A, Mcelliott Karen L., Virgadamo Frank A. Et Al CV-2018-000390** | Breach of Purchase Agreement | Circuit Court of Jefferson County 716 Richard Arrington Jr Blvd N, Birmingham, AL 35203 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Qurtlanni Gray v/ Activcare Living, Inc., Mr. Royal Towers, LLC and Catered Living, LLC 2:18-cv-1196-JEO** | Civil Suit - ADA | US District Court of Northern Alabama 1729 5th Avenue North Birmingham, AL 35203 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Belser v. Vestavia Hills Ltd. 2016-901104** | Workers Compensation (Pending Dismissal Letter) | Circuit Court of Jefferson County 716 Richard Arrington, Jr. Blvd. N. Birmingham, AL 35203 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **adv. Smith 2018-904742** | Civil | Circuit Court of Jefferson County 716 Richard Arrington, Jr. Blvd. N. Birmingham, AL 35203 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Wells Fargo v. Judith Chance [All Guarantors] 01-19-0000-9811** | Arbitration | American Arbitration Association | ☐ Pending<br>■ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

---

Debtor    **Vestavia Hills, Ltd.**                                   Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Sullivan Hill Rez & Engel**<br>**600 B Street**<br>**Suite 1700**<br>**San Diego, CA 92101** | **Attorney Fees - Amount is an estimate at this time.** | **10/29/19, 11/08/19 ,11/19/19, 12/06/19, 1/02/20** | **$211,528.73** |
|  | Email or website address<br>**info@sullivanhill.com** |  |  |  |
|  | Who made the payment, if not debtor? |  |  |  |
| 11.2. | **Squar Milner**<br>**3655 Nobel Drive, Suite 300**<br>**San Diego, CA 92122** | **Accountant Fees - Amount is an estimate at this time.** | **10/31/2019** | **$20,000.00** |
|  | Email or website address |  |  |  |
|  | Who made the payment, if not debtor? |  |  |  |
| 11.3. | **Elisabeth Eisner**<br>**4040 PORTE DE PALMAS,**<br>**SUITE 32**<br>**SAN DIEGO, CA 92122** | **Attorney Fees - Amount to be supplied.** |  | **Unknown** |
|  | Email or website address |  |  |  |
|  | Who made the payment, if not debtor? |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

| Debtor | **Vestavia Hills, Ltd.** | Case number *(if known)* | |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Resident Records**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    **Vestavia Hills, Ltd.**                                        Case number *(if known)*

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Residents** | **Patient Trust Account Wells Fargo Bank PO Box 63020 San Francisco, CA 94163** | **Resident Social Security Benefits** | **$150,590.09** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Vestavia Hills, Ltd.** | Case number *(if known)* | |
|---|---|---|---|

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **ActivCare Living** **9619 Chesapeake Drive,** **Suite 103** **San Diego, CA 92123** | **1995- Present** |
| 26a.2.  **Wayne Mushet** **9340 Fuerte Drive, Suite 206** **La Mesa, CA 91941** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **ActivCare Living** **9619 Chesapeake Drive,** **Suite 103** **San Diego, CA 92123** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Debtor | **Vestavia Hills, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **ActivCare Living**<br>**9619 Chesapeake Drive,**<br>**Suite 103**<br>**San Diego, CA 92123** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Wells Fargo fka Wachovia**<br>**1 Independent Drive, 10**<br>**MAC Z3094-100**<br>**Jacksonville, FL 32202** |
| 26d.2. | **Comerica Bank**<br>**955 J Street**<br>**San Diego, CA 92101** |
| 26d.3. | **Commonwealth Assisted Living**<br>**534 East Main Street, Suite B**<br>**PO Box 2064**<br>**Charlottesville, VA 22902** |
| 26d.4. | **BluePrint RE Advisors**<br>**11900 Olympic Blvd**<br>**Suite 780**<br>**Los Angeles, CA 90064** |
| 26d.5. | **Willis Towers Watson**<br>**2101 6th Avenue North**<br>**Floor 7, Suite 725**<br>**Birmingham, AL 35203** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
    in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **IPG Holding** | **9619 Chesapeake Drive, Suite 103**<br>**San Diego, CA 92123** | **General Partner** | **1** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in
    control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

1/03/20 2:30PM

| Debtor | **Vestavia Hills, Ltd.** | Case number *(if known)* |
|---|---|---|

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Renee Barnard**<br>**300 Royal Tower Drive**<br>**Birmingham, AL 35203**<br><br>**Relationship to debtor**<br>**Limited Partner and Gurantor** | **$31,737.95** | **11/01/2018; 12/06/2018; 12/19/2018; 6/27/2019; and 8/19/2019** | **Expense reimbursement, travel expenses, auto and lease expenses.**<br>**All but $2,400 was signed back over to Mount Royal Towers and accounted for as partner funding.** |
| 30.2. | **Charles Barnard**<br>**300 Royal Tower Drive**<br>**Birmingham, AL 35203**<br><br>**Relationship to debtor**<br>**Limited Partner and Guarantor** | **$4,170.00** | **11/1/2018 and 12/6/2018** | **Auto and Travel Reimbursement. All was signed back over to Mount Royal Towers and accounted for as partner funding.** |
| 30.3. | **Barbara Lail**<br>**300 Royal Tower Drive**<br>**Birmingham, AL 35209**<br><br>**Relationship to debtor**<br>**Sister to Renee Barnard** | **$6,163.90** | **12/10/2018; 12/12/2018; 12/31/2018 and Monthly payments of $250** | **Auto Expenses (paid through payroll at $250 a pay period) Expense Reimbursement** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    Vestavia Hills, Ltd.                                                    Case number *(if known)* _____

Name of the pension fund _____    Employer Identification number of the parent corporation

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  3, 2020** _____

_____         **Kevin Moriarty** _____
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **President of General Partner, IPG Holding**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Official Form 207         Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy         page **12**

# United States Bankruptcy Court
## Southern District of California

In re **Vestavia Hills, Ltd.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Charles L. Barnard**<br>**9619 Chesapeake Dr**<br>**Suite 103**<br>**San Diego, CA 92123** | | | **Limited Partner** |
| **Connie Virgadamo**<br>**1340 San Lucas Court**<br>**Solana Beach, CA 92075** | | | **Limited Partner** |
| **Frank Virgadamo**<br>**1340 San Lucas Court**<br>**Solana Beach, CA 92075** | | | **Limited Partner** |
| **HCG Indemnity Holdings, LLC**<br>**9619 CHESAPEAKE DRIVE**<br>**Suite 103**<br>**San Diego, CA 92123** | | | **Limited Partner** |
| **HCG Lending LLC**<br>**9619 CHESAPEAKE DRIVE**<br>**Suite 103**<br>**San Diego, CA 92123** | | | **Limited Partner** |
| **HCG Properties LLC**<br>**9619 CHESAPEAKE DRIVE**<br>**Suite 103**<br>**San Diego, CA 92123** | | | **Limited Partner** |
| **IPG Holding**<br>**9619 CHESAPEAKE DRIVE**<br>**Suite 103**<br>**San Diego, CA 92123** | | | **General Partner** |
| **Jack L. Rowe**<br>**724 Northern Dancer Drive**<br>**Edmond, OK 73025** | | | **Limited Partner** |
| **JRMF Leasing Corp.**<br>**9619 CHESAPEAKE DRIVE**<br>**Suite 103**<br>**San Diego, CA 92123** | | | **Limited Partner** |
| **Judith Chance**<br>**7106 Country Club Drive**<br>**La Jolla, CA 92037** | | | **Limited Partner** |

In re:   **Vestavia Hills, Ltd.** _____       Case No. _____

                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Karen L. McElliott**<br>**550 Front Street, #2401**<br>**San Diego, CA 92101** | | | **Limited Partner** |
| **Renee Barnard**<br>**9619 Chesapeake Dr**<br>**Suite 103**<br>**San Diego, CA 92123** | | | **Limited Partner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President of General Partner, IPG Holding** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January  3, 2020** _____       Signature   _____

                                                      **Kevin Moriarty/President of General Partner, IPG Holding**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

CSD 1008 [08/21/00]

Name, Address, Telephone No. & I.D. No.

**James P. Hill 90478**
**600 B Street**
**Suite 1700**
**San Diego, CA 92101**
**(619) 233-4100**
**90478 CA**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Vestavia Hills, Ltd.**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed. Creditor <u>diskette</u> required.                TOTAL NO. OF CREDITORS: __413__

☐ Conversion filed on _____. *See instructions on reverse side.*
     ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.      TOTAL NO. OF CREDITORS: ____
     ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
     ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
     ☐ Names and addresses are being ADDED.
     ☐ Names and addresses are being DELETED.
     ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:   **January 3, 2020**

**Kevin Moriarty/President of General Partner, IPG Holding**
Signer/Title

REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1)      Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)      A creditors matrix with <u>Verification</u> is required whenever the following occurs:

   a)      A new petition is filed.  Diskette required.

   b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)      CONVERSIONS:

   a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

   b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

   a)      <u>Scannable matrix format required.</u>

   b)      The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

1/03/20  2:30PM

# United States Bankruptcy Court
## Southern District of California

In re   Vestavia Hills, Ltd.

Debtor(s)

Case No. _____

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Vestavia Hills, Ltd.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January  3, 2020
Date

James P. Hill 90478
Signature of Attorney or Litigant
Counsel for   Vestavia Hills, Ltd.
Sullivan Hill Rez & Engel, A Professional Law Corporation
600 B Street
Suite 1700
San Diego, CA 92101
(619) 233-4100 Fax:(619) 231-4372
info@sullivanhill.com

## United States Bankruptcy Court
### Southern District of California

In re    Vestavia Hills, Ltd. _____

Debtor(s)

Case No. _____

Chapter    __11__

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Kevin Moriarty**, declare under penalty of perjury that I am the **President of the General Partner, IPG Holdings,** of **Vestavia Hills, Ltd.,** and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __2nd__ day of __January__, 20__20__ .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kevin Moriarty, President of the General Partner, IPG Holdings,** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kevin Moriarty, President of the General Partner, IPG Holdings,** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kevin Moriarty, President of the General Partner, IPG Holdings,** of this Corporation is authorized and directed to employ **James P. Hill,** attorney and the law firm of **Sullivan Hill Rez & Engel, A Professional Law Corporation** to represent the corporation in such bankruptcy case."

Date    _____1-3-20_____

Signed    _____

Kevin Moriarty/President of General Partner, IPG Holding