CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.
J. BARRETT MARUM, SBN 228628
AARON J. MALO, SBN 179985
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:619.338.6500; Facsimile: 619.234-3815

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VESTAVIA HILLS, LTD.
                                            Debtor.

BANKRUPTCY NO. 20-00018-LA11

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, Elizabeth Sierra Garcia, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On January 17, 2020, I served the following documents:

**WELLS FARGO BANK'S RESPONSE TO DEBTOR'S MOTIONS FOR AUTHORITY TO USE CASH COLLATERAL AND OBTAIN DEBTOR-IN-POSSESSION FINANCING**

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On January 17, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:
**See Attached Service List**

☐ Chapter 7 Trustee:

☒ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

SMRH:4834-5554-6546.1                    -1-

2. **Served by United States Mail**:

On January 17, 2020 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:
**See Attached Service List**

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on January 17, 2020     */s/ Elizabeth Sierra Garcia*
          (Date)           (Typed Name and Signature)

                                                  379 Lytton Avenue
                                                  (Address)

                                                  Palo Alto, CA 94301-1479
                                                  (City, State, ZIP Code)

# Vestavia Hills, Ltd.

# SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING**

- Julian Gurule on behalf of Creditor Commonwealth Assisted Living, LLC, Series E. jgurule@buchalter.com, smartin@buchalter.com, docket@buchalter.com

- Christopher V. Hawkins on behalf of Debtor Vestavia Hills, Ltd., hawkins@sullivanhill.com, hill@sullivanhill.com; millerick@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com; hawkins@ecf.inforuptcy.com

- James P. Hill on behalf of Debtor Vestavia Hills, Ltd., Hill@sullivanhill.com, hawkins@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com; hill@ecf.inforuptcy.com; millerick@sullivanhill.com

- J. Barrett Marum on behalf of Creditor Wells Fargo Bank, N.A. bmarum@sheppardmullin.com, egarcia@sheppardmullin.com

- David Ortiz on behalf of United States Trustee, david.a.ortiz@usdoj.gov, ustp.region15@usdoj.gov; tiffany.l.carroll@usdoj.gov; abram.s.feuerstein@usdoj.gov

- William A. Smelko on behalf of Creditor Judith A. Chance, bill.smelko@procopio.com, angela.stevens@procopio.com; calendaring@procopio.com

- William A. Smelko on behalf of Creditor Karen L McElliott, bill.smelko@procopio.com, angela.stevens@procopio.com; calendaring@procopio.com

- United States Trustee, ustp.region15@usdoj.gov

**BY U.S. MAIL**

| | |
|---|---|
| **THE UNITED STATES TRUSTEE** | Office of the United States Trustee<br>Attn: David Ortiz<br>880 Front Street, Suite 3230<br>San Diego CA 92101 |
| **SECURED CREDITORS** | |

Gordon Food Service, Inc.
P.O. Box 88029
Chicago, IL 60680-1029

| | |
|---|---|
| **TWENTY LARGEST UNSECURED CREDITORS** | American Lighting Inc.<br>P.O. BOX 10872<br>Birmingham, AL 35202 |

# Vestavia Hills, Ltd.

## SERVICE LIST

| | |
|---|---|
| Ameripride Services Inc.<br>P.O. BOX 1564<br>Bemidji, MN 56619-1564 | Calvin Anthony Morris<br>216 Mamie Lane<br>Birmingham, AL 35215 |
| Cantata Health fka NTT Data<br>P.O. BOX 123875<br>Dallas, TX 75312-3875 | Custom Medical Solutions<br>7100 Northland Circle # 410<br>Brooklyn Park, MN 55428 |
| Felder Services, LLC<br>P.O. Box 70171<br>Mobile, AL 36670 | Just Medical Inc.<br>1071 Jamestown Blvd, Unit D-6<br>Watkinsville, GA 30677 |
| McKesson<br>PO Box 630693<br>Cincinnati, OH 45263-0693 | Medico Inc.<br>1600 7th St. North<br>Clanton, AL 35045 |
| Mobilex USA<br>P.O. BOX 17462<br>Baltimore, MD 21297 | Nutrition Systems Consulting<br>P.O. BOX 5229<br>Jackson, MS 39296 |
| Omnicare, Inc.<br>DEPT. 781668<br>Detroit, MI 48278-1668 | Pointclickcare<br>Technologies Inc.<br>P.O. Box 674802<br>Detroit, MI 48267 |
| Restore Therapy Services<br>245 Cahaba Valley Parkway #2<br>Pelham, AL 35124 | Seniors Resource Guide<br>P.O. BOX 6027<br>Denver, CO 80206 |
| Trinity Contractors LLC<br>561 Simmons Drive<br>Trussville, AL 35173 | Willis Of Alabama<br>P.O. Box 730416<br>Dallas, TX  75373 |
| Commonwealth Assisted Living, LLC<br>c/o Burr & Forman LLP<br>Brent D. Hitson, Richard J. Brockman<br>Fob H. James, IV<br>420 North 20th Street, Suite 3400<br>Birmingham, Alabama 35203 | Commonwealth Assisted Living, LLC<br>437 Madison Avenue, Suite 33C<br>New York, NY 10022 |

# Vestavia Hills, Ltd.

## SERVICE LIST

Commonwealth Assisted Living, LLC
c/o Richard J. Brockman
(Registered Agent)
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

Municipal Capital Appreciation
Partners V, LP
c/o BURR & FORMAN LLP
Brent D. Hitson, Richard J. Brockman
Fob H. James, IV
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

Municipal Capital Appreciation
Partners V, LP
Richard G. Corey, Managing Partner
437 Madison Avenue, Suite 33C
New York, NY 10022

Municipal Capital Appreciation
Partners V, LP
c/o Corporation Service Company
(Registered Agent)
251 Little Falls Drive
Wilmington DE 19808

Andy Campbell, Managing Partner
Harris Haggod
Campbell Partners
505 20th St N, Suite 1600
Birmingham, AL 35203

William Smelko
Procopio
525 B Street, Suite 2200
San Diego, CA 92101

**SEC**
Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071

**IRS**
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

ActivCare Living
9619 Chesapeake Drive, Suite 103
San Diego, CA 92123

Elisabeth Eisner
4040 Porte De Palmas, Suite 32
San Diego, CA 22

** Removed Wells Fargo Bank (Client) from Service List.