# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974−3 | User: Admin. | Date Created: 3/18/2020 |
| Case: 20−00018−LA11 | Form ID: pdfO1 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty    Christopher V. Hawkins    hawkins@sullivanhill.com
aty    J. Barrett Marum    bmarum@sheppardmullin.com
aty    James P. Hill    Hill@sullivanhill.com
aty    Kathleen A. Cashman−Kramer    Cashman−Kramer@Sullivanhill.com

    TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Vestavia Hills, Ltd.    9619 Chesapeake Drive    Suite 103    San Diego, CA 92123

    TOTAL: 1