CSD 3005 [07/01/18]
Name, Address, Telephone No. & I.D. No.
J. BARRETT MARUM, SBN 228628, AARON J. MALO, SBN 179985
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:619.338-6500; Facsimile:619.234-3815

Attorneys for Secured Creditor
Wells Fargo Bank, N.A.

Order Entered on
March 18, 2020
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VESTAVIA HILLS, LTD,
dba MOUNT ROYAL TOWERS

Debtor.

BANKRUPTCY NO. 20-00018-LA11

ADVERSARY NO.

Plaintiff(s)

v.

Defendant(s)

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Louise DeCarl Adler

## PRO HAC VICE APPLICATION AND ORDER THEREON

The court orders as set forth on the continuation pages attached and numbered __2__ through __3__ with exhibits, if any, for a total of _____ pages.

//
//
//
//

DATED: March 18, 2020

Judge, United States Bankruptcy Court

CSD 3005



CSD 3005 [07/01/18] (Page 2)
PRO HAC VICE APPLICATION AND ORDER THEREON
DEBTOR: VESTAVIA HILLS, LTD,
dba MOUNT ROYAL TOWERS

CASE NO.: 20-00018-MM11
ADV. NO.:

Party Represented: Secured Creditor, Wells Fargo Bank, N.A.

I, W. Patton Hahn, hereby petition the above-entitled court to permit me to appear
(Applicant)
and participate in this case/adversary proceeding and in support of petition state:

My firm name: Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

Street address: 420 20th Street North, Wells Fargo Tower, Suite 1400

City, State, ZIP: Birmingham, Alabama 35203-5202

Phone number: 205.328.0480

My State Bar Membership Number is 5894-h36w

That on 09-30-99, I was admitted to practice before Alabama State Court
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court,

that I [ ] have [X] have not concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of Case: _____

Case Number: _____ Date of Application: _____

Application [ ] granted [ ] denied

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 9, 2020

Signature of Applicant
W. Patton Hahn

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Name: J. Barrett Marum

Firm: Sheppard, Mullin, Richter & Hampton

Address: 501 West Broadway, Suite 1900

City, State & ZIP Code: San Diego, CA 9210

State Bar Membership No.: 228628,

Phone No.: (619) 338-6500

Dated: March 9, 2020

I hereby consent to the above designation.

Dated:

Signature of Applicant
W. Patton Hahn

Signature of Designee Attorney
J. Barrett Marum

CSD 3005 [07/01/18] (Page 3)
PRO HAC VICE APPLICATION AND ORDER THEREON
DEBTOR: VESTAVIA HILLS, LTD,
dba MOUNT ROYAL TOWERS

CASE NO.: 20-00018-MM11
ADV. NO.:

Received $206.00 for Court Library fee

_____, Deputy Clerk

## PRO HAC VICE (for this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to practice before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph if any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission; (3) that he/she is in good standing and eligible to practice in said court; (4) that he/she is not currently suspended or disbarred in any other court; and (5) if he/she has concurrently or within the year preceding his/her current application the attorney made any pro hac vice application to this court, the title and the number of each matter wherein he/she made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his/her application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of each designee.

Fee:   $206.00, Library fee, payable to Clerk, United States District Court
       Please complete and return the library card with this application.

**Application, fee and library card should be mailed directly to:**

> Barry K. Lander, Clerk
> United States Bankruptcy Court
> 325 West F Street
> San Diego, California 92101-6991

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PRO HAC VICE

APPLICANT W. Patton Hahn
(Please print)

STATE BAR # _____  STATE AL

FIRM NAME Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
(Mailing address)

420 20th Street North, Wells Fargo Tower, Suite 1400

Birmingham, Alabama 35203-5202

205.328.0480
(Telephone)

(Signature)

**COURT USE ONLY**
**FEES PAID**

(Date)          (Amount)

(Initials)

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS120045
Cashier ID: naparici
Transaction Date: 03/16/2020
Payer Name: CLERK US DISTRICT COURT

PRO HAC VICE - LIBRARY
 For: CLERK US DISTRICT COURT
 Case/Party: D-CAS-3-19-LF-002019-001
 Amount:     $176.00
PRO HAC VICE - PRO BONO
 For: CLERK US DISTRICT COURT
 Case/Party: D-CAS-3-19-PB-002019-001
 Amount:     $30.00

CHECK
 Check/Money Order Num: 128304
 Amt Tendered:  $206.00

Total Due:      $206.00
Total Tendered: $206.00
Change Amt:     $0.00


There will be a fee of $53.00
charged for any returned check.
```


American LegalNet, Inc.
www.FormsWorkFlow.com

Signed by Judge Louise DeCarl Adler March 18, 2020