SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Donald G. Rez, SBN 82615
  Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, California 92101
Telephone:     (619) 233-4100
Fax Number:   (619) 231-4372

**Electronically Filed: 7/16/20**

Attorneys for Debtor
Vestavia Hills, Ltd., dba Mount Royal Towers

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re<br><br>    VESTAVIA HILLS, LTD.,<br>    dba MOUNT ROYAL TOWERS,<br><br>        Debtor. | ) CASE NO. 20-00018-LA11<br>)<br>) Chapter 11<br>)<br>) **STIPULATION RE:**<br>) **ALLOWANCE OF CLAIM 9-1 OF**<br>) **GORDON FOOD SERVICE, INC.**<br>)<br>) Current Hearing Date:  None<br>) Time: None<br>) Ctrm: 2<br>) Judge: Hon. Louise DeCarl Adler<br>)<br>) United States Bankruptcy Court<br>) 325 West "F" Street<br>) San Diego, CA 92101-6991<br>) |

        This Stipulation is entered into between Vestavia Hills, Ltd., dba Mount Royal

Towers ("Debtor"), on the one hand, and creditor Gordon Food Service, Inc.

("Gordon"), on the other hand (collectively referred to as "Parties"), by and through

their respective attorneys of record, as follows:

- 1 -

## RECITALS

A.    On June 30, 2020 Gordon filed proof of claim no. 9-1 in this case, asserting a total claim of $36,358.07.  Of the total claim amount, Gordon asserted that $27,408.75 was entitled to administrative priority.

B.    On July 2, 2020 Gordon filed a motion for allowance and payment of an administrative priority claim in this case ("Motion").  ECF #314.

C.    In its Motion, Gordon seeks an order allowing it an administrative expense claim of $27,408.75 pursuant to 11 U.S.C. § 503(b)(9), and directing that distributions on the claim be made at the earliest date and at the same percentage as any other allowed administrative claims of equal priority.  ECF #314.

D.    The Parties have met and conferred, and have reached an agreement with respect to Gordon's claim no. 9-1 and the Motion, as set forth below.

Based on the foregoing, the Debtor and Gordon hereby stipulate and agree to the following:

## STIPULATION

1.    The above recitals are incorporated into this Stipulation.

2.    Gordon's proof of claim no. 9-1 in this case is allowed as filed in the amount of $36,358.07.  Of this claim amount, Gordon is allowed an administrative expense claim of $27,408.75 pursuant to 11 U.S.C. § 503(b)(9), which claim will be paid at the earliest date and at the same percentage as any other allowed administrative claims of equal priority.  The balance of Gordon's claim shall be allowed as a general unsecured claim

IT IS SO STIPULATED.

Dated: July 16, 2020                   SULLIVAN HILL REZ & ENGEL
                                       A Professional Law Corporation


                                       By:    _/s/James P. Hill_____
                                              James P. Hill
                                              Attorneys for Plaintiff Vestavia Hills, Ltd.
                                              dba Mount Royal Towers

IT IS SO STIPULATED.

Dated: July 16, 2020                    ICE MILLER LLP


                                        By:    */s/ John C. Cannizzaro*
                                               John C. Cannizzaro
                                               Attorneys for creditor
                                               Gordon Food Service, Inc.