**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

SULLIVAN HILL REZ & ENGEL, A Professional Law Corporation
James P. Hill, SBN 90478
Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700, San Diego, CA 92101
Telephone No.: (619) 233-4100 | Fax No.: (619) 231-4372
E-Mail: hill@sullivanhill.com; hawkins@sullivanhill.com
Attorneys for Vestavia Hills, Ltd., Debtor

Order Entered on July 17, 2020 by Clerk U.S. Bankruptcy Court Southern District of California

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VESTAVIA HILLS, LTD., dba Mount Royal Towers

Debtor.

BANKRUPTCY NO. 20-00018-LA11

Date of Hearing: None required
Time of Hearing: None required
Name of Judge: Hon. Louise DeCarl Adler

# ORDER ON
## STIPULATION RE: ALLOWANCE OF CLAIM 9-1 OF GORDON FOOD SERVICE, INC.

The court orders as set forth on the continuation pages attached and numbered __2__ through __6__ with exhibits, if any, for a total of __6__ pages. Motion/Application Docket Entry No. __331__.

//
//
//
//
//
//
//

DATED: July 17, 2020

*[signature]*
Judge, United States Bankruptcy Court

CSD 1001A

The Debtor Vestavia Hills, Ltd., dba Mount Royal Towers ("Debtor") and creditor Gordon Food Service, Inc. ("Gordon"), on the other hand (collectively referred to as "Parties") agreed to the terms of that certain Stipulation re; Allowance of Claim no. 9-1 of Gordon Food Service, Inc.  A true copy of the Stipulation filed July 16, 2020 is attached hereto as Exhibit "1."  Based upon the Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation (Exhibit "1") is hereby approved, on the following terms:

1. Gordon's motion for allowance and payment of an administrative priority claim in this case ("Motion") (ECF #314) is resolved as follows:  Gordon's proof of claim no. 9-1 in this case is allowed as filed in the amount of $36,358.07.  Of this claim amount, Gordon is allowed an administrative expense claim of $27,408.75 pursuant to 11 U.S.C. § 503(b)(9), which claim will be paid at the earliest date and at the same percentage as any other allowed administrative claims of equal priority.  The balance of Gordon's claim shall be allowed as a general unsecured claim.

IT IS SO ORDERED.

Exhibit 1 Page 3

# EXHIBIT 1

Exhibit 1 Page 3
Signed by Judge Louise DeCarl Adler July 17, 2020

Exhibit 1 Page 4

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Donald G. Rez, SBN 82615
  Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, California 92101
Telephone:    (619) 233-4100
Fax Number:  (619) 231-4372

**Electronically Filed: 7/16/20**

Attorneys for Debtor
Vestavia Hills, Ltd., dba Mount Royal Towers

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>   VESTAVIA HILLS, LTD.,<br>    dba MOUNT ROYAL TOWERS,<br><br>                    Debtor. | CASE NO. 20-00018-LA11<br><br>Chapter 11<br><br>**STIPULATION RE: ALLOWANCE OF CLAIM 9-1 OF GORDON FOOD SERVICE, INC.**<br><br>Current Hearing Date: None<br>Time: None<br>Ctrm: 2<br>Judge: Hon. Louise DeCarl Adler<br><br>United States Bankruptcy Court<br>325 West "F" Street<br>San Diego, CA 92101-6991 |

     This Stipulation is entered into between Vestavia Hills, Ltd., dba Mount Royal Towers ("Debtor"), on the one hand, and creditor Gordon Food Service, Inc. ("Gordon"), on the other hand (collectively referred to as "Parties"), by and through their respective attorneys of record, as follows:

Exhibit 1 Page 5

## RECITALS

A. On June 30, 2020 Gordon filed proof of claim no. 9-1 in this case, asserting a total claim of $36,358.07. Of the total claim amount, Gordon asserted that $27,408.75 was entitled to administrative priority.

B. On July 2, 2020 Gordon filed a motion for allowance and payment of an administrative priority claim in this case ("Motion"). ECF #314.

C. In its Motion, Gordon seeks an order allowing it an administrative expense claim of $27,408.75 pursuant to 11 U.S.C. § 503(b)(9), and directing that distributions on the claim be made at the earliest date and at the same percentage as any other allowed administrative claims of equal priority. ECF #314.

D. The Parties have met and conferred, and have reached an agreement with respect to Gordon's claim no. 9-1 and the Motion, as set forth below.

Based on the foregoing, the Debtor and Gordon hereby stipulate and agree to the following:

## STIPULATION

1. The above recitals are incorporated into this Stipulation.

2. Gordon's proof of claim no. 9-1 in this case is allowed as filed in the amount of $36,358.07. Of this claim amount, Gordon is allowed an administrative expense claim of $27,408.75 pursuant to 11 U.S.C. § 503(b)(9), which claim will be paid at the earliest date and at the same percentage as any other allowed administrative claims of equal priority. The balance of Gordon's claim shall be allowed as a general unsecured claim

IT IS SO STIPULATED.

Dated: July 16, 2020

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By: /s/James P. Hill
James P. Hill
Attorneys for Plaintiff Vestavia Hills, Ltd.
dba Mount Royal Towers

Exhibit 1 Page 6

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | |
| 3 | Dated: July 16, 2020    ICE MILLER LLP |
| 4 | |
| 5 | By:   */s/ John C. Cannizzaro* |
| 6 | John C. Cannizzaro<br>Attorneys for creditor<br>Gordon Food Service, Inc. |