TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor: VESTAVIA HILLS, LTD.
Number: 20-00018-LA11

Hearing: 02:00 PM   Thursday, January 28, 2021

Motion: 1) CHAPTER 11 PETITION 1) SETTING STATUS CONFERENCE; 2) SETTING COMPLIANCE DEADLINES; AND 3) SETTING SANCTIONS, IF APPROPRIATE, INCLUDING DISMISSAL, CONVERSION OR APPOINTMENT OF A CHAPTER 11 TRUSTEE OR EXAMINER BECAUSE OF NONCOMPLIANCE WITH ABOVE-REFERENCE REQUIREMENTS (Fr 11/12/20)

2) STATUS CONFERENCE ON MOTION FOR RELIEF FROM AUTOMATIC STAY R/S JIG-1 FILED BY JULIAN GURULE ON BEHALF OF COMMONWEALTH ASSISTED LIVING, LLC

3) DEBTOR'S FOURTH MOTION TO EXTEND EXCLUSIVE PERIODS WITHIN WHICH TO FILE AND CONFIRM A PLAN OF REORGANIZATION FILED BY JAMES P. HILL ON BEHALF OF VESTAVIA HILLS, LTD.

Motion to Extend Exclusive Periods to File and Confirm Plan of Reogn. **GRANTED WITH MODIFICATION** as set forth below.
It appears that this will be the last extension giving the time constraints set forth in § 1121(c)(3). Still, Debtor has shown cause for a final extension pursuant to § 1121(d)(1).

Commonwealth has filed a "Statement" indicating that it does not oppose the requested extension but strongly disagrees with the characterization of the facts surrounding the need for this delay as set forth in debtor's declaration in support filed by Mr. Moriarity.   There is no other opposition.

Section 1121(d)(1) permits the Court to extend both the 120-day and the 180-day exclusivity periods referred to in § 1121(c)(3) for "cause." However, the 120-day period may not be extended beyond 18 months after the commencement date, and the 180-day period may not be extended beyond 20 months after the commencement date. 11 U.S.C. § 1121(d)(2).    This chapter 11 petition was filed on January 3, 2020, and §§ 1121(b)-(d) permit the Court to extend exclusivity periods for cause, so long as the period for exclusive filing is not extended beyond 18 months postpetition (July 3, 2021), and the period for exclusive solicitation is not extended beyond 20 months postpetition (September 3, 2021).    Therefore, the exclusive period i to file the plan is extended to July 3, 2021 and the exclusive period to confirm same to Sept 3, 2021.