CSD 1181 [07/01/18]
Name, Address, Telephone No. & I.D. No.

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill (SBN 90487)/Christopher V. Hawkins (SBN 222961)
600 B Street, Suite 1700
San Diego, CA  92101
 Tel.:  ( 619) 233-4100/Fax:  (619) 231-4372
Attorneys for Debtor and Debtor In Possession,
Vestavia Hills, Ltd. dba Mount Royal Towers

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VESTAVIA HILLS, LTD.
DBA MOUNT ROYAL TOWERS,

BANKRUPTCY NO. 20-00018-LA11

Tax I.D.(EIN)#:        /S.S.# XXX-XX-          Debtor .

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on March 18, 2021, at  2:00 p.m., in Department   2  , Room 118 , of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California  92101-6991, there will be a hearing regarding the Motions of Sullivan Hill Rez & Engel, APLC, General Counsel for Debtor and Debtor in Possession Vestavia Hills, Ltd. dba Mount Royal Towers; Campbell Partners, LLC ,Special Litigation Counsel for Debtor and Debtor in Possession Vestavia Hills, Ltd. dba Mount Royal Towers, Elisabeth Eisner, Special Transactional Counsel for Debtor and Debtor in Possession Vestavia Hills, Ltd. dba Mount Royal Towers; Squar Milner, LLP,  Accountant for Debtor and Debtor in Possession Vestavia Hills, Ltd. dba Mount Royal Towers; Virginia Moore-Bell, Trustee Appointed and Court Approved Patient Care Ombudsman; and, Harbuck Keith & Holmes, LLC,  Special Alabama Licensing and Regulatory Counsel for Debtor and Debtor in Possession Vestavia Hills, Ltd. dba Mount Royal Towers for [check the appropriate box]:

☒ Allowance of interim compensation and reimbursement of expenses of professionals as provided in Exhibit "A" [information required by FRBP 2002(c)(2)];

| Applicant | Fees | Costs | Current Fee Request (20%holdback) |
|---|---|---|---|
| **Sullivan Hill Rez & Engel, APLC,  General Counsel for Debtor and Debtor in Possession Vestavia Hills, Ltd. dba Mount Royal Towers** May 1, 2020 – November 30, 2020 Second Interim Fee Application | $901,146 | $5,833.28 | $180,229.30 |
| **Campbell Partners, LLC, Special Litigation Counsel for Debtor and Debtor in Possession Vestavia Hills, Ltd. dba Mount Royal Towers** May 1, 2020 – November 30, 2020 Second Interim Fee Application | $28,950 | $284.75 | $5,790 |
| **Elisabeth Eisner, Special Transactional Counsel for Debtor and Debtor in Possession Vestavia Hills, Ltd. dba Mount Royal Towers** May 1, 2020 – November 30, 2020 Second Interim Fee Application | $19,030 | $0 | $3,806 |

CSD 1181

416348-v1

| Applicant | Fees | Costs | Current Fee Request (20%holdback) |
|---|---|---|---|
| **Baker Tilly US LLP fka Squar Milner, LLP, Accountant for Debtor and Debtor in Possession Vestavia Hills, Ltd. dba Mount Royal Towers** May 1, 2020 – November 30, 2020 Second Interim Fee Application | $40,620 | $74.20 | $8,124 |
| **Virginia Moore-Bell, Trustee Appointed and Court Approved Patient Care Ombudsman** May 1, 2020 – November 30, 2020 Second Interim Fee Application | $949.42 | $0 | $189.88 |
| **Harbuck Keith & Holmes, LLC,  Special Alabama Licensing and Regulatory Counsel for Debtor and Debtor in Possession Vestavia Hills, Ltd. dba Mount Royal Towers** May 1, 2020 – November 30, 2020 Second Interim Fee Application | $52,890 | $5,534.75 | $10,578 |

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1]days from the date of service.**

SULLIVAN HILL REZ & ENGEL, A Professional Law Corporation

DATED:  February 18, 2021

_/s/James P. Hill_

James P. Hill, Esq., Attorney for Debtor and Debtor in Possession Vestavia Hills, Ltd. dba Mount Royal Towers

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

416348-v1

CSD 1181A  (Page 3)  [08/01/11]        [TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]

APPLICANT  Sullivan Hill Rez & Engel, APLC ____, REPRESENTING [Name & Title] General Counsel for Debtor

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 1/3/20 to 4/30/20 | 702,089.00 | 669,987.00 | 669,987.00 | 0.00 | 32,102.00 | 9,696.02 | 9,696.02 |
| 2ND INTERIM 5/1/20 to 11/30/20 | 901,146.00 | | | | | 5,833.28 | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 1,603,235.00 | 669,987.00 | 669,987.00 | 0.00 | 32,102.00 | 15,529.30 | 9,696.02 |

APPLICANT  Campbell Partners, LLC ____, REPRESENTING [Name & Title] Special Litigation Counsel for Debtor

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[2] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 1/3/20 to 4/30/20 | 105,232.50 | 105,232.50 | 105,232.50 | | | 502.20 | 502.20 |
| 2ND INTERIM 5/1/20 to 11/30/20 | 28,950.00 | | | | | 284.75 | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 134,182.50 | 105,232.50 | 105,232.50 | 0.00 | 0.00 | 786.95 | 502.20 |

[1]The Court requested adjustments to the fee application that the applicant made and these amounts were approved by order entered on September 10, 2020, ECF 390.

CSD 1181A

EXHIBIT "A"

CSD 1181A (Page 3) [08/01/11]   [TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]

APPLICANT Elisabeth Eisner, Esq. , REPRESENTING [Name & Title] Special Transactional Counsel for Debtor

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 1/3/20 to 4/30/20 | 5,830.00 | 5,830.00 | 5,830.00 | | | 0.00 | 0.00 |
| 2ND INTERIM 5/01/20 to 11/30/20 | 19,030.00 | | | | | 0.00 | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 24,860.00 | 5,830.00 | 5,830.00 | 0.00 | 0.00 | 0.00 | 0.00 |

APPLICANT Baker Tilly US LLP fka Squar Milner, LLP , REPRESENTING [Name & Title] Accountant for Debtor

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[2] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 1/3/20 to 4/30/20 | 30,620.00 | 30,620.00 | 30,620.00 | | | 50.60 | 50.60 |
| 2ND INTERIM 5/1/20 to 11/30/20 | 40,620.00 | | | | | 74.20 | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 71,240.00 | 30,620.00 | 30,620.00 | 0.00 | 0.00 | 124.80 | 50.60 |

[1]Please provide an explanation for this disallowance.
[2]Please provide an explanation for this disallowance.

EXHIBIT "A"

CSD 1181A

CSD 1181A (Page 3) [08/01/11]

[TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]

APPLICANT Virginia Moore-Bell, Patient Care Ombudsman , REPRESENTING [Name & Title] Trustee Appointed and Court Approved Patient Care Ombudsman

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 1/3/20 to 4/30/20 | 1,178.10 | 1,178.10 | 1,178.10 | | | 76.48 | 76.48 |
| 2ND INTERIM 5/1/20 to 11/30/20 | 949.42 | | | | | 0.00 | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 2,127.52 | 1,178.10 | 1,178.10 | 0.00 | 0.00 | 76.48 | 76.48 |

APPLICANT Harbuck Keith & Holmes,LLC , REPRESENTING [Name & Title] Special Alabama Licensing and Regulatory Counsel for Debtor

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[2] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 1/3/20 to 4/30/20 | 39,558.50 | 39,558.50 | 39,558.50 | | | 24.50 | 24.50 |
| 2ND INTERIM 0/1/20 to 11/30/20 | 52,890.00 | | | | | 5,534.75 | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 92,448.50 | 39,558.50 | 39,558.50 | 0.00 | 0.00 | 5,559.25 | 24.50 |

[1]Please provide an explanation for this disallowance.
[2]Please provide an explanation for this disallowance.

EXHIBIT "A"

CSD 1181A                                                Page    3    of    3

CSD 1181 (Page 3) [07/01/18]

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the 18th day of February, 2021, I served a true copy of the within NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below:

1.    **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On ___February 18, 2021___ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

John Cannizzaro    john.cannizzaro@icemiller.com

•Kathleen A. Cashman-Kramer    Cashman-Kramer@Sullivanhill.com, kathylaw@san.rr.com;rudolph@sullivanhill.com;hill@sullivanhill.com;bkstaff@sullivanhill.com;rudolph@ecf.inforuptcy.com;cashman-kramer@ecf.inforuptcy.com;kramer.kathleenc.r97749@notify.bestcase.com

•Glen F. Dorgan    glen.dorgan@usdoj.gov, Brenda.seyler@usdoj.gov

•Ajay Gupta    ajay@guptalc.com, guptaar87864@notify.bestcase.com

•Julian Gurule    jgurule@buchalter.com, smartin@buchalter.com,docket@buchalter.com

•Christopher V. Hawkins    hawkins@sullivanhill.com, hill@sullivanhill.com;cashman-kramer@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com

•James P. Hill    Hill@sullivanhill.com, hawkins@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hill@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com

•J. Barrett Marum    bmarum@sheppardmullin.com, egarcia@sheppardmullin.com

•David Ortiz    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov

•William A. Smelko    bill.smelko@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com

•Randye B. Soref    rsoref@polsinelli.com

• United States Trustee    ustp.region15@usdoj.gov

| ☐ | For Chpt. 7, 11, & 12 cases: | ☐ | For ODD numbered Chapter 13 cases: | ☐ | For EVEN numbered Chapter 13 cases: |
|---|---|---|---|---|---|
| | UNITED STATES TRUSTEE ustp.region15@usdoj.gov | | THOMAS H. BILLINGSLEA, JR., TRUSTEE Billingslea@thb.coxatwork.com | | DAVID L. SKELTON, TRUSTEE admin@ch13.sdcoxmail.com dskelton13@ecf.epiqsystems.com |

CSD 1181

416348-v1

2.     **Served by United States Mail**:

On  February 18, 2021 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

| | | |
|---|---|---|
| Alabama Department of Revenue Legal Division P.O. Box 320001 Montgomery, AL 36132-0001 | Wells Fargo, N.A. Attn: DA One West 4th Street Third Floor, MAC D40D0-030 Winston Salem, NC 27101 | Baker Donelson Tim Lupinacci/Patton Hahn/Matt Cahill 1400 Wells Fargo Tower 420 20th Street North Birmingham, AL 35203 |
| Commonwealth Assisted Living, LLC 437 Madison Avenue, Suite 33C New York, NY 10022 | J.T. Smallwood –Tax Collector Room 160 Courthouse 716 Richard Arrington Jr. Blvd. N Birmingham, AL 35203 | |

### *SEE ATTACHED SERVICE LIST*

CSD 1181

416348-v1

CSD 1181 (Page 5) [07/01/18]

3.      **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on   February 18, 2021, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐      Attorney for Debtor (or Debtor), if required:

| | |
|---|---|
| Aaron Malo<br>amalo@sheppardmullin.com<br>Counsel for Wells Fargo | Virginia Moore-Bell Virginia.Bell@adss.alabama.gov<br>Tammy.Holman@adss.alabama.gov<br>TaRhonda.Wiggins@adss.alabama.gov<br>Patient Care Ombudsman |
| Elisabeth Eisner<br>eeisner@eeisner.com<br>Special Transactional Counsel for Debtor | Andy Campbell<br>Harris Hagood<br>Campbell Partners<br>harris@campbellpartnerslaw.com<br>andy@campbellpartnerslaw.com<br>Alabama Litigation Counsel for Debtor |
| Harbuck Keith & Holmes<br>Kenny Keith<br>kkeith@hkh.law<br>Regulatory Counsel for Debtor | Stacy Elledge-Chiang<br>Squar Milner<br>schiang@squarmilner.com |

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on         February 18, 2021
                              (Date)

Laurel Dinkins */s/Laurel Dinkins*
(Typed Name and Signature)

 600 B Street, Suite 1700
(Address)

 San Diego, CA  92101
(City, State ZIP Code)

416348-v1

CSD 1181

Label Matrix for local noticing
0974-3
Case 20-00018-LA11
Southern District of California
San Diego
Thu Feb 18 09:26:25 PST 2021

AMERIPRIDE SERVICES INC.
P.O. BOX 1564
BEMIDJI, MN 56619-1564

AT&T Corp
One AT&T Way
Bedminster, NJ 07921-2694

AT&T Telephones
One AT&T Way
Bedminster, NJ 07921-2694

Aaron Malo
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993

ActivCare Living
9619 Chesapeake Drive,
Suite 103
San Diego, CA 92123-1394

Adrian Jackson
1585 Bent River Circle
Vestavia Hills, AL 35216-5394

Aishah Rahman
6016 Rime Village East
Birmingham, AL 35216-6186

Alabama Center for Occ Med Pre
2018 BROOKWOOD MED CTR DRIVE
Birmingham, AL 35209-6898

Alabama Power
P.O. BOX 242
BIRMINGHAM, AL 35292-0001

Allen Evans
300 Royal Tower Drive - 128B
Birmingham, AL 35209-6865

Allen Woods
2824 31st St W
Birmingham, AL 35208-4802

Alonzo Scott
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Amber Arrington
557 6th Ct
Pleasant Grove, AL 35127-1656

Amelia Putt
9619 Chesapeake Dr Ste 103
San Diego, CA 92123-1394

American Lighting Inc.
P.O. BOX 10872
Birmingham, AL 35202-0872

Ameripride
PO Box 1564
Bemidji, MN 56619-1564

Angela Baynes
P O Box 412
Birmingham, AL 35201-0412

Angela Whatley
3210 Avenue I Ensley
Birmingham, AL 35218

Anita Parnell
1469 Pearson Ave Sw
Birmingham, AL 35211-2631

Anna Stanfield
316 Royal Tower Drive
Birmingham, AL 35209-7828

Annie Brown
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Annie Mckinley
20 Westchester Crt
Apt 3
BIRMINGHAM, AL 35215-1848

Annie Stephen
300 Royal Tower Drive
Room 326
Birmingham, AL 35209-6865

Annie Stephen
c/o Sidney Stephen
2125 Joyce Street
Birmingham, AL 35205-6813

Anthony Kiptoo
731 C Raleigh Ct
Birmingham, AL 35209-6068

Anthony Noel
7298 Owens Road
Mountain Grove, AL 65711-2964

April Richardson
2003 Artesian Springs Rd
Brighton, AL 35020-1960

Ashanti Hickman
806 Tyler Circle
Apt C
HOOVER, AL 35226-1333

Ashley Blevins
5271 Crowne Chase
Birmingham, AL 35244-3002

Auri Underwood
1595 WILDERNESS LANE
Birmingham, AL 35235-2852

B. Renee Barnard
300 Royal Towers Drive
Birmingham, AL 35209-6865

B. Renee and Charles Barnard
300 Royal Towers Drive
Birmingham, AL 35209-6865

BIRMINGHAM WATER WORKS
P.O. BOX  830269
BIRMINGHAM, AL 35283-0269

Bagby Elevator Company, Inc.
Hunter M. Bagby
PO Box 320919
Birmingham, AL 35232-0919

Bailey Dann
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Barbara Crowley
202a Royal Tower Drive
Birmingham, AL 35209

Barbara Johnson
700 42nd Street
Fairfield, AL 35064-2323

Barbara Lail
300 Royal Tower Driv
Birmingham, AL 35209-6865

Barbara Nichols
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Barbara Sisk
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Barry Key
405 11th Ave
Birmingham, AL 35228-2936

Benito Hernandez
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Bernadine Barnes
6550 Ivy Walk
Bessemer, AL 35022-1634

Berta Taylor
2701 Crandall Court
Birmingham, AL 35243-4444

Bertie Kelley
PO Box 396
Shelby, AL 35143-0396

Betty Edosomwan
2744 Oxmoor Way
Birmingham, AL 35211-6437

Betty Vaughan
4257 Sharpsburg Dr.
Birmingham, AL 35213-2207

Bill Anderson
1009 Royal Tower Drive
Birmingham, AL 35209-6860

Bill Anderson
c/o Libby  Turnipseed
207 Hollingsworth Ave Apt 53
Rainbow City, AL 35906-3172

Bill Dunn
2658 Briarberry Dr
Vestavia, AL 35226-3815

Billy Brown
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Billy Brown
c/o JBS Laura Fulbright
940 Montclair Road Suite 200
Birmingham, AL 35213-1212

Blessing Osanu
76 Milgray Lane
Calera, AL 35040-4864

BlueCross BlueShield  Alabama
450 Riverchase Parkway East
Birmingham, AL 35298-0001

Bobby Love
1213 Lafayette St
Birmingham, AL 35214-4337

Bobby Rollins
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Brandon Jeffries
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Brandon Jeffries
c/o Steve Smith
PO Box 398
Cullman, AL 35056-0398

Breana Hawkins
8036 Charles Barkley Avenue
BIRMINGHAM, AL 35094-7032

Brenda Calvert
4811 Burrows Crossing Rd
JASPER, AL 35504-4138

Brenda Chambers
713 Crowne Drive
Birmingham, AL 35224-1894

Briana Sanders
3119 Berkley Ave
Bessemer, AL 35020-3764

Brianesha Patterson
1908 Wisteria Pl
Hoover, AL 35216-4452

Burr & Forman LLP
Attn Marc P Solomon, Richard J Brockman
and Brent D Hitson
420 North 20th Street Suite 3400
Birmingham, AL 35203-5210

CUSTOM MEDICAL SOLUTIONS
7100 NORTHLAND CIRCLE  # 410
BROOKLYN PARK, MN 55428-1500

California Department of Tax and Fee Adminis
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0001

Calvin Anthony Morris
216 MAMIE LANE
Birmingham, AL 35215-7108

John Cannizzaro
Ice Miller LLP
250 West Street
Columbus, OH 43215-7509

Cantata Health
fka NTT Data
P.O. BOX 123875
Dallas, TX 75312-3875

Careworx
51 Townline Road, Suite 1
Orangeville, Ontario  L9W 1V1

Carol Bartee
2830 19th Court S
Birmingham, AL 35209

Carol Wilson
308 Royal Tower Drive
Birmingham, AL 35209-6828

Carol Wilson
c/o Crisis Center
3600 8th Avenue S Ste 501
Birmingham, AL 35222-3223

Carolyn Turner
1313 99th St N
Birmingham, AL 35217-2101

Casey Shelton
1336 Heflin Ave W
Birmingham, AL 35214-2922

Kathleen A. Cashman-Kramer
Sullivan Hill Rez & Engel, APLC
600 B Street
Suite 1700
San Diego, CA 92101-4507

Charles L. Barnard
300 Royal Towers Drive
Birmingham, AL 35209-6865

Charles L. Barnard
9619 Chesapeake Dr
Suite 103
San Diego, CA 92123-1394

Charlie Smith
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Charlie Smith
c/o Willie Smith
1635 27th Street
Birmingham, AL 35234-2041

Chris Neely
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Christian Jordan
428 Golden Crest Cir
Birmingham, AL 35209-1121

Christina Curtis
Po Box 21
Wilton, AL 35187-0021

Christoph Alexander
50 Stone Crest Ter
Odenville, AL 35120-5886

Chyzime Blackshear
1221 Graymont Ave W
Birmingham, AL 35208-4928

Clare Williams
210A Royal Tower Drive
Birmingham, AL 35209-7048

Clare Williams
c/o Chester Williams
P O Box 6028
Hilton Head, SC 29938-6028

Clarence Bell
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Clarence Royster
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Commonwealth Assisted Living
via Registered Agent
251 Little Falls Drive
Wilmington, DE 19808-1674

Commonwealth Assisted Living, LLC, Series E
Attn: Richard Brewer, Manager
534 E. Main Street, Suite B
Charlottesville, VA 22902-5395

Commonwealth Assisted Living, LLC, Series E
c/o Buchalter PC/ Julian Gurule, Esq.
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

Comtex
530 BEACON PARKWAY WEST
Birmingham, AL 35209-3100

Connie A. Virgadamo
1340 San Lucas Court
Solana Beach, CA 92075-2112

Connie and Frank Virgadamo
1340 San Lucas Court
Solana Beach, CA 92075-2112

Cooks Pest Control
c/o Danny Hughes
160 London Pkwy
Birmingham, AL 35211-4540

Curtis Owens
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Cynthia Goggins
2845 7th St N.E.
Center Point, AL 35215-2128

Cynthia Moss-Bibb
3654 Grand Central Ave
Fultondale, AL 35068-1996

Cynthia Richter
300 Royal Tower Drive - 153B
Birmingham, AL 35209-6865

Cynthia Richter
c/o Richard Adams
15775 Yellow Creek Road
Tuscaloosa, AL 35406-8840

Cynthia Strozier
157 Warren Road
Alabaster, AL 35007-4724

DAVID A. ORTIZ
OFFICE OF THE UNITED STATES TRUSTEE
880 FRONT STREET, SUITE 3230
SAN DIEGO, CA 92101-8897

Dana Mistic
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Daniel Cobb
300 Royal Tower Drive
190A
Birmingham, AL 35209-6865

Daniel Cobb
c/o Laura Fulbright
940 Montclair Rd, Suite 200
Birmingham, AL 35213-1212

Daniel Washington
8516 Division Ave.
Birmingham, AL 35206-2753

Danny Davis
1731 Hialeah Circle
Alexander City, AL 35010-6701

Daphne Mckinnon
1513 Smithfield Park Cir
Pleasant Grove, AL 35127-3544

Dareyl McElroy
7408 Queenstown Avenue
Birmingham, AL 35206-5346

Darnell Walker-Chatman
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Darrell Boykins
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Darrell Boykins
c/o William Boykins
2768 County Road 36
Heflin, AL 36264-3563

Darron Johnson
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Debra Hatchett
5915 1st Ave S
Apt B
Birmingham, AL 35212-2648

Deirdre Smith
820 Kent Dr
Odenville, AL 35120-3855

Deloras Custred
1014 Royal Tower Drive
Birmingham, AL 35209-6860

Denise Stoudmire
7718 Sunrise Lane
Apt A
Birmingham, AL 35210-1358

Deonna Rhodes
8140 2nd Avenue S
Birmingham, AL 35206-3809

Dept. Indust. Rel., Labor Law Enforce.
1550 West Main St.
El Centro, CA 92243-2105

Derrick Bell
1636 17th Pl
Birmingham, AL 35211-4222

Diamond Blackshear
1221 Graymont Ave N
Birmingham, AL 35208

Dimple Simmons
300 Royal Tower Drive 323
Birmingham, AL 35209-6865

Dimple Simmons
c/o David Simmons
7200 3rd Ave
Sykesville, MD 21784-5201

Dish
ACCT #8255 7070 2330 7924
PO Box 7203
PASADENA, CA 91109-7303

Div. of Labor Standards Enforcement
7575 Metropolitan Drive, Suite 210
San Diego, CA 92108-4424

Donald Harris
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Donna Wynn
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Doris Davis
129 Sterling Circle Nw
Apt. B
Birmingham, AL 35215-4529

Dorothy Colburn
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Douglas Rockett
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Drake Theodis
300 Royal Tower Drive 112B
Birmingham, AL 35209-6865

Dun & Bradstreet
Attn: Lynne Roberts, 2nd Floor
3501 Corporate Parkway
PO Box 520
Center Valley, PA 18034-0520

ELISABETH EISNER
4040 PORTE DE PALMAS, SUITE 32
SAN DIEGO, CA 92122-5140

Ecolab
24198 NETWORK PLACE
Chicago, IL 60673-1241

Edgar Little
P O Box 36220
Birmingham, AL 35236-6220

Edith Ransom
4633 Grasselli Blvd
Birmingham, AL 35221-1813

Elijah Ray
1002B Royal Tower Drive
Vestavia, AL 35209-6860

Eloise Brown
1931 Princeton Ct SW
Birmingham, AL 35211-2320

Elsie Ray
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Elsie Waters
1106 Royal Tower Drive
Birmingham, AL 35209-6822

Emma Vaiton
1018 Royal Tower Drive
Birmingham, AL 35209-6861

(p)EMPLOYMENT SCREENING SERVICES  INC
ATTN ATTN LEGAL DEPT
2700 CORPORATE DRIVE
SUITE 100
BIRMINGHAM AL 35242-2733

(p)ENVIRONMENTAL BIOLOGICAL SERVICES
4350 1ST AVE SO
BIRMINGHAM AL 35222-2108

Eric Golden
6306 Letson Farms Drive
Bessemer, AL 35022-7040

Erik Bradford
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Erin Rutledge
1403 12th St N
Birmingham, AL 35204-2606

Ester Parnell
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Ethel Hoff
304 Royal Tower Drive
Birmingham, AL 35209-6828

Ethel Wills
1808 Amberley Woods Way
Helena, AL 35080-3827

FELDER SERVICES, LLC
P.O. BOX 70171
MOBILE, AL 36670-1171

Felonia Jones
4313 Carver Ave Sw
Birmingham, AL 35221-2115

Folami Brown
429 Green Springs Hwy
Suite 161-475
Birmingham, AL 35209-4935

Frances MacDougall
705 Rockford Circle
Birmingham, AL 35209-3155

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Frank & Connie Virgadamo(Husband & Wife)
c/o Procopio,Cory,Hargreaves&Savitch LLP
Attn: Bill Smelko
525 B Street, Suite 2200
San Diego, CA 92101-4474

Frank A. Virgadamo
1340 San Lucas Court
Solana Beach, CA 92075-2112

Frank Hibbler
237 52nd St N
Birmingham, AL 35212-3115

Gerald Tait
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Giavonnya Purkson
108 Sterling Ct NW
Apt D
BIRMINGHAM, AL 35215-4537

Gladys Davis
136 Green Wood Cir
Calera, AL 35040-4617

Glenn Wells
1139 16th Ave South
Apt. 1
Birmingham, AL 35205-4683

Glenneth Staton
300 Royal Tower Drive 190B
Birmingham, AL 35209-6865

Glenneth Staton
c/o Kenneth Staton
265 Hancock Drive E
Scottsboro, AL 35769-6119

Gloria Little
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Gordon Food Service, Inc.
PO Box 88029
Chicago, IL 60680-1029

Gordon Food Service, Inc.
c/o Ice Miller LLP
ATTN: Jason Torf
200 W. Madison Street, Suite 3500
Chicago, IL 60606-3417

Grace Okafor
4554 Brookshire Loop
Apt D
Bessemer, AL 35022-6997

Greg Haas
302 Royal Tower Drive
Birmingham, AL 35209-6828

Gregory Massey
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Gregory Simpson
300 Royal Tower Drive 192B
Birmingham, AL 35209-6865

Gregory Simpson
c/o Valencia Simpson
824 6th Ave West
Birmingham, AL 35204-3402

Ajay Gupta
Gupta, Evans and Associates, PC.
1620 5th Ave.
Suite 650
San Diego, CA 92101-2752

Julian Gurule
Buchalter, A Professional Corporation
1000 Wilshire Blvd
Ste 1500
Los Angeles, CA 90017-1730

Haley Skinner
220 Timber Trail
Warrior, AL 35180-5145

Christopher V. Hawkins
Sullivan Hill Rez & Engel, APLC
600 B Street
Suite 1700
San Diego, CA 92101-4507

Helen Johnson
204 Royal Tower Drive
Birmingham, AL 35209-6816

Helen Johnson
c/o Michael Johnson
106 Greenleaf Court
Summerville, SC 29485-8462

Helen Parham
3345 Jefferson Ave SW
Birmingham, AL 35221-1241

James P. Hill
Sullivan Hill Rez & Engel, APLC
600 B Street
Ste. 1700
San Diego, CA 92101-4507

Howard Skipper Jr.
3109 Overton Drive
Birmingham, AL 35209-4011

IRS-Insolvency Division
P.O. Box 7346
Philadelphia, PA 19101-7346

Ida Pope
920 4th Street West
Birmingham, AL 35204-3008

Innovex
11 POWDER HILL ROAD
Lincoln, RI 02865-4407

Intalere
c/o Health Resource Services
1100 Olive Way Suite 1030
Seattle, WA 98101-1832

Internal Revenue Service (IRS)
Insolvency Operations Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

Irwin McCay
116 A
300 Royal Tower Drive
Birmingham, AL 35209-6865

J. Barrett Marum
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, Suite 1900
San Diego, California 92101-3598

Jack L. Rowe
724 Northern Dancer Drive
Edmond, OK 73025-9781

Jack L. Rowe
c/o Procopio,Cory,Hargreaves&Savitch LLP
Attn: Bill Smelko
525 B Street, Suite 2200
San Diego, CA 92101-4474

Jackie Russell
28 El Dorado  East
Tuscaloosa, AL 35405-3534

Jacquelyn Perry
110 Gables Drive
Birmingham, AL 35244-1848

James Cook
5259 Crowne Chase Pkwy
BIRMINGHAM, AL 35244-3025

James Taylor
5701 Rime Village Dr
Hoover, AL 35216-6463

James Thomas
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Jan Coleman
1016 Royal Tower Drive
Birmingham, AL 35209-6861

Jan Coleman
c/o Ted Mills
2048 Magnolia Ridge
Birmingham, AL 35243-2018

Janice Carter
3411-E Primm Lane
Hoover, AL 35216-5631

Janice Fite
220 17th Avenue Sw
Birmingham, AL 35211-3834

Janis Staff
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Jasmine House
828 Martinwood Lane
Birmingham, AL 35235-1217

Jasmine Jackson
3025 15th St Ensley
Birmingham, AL 35208-2330

Jeanette Harvey
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Jefferson Blount St Clair
Mental Health Authority
940 Montclair Road Ste 200
Birmingham, AL 35213-1212

Jeffery Fleeton
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Jeffrey Tidwell
404 2nd Street South
Oneonta, AL 35121-2113

Jennie Lichter
201 Royal Tower Drive
Birmingham, AL 35209-6816

Jennie Lichter
c/o Scott Buchalter
4520 Pine Mountain Road
Birmingham, AL 35213-1828

Jeralyn  Moore
4609 Grasselli Blvd SW
Birmingham, AL 35221-1813

Jerry Busby
301 Royal Tower Drive
Birmingham, AL 35209-6828

Jerry Busby
c/o Lindy Eichelberger
321 10th Street SW
Alabaster, AL 35007-9452

Jessyca Greenwood
4212 Fieldstone Dr
Birmingham, AL 35215-1214

Jimmie Legg
146 Birch Creek Drive
Birmingham, AL 35242-6716

Joe Jones
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

John Lee
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

John Luker
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

John McCray
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

John Montgomery
c/o Rhonda Montgomery
2917 Parkridge Drive
Birmingham, AL 35209-2416

Joseph Foster
514 1st St. South
Birmingham, AL 35205-4244

Joseph McCabe
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Joseph McMillan
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Joseph McMillan
c/o Beth McMillan
5031 McCormack Drive
Gardendale, AL 35071-2822

Josephine Baldwin
4340 Harmon St
Birmingham, AL 35217-3724

Josette White
1409 Winola Lane
Birmingham, AL 35235-1636

Journey Hospice of Alabama LLC
4128 Crosshaven Drive
Birmingham, AL 35243-5228

Judith A. Chance
7106 Country Club Drive
La Jolla, CA 92037-5611

Judith A. Chance
c/o Procopio,Cory,Hargreaves&Savitch LLP
Attn: Bill Smelko
525 B Street, Suite 2200
San Diego, CA 92101-4474

Judith Chance
7106 Country Club Drive
La Jolla, CA 92037-5611

Just Medical Inc.
1071 JAMESTOWN BLVD, UNIT  D-6
Watkinsville, GA 30677-4137

Justin Burrow
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Karen DeLoach
300 Royal Tower Drive
124B
Birmingham, AL 35209-6865

Karen DeLoach
c/o Greg Hawley
2001 Park Place N Suite 830
Birmingham, AL 35203-2710

Karen L. McElliott
550 Front Street, #2401
San Diego, CA 92101-7102

Karen McElliott
c/o Procopio,Cory,Hargreaves&Savitch LLP
Attn: Bill Smelko
525 B Street, Suite 2200
San Diego, CA 92101-4474

Karen Otis
212 Peerless Avenue
Homewood, AL 35209-3438

Katrina Hives
516 Esplanade Drive
Birmingham, AL 35206-1611

Keather Daniels
1617 Bryson Street
Birmingham, AL 35228-2204

Kenneth McHenry
112 Forrest Home Road
Boaz, AL 35957-4804

Kerry Lenard Marshall Dunn
808 23rd Street SW
Birmingham, AL 35211-3516

Kimberley Taylor
424 Commons Drive
Birmingham, AL 35209-6963

Kiya Gamble
460 Beasley Rd
Gardendale, AL 35071-2049

Lamont Lane
301 Tuscaloosa Avenue SW
Birmingham, AL 35211-1475

Laquiesha Abercrombie
1325 Jersey Street
Birmingham, AL 35224-2308

Larry Combs
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Larry Hall
300 Royal Tower Drive 185B
Birmingham, AL 35209-6865

Latesicia Sanders
1816 Woodvine Lane
Birmingham, AL 35215-5813

Laura Shelton
3005 Apple Valley Lane
A
Birmingham, AL 35215-1711

Ledora Winfield
c/o James Winfield
1400 7th Ave N Apt 305
Birmingham, AL 35203-1858

Lee Dates
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Leesa Lewis
2000 20Th St So
Birmingham, AL 35209-1330

Leona  Evans
2000 Stouts Rd
Apt M
Birmingham, AL 35234-1738

Leonard Sr. Rose
300 Royal Tower Dr 217
Birmingham, AL 35209-6865

Leonard Sr. Rose
c/o John Rose
315 Star Trek Drive
Birmingham, AL 35214

Leroy Green
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Leroy Hopper
1850 7th Avenue
Calera, AL 35040-6440

Lesa Jones
321 Half Moon Bend
Birmingham, AL 35206-3018

Leticia Nolan
22143 Green Pine Dr
West Blocton, AL 35184-9408

Leverne Demmings
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Leverne Demmings
c/o Wanda Larosilere
3428 Crayrich Drive
Birmingham, AL 35226-3380

Lilian Musa
723 Lake Heather Reserve
Birmingham, AL 35242-7613

Linda Brown
709 Darlene Drive
Birmingham, AL 35217-1012

Linda Cuddington
303 Royal Tower Drive
Birmingham, AL 35209-6828

Linda Ortiz
2774 Sydney Dr
Apt 308
BIRMINGHAM, AL 35211-7045

Linda Watts
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Lingo
P.O. BOX 660343
Dallas, TX 75266-0343

Lolita Oliver
1208 41st Street W
Birmingham, AL 35208-1824

Loretta Beverly
1732 Wharton Avenue
Birmingham, AL 35217-3258

Loris Stinson
PO Box 311133
Birmingham, AL 35231-1133

Lorraine Hunter
Resident Trust
300 Royal Tower Dr - 150B
Birmingham, AL 35209-6865

Lorraine Mcauthor
7711 Sunrise Place
Apt L
Birmingham, AL 35210-1368

Lovett Greenwood
1904 12th Pl Sw
Birmingham, AL 35211-4403

Lowes Credit Card
ACCT # 821 3101 902224 8
P.O. BOX 530970
Atlanta, GA 30353-0970

Lucy Kamau
2698 Briarberry Dr
VESTAVIA, AL 35226-3815

Lydia Kizer
1500 18th St. Sw
Birmingham, AL 35211-4728

MCKESSON
PO BOX 630693
CINCINNATI, OH 45263-0693

MED Healthcare Partners, LLC
c/o RANDYE B. SOREF
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067-3221

Malcolm Maherg
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Malimar Technology Group, Inc.
P.O. BOX 880595
San Diego, CA 92168-0595

Margaret Moore
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Marie Hughes
411 Orange Court
Denver, CO 80220-6122

Marilyn Gilmore
2025 Little Mountain Circle
Apt A8
PELHAM, AL 35124-1107

Marilyn Zeigler
8529 Division Ave
Birmingham, AL 35206-2754

Marlin Leasing Corporation
6470 E. Johns Crossing
Suite 430
Duluth, GA 30097-1545

Martha Carrington
477 2nd St N
Birmingham, AL 35204-4340

Martin Kash
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

J. Barrett Marum
Sheppard, Mullin, Richter & Hampton LLP
501 West Broadway, Suite 1900
San Diego, CA 92101-3598

Mary  Doss
1925 Springlake Ct
Birmingham, AL 35215-5064

Mary McCaa
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Mary Monroe
1821 Indian Hill Road
Birmingham, AL 35216-2253

Mary Pitts
940 Montclair Road
Suite 200
Birmingham, AL 35213-1212

Mary Sanders
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Mary Ugbo
12772 Hilda Drive
Mc Calla, AL 35111-1580

Mattie Porter
2241 Greensprings Hwy S
Apt H
Birmingham, AL 35205-6852

Maurice Brown
1537 32nd St Ens
BIRMINGHAM, AL 35218-3318

McKesson Medical-Surgical
Minnesota Supply, Inc.
c/o Stephanie Hampton
6651 Gate Partway
Jacksonville, FL 32256-8075

Medico Inc.
1600 7TH  ST. NORTH
Clanton, AL 35045-2145

Meka Weathersby
801 Overlook Cir
Bessemer, AL 35023-1619

Melissa Griffis
6344 Mountainview Cir
Gardendale, AL 35071-2088

Melissa Mabry
3653 44th Avenue N
Birmingham, AL 35207-2337

Michael Burton
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Michael Cash
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Michael Gable
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Michael Howard
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Michelle Andrews
1004 Royal Tower Drive
Birmingham, AL 35209-6860

Michelle Andrews
c/o Charles Carlton
400 Miller Circle
Indian Springs, AL 35124-3743

Mildred Curington
3607 Lemienx Lane
Birmingham, AL 35223-2205

Miles Watts
4713 Ave R
Birmingham, AL 35208-4008

Misti Tidwell
404 2nd St South
Oneonta, AL 35121-2113

Miyashe Rutledge
620 Ferndale Circle
Birmingham, AL 35235-2304

Mobilex USA
P.O. BOX 17462
Baltimore, MD 21297-0518

Virginia Moore-Bell
201 Monroe St., Ste. 350
Montgomery, AL 36104-6955

Myra Bittle
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Myra Bittle
c/o Berd Butler
81 Pine Fork Road
Hayden, AL 35079-6844

Nadelia Thomas
3665 Cedarbrook Trl
Apt C
Hoover, AL 35216-6017

Nadine Whitaker
23325 Steiner Ave
Birmingham, AL 35211

Nanette Lackey-Griffies
306 Royal Tower Drive
Vestavia, AL 35209-6828

Narkeita Chatman
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Nathaniel Perkins Jr.
1003 Royal Tower Drive
Birmingham, AL 35209-6860

(p)NAVITAS CREDIT CORP
ATTN JOYCE MCKULKA
201 EXECUTIVE CENTER DR SUITE 100
COLUMBIA SC 29210-8410

Navitas Credit Corp.
PO Box
979131
Miami, FL 33197

Ned Simmons
Resident Trust
300 Royal Tower Dr - 173B
Birmingham, AL 35209-6865

New Beacon Hospice
c/o Curo Health Services LLC
491 Williamson Road, Suite 204
Mooresville, NC 28117-9255

Nicole Harris
1444 Princeton Avenue N
Birmingham, AL 35217-3434

Nutrition Systems Consulting
P.O. BOX 5229
Jackson, MS 39296-5229

Office Depot Credit Card
ACCT 44274139
P.O BOX 633211
Cincinnati, OH 45263-3211

Omnicare
1119 Royal Tower Drive
Birmingham, AL 35209-6822

(p)OMNICARE  INC
ATTN KAREN DAILEY CREDIT AND COLLECTIONS
C/O CVS HEALTH
444 N 44TH STREET
PHOENIX AZ 85008-6523

David Ortiz
DOJ-Ust
880 Front Street
David A. Ortiz
Suite 3230
San Diego, CA 92101-8897

POINTCLICKCARE TECHNOLOGIES IN
P.O. BOX 674802
DETROIT, MI 48267-4802

Pamela Smith
3048 Apple Valley Lane
Birmingham, AL 35215-1732

Ernie Zachary Park
for DS Del Mar Heights, LLC
13215 E. Penn Street, Ste 510
Whittier, CA 90602-1797

Patricia Evans
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Paula Givens
3358 Panorama Brook Drive
Birmingham, AL 35216-4245

Pauline Simmons
2155 Hwy 82
Centerville, AL 35042-5626

Pauline Turegano
Resident Trust
300 Royal Tower Dr - 124A
Birmingham, AL 35209-6865

Peggy Letson
2154 North Grandview Lane
Maylene, AL 35114-6009

Polly Malone-Six
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Prince Holmes
Resident Trust
300 Royal Tower Dr - 155A
Birmingham, AL 35209-6865

Publix Credit Card
RE: ACCT 2004912
P.O. BOX 32009
Lakeland, FL 33802-2009

Queen Barnes
1019 Jerone St
Birmingham, AL 35214-2509

Queen Pace
6000 Goldwire Trace
Unit 6006
BIRMINGHAM, AL 35211-6809

Quindeline Ward
165 Tuscaloosa Avenue
BIRMINGHAM, AL 35211-1444

Quinton Cain
2089 Alpine Vlg
Apt D
Hoover, AL 35216-5931

Quinton McDonald
589 Hackberry Ridge Trace
Birmingham, AL 35226-2965

RESTORE THERAPY SERVICES
245 CAHABA VALLEY PARKWAY  # 2
PELHAM, AL 35124-2217

Raymond Sutter
300 Royal Tower Drive No 125B
Birmingham, AL 35209-6865

Reginald Reedy
1019 Jerone Street
Birmingham, AL 35214-2509

Regions Bank
250 Riverchase Parkway
Suite 600
Birmingham, AL 35244-1832

Renee & Charles Barnard(Husband & Wife)
c/o Procopio,Cory,Hargreaves&Savitch LLP
Attn: Bill Smelko
525 B Street, Suite 2200
San Diego, CA 92101-4474

Renee Barnard
9619 Chesapeake Dr
Suite 103
San Diego, CA 92123-1394

Richard Williams
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Richard Williams
c/o Demita Williams
3590B Pehlam Pkwy, Ste. 291
Pelham, AL 35124-2034

Richard Wilson
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Robbie Smith
300 Royal Tower Drive
Birmingham, AL 35209-6865

Robert Travis
300 Royal Tower Drive
203
Birmingham, AL 35209-6865

Robert Travis
c/o Denise Willett
2030 Wildflower Drive
Birmingham, AL 35244-1723

Rosemary Lucas
1008 Royal Tower Drive
Vestavia, AL 35209-6860

Roy Reynolds
205 Royal Tower Drive
Birmingham, AL 35209-7045

Roy Reynolds
c/o Tracy Davis
2741 Anna Steel Lane
Vestavia, AL 35216-4001

Ruben Summers
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Rueneda Sanders
1626 Pearson Ave SW
Apt B
Birmingham, AL 35211-2634

SERVICESOUTH LAUNDRY EQUIPMENT
1105 SHANA COURT STE I
Marietta, GA 30066-2777

SPIRE (formerly Alagasco)
P.O. BOX 2224
BIRMINGHAM, AL 35295-0001

Sabrina Anders
1210 Elm Dr
Alabaster, AL 35007-8303

Sabrina Stephens
898 Mathas Creek Rd.
Cordova, AL 35550-3818

Sadie WIlliams
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Samuel Darby
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Samuel Davis
4809 Terrace R
Birmingham, AL 35208-4522

Sandra Swinson
3900 Walnut Ave SW
Birmingham, AL 35221-1642

Sara Peacock
6224 Walnut Circle Drive
Pinson, AL 35126-3313

Seniors Resource Guide
P.O. BOX 6027
Denver, CO 80206-0027

Shanautica Underwood
5444 Gordon Ave
Birmingham, AL 35221-3169

Shankar Yalamanchili, MD
233 WINTON BLOUNT LOOP
MONTGOMERY, AL 36117-3507

Shannon Mitchell
1259 Tuckawanna Drive
Apt 1
Birmingham, AL 35215-6320

Sharon Caffee
1810 Exeter Ave
Bessmer, AL 35020-6611

Sheanicus Franklin
9247 Brookhurst Dr
Birmingham, AL 35235-1001

Sheila Blackshear
1221 Graymont Ave. W.
Birmingham, AL 35208-4928

Shelby Friedman
4614 Burning Tree Ln
Pelham, AL 35124-1034

Shell Credit Card
P.O. BOX 6293
Carol Stream, IL 60197-6293

Sheritha A. Williams
1903 Spring Lake Court
Birmingham, AL 35215-5061

Shred-It
28883 NETWORK PLACE
Chicago, IL 60673-1288

Shundria Watkins
1767 Lincoln Avenue SW
Birmingham, AL 35211-4242

William A. Smelko
Procopio
525 B Street
Suite 2200
San Diego, CA 92101-4474

Charles Smith, as Personal Representative of
c/o Gupta, Evans and Associates, PC
1620 5th Ave. Suite 650
San Diego, CA 92101-2752

Sophia Roberson
1699 Highway 231 N
VINCENT, AL 35178-6351

Randye B. Soref
Polsinelli LLP
2049 Century Part East
Ste 2300
Los Angeles, CA 90067-3125

Squar Milner LLP
San Diego
3655 Nobel Drive
Suite 300
San Diego, CA 92122-1050

St. Vincent's Health System
Brookwood Medical Center
2010 Brookwood Medical Center
Birmingham, AL 35209-6804

Stacy Elledge Chiang, CPA/CFF, CIRA
Squar Milner LLP
3655 Nobel Drive, Suite 300
San Diego, CA 92122-1050

Stephanie Jones
1643 5th St N
Birmingham, AL 35204-2254

Stephanie Nelson
651 Earline Circle
Apt A
Birmingham, AL 35215-6631

Stephanie Simmons
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Susan Morse
2029 Shebia Drive
Birmingham, AL 35216-5809

Susan Yearout
3108 Warrington Rd
Birmingham, AL 35223-2722

TEC Freedom Management, LLC
ATTN: TE Cummings
6171 Tucker Mountain Road
Remlap, AL 35133-5405

Takiyo Hines
4233 3rd Ave S
Apt. 308
Birmingham, AL 35222-2023

Tameca Burr
P O Box 36442
BIRMINGHAM, AL 35236-6442

Tami Tubbs
2519 11th Ave N
Bessemer, AL 35020-3461

Tamika Bishop
450 Hidden Ridge Drive
Odenville, AL 35120-5399

Tamika Trotter
825 Idlewood Road
Birmingham, AL 35235-1313

Taneisha  Ward
5409 Main Street
MIDFIELD, AL 35228-3218

Tawarren Grant
1337 17th Pl SW
Birmingham, AL 35211-4214

Teona Bell
1929 Princeton Ct SW
BIRMINGHAM, AL 35211-2320

Teresa Stephenson
830 Old Sayre Mine Road
Graysville, AL 35073-9752

Terrell Miller
3218 17th Ave N
Birmingham, AL 35234-1332

Terry Thornton
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Theodis Drake
Resident Trust
300 Royal Tower Drive
Birmingham, AL 35209-6865

Thomas Lee
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Timothy  Moore
9517 East Pointe Circle
Birmingham, AL 35217-5201

Timothy Kirkland
2133 Mountain View Drive
Birmingham, AL 35216-2023

Timothy Szewczyk
19 Aboyne Road
Perth Western Australia  6076

Tina  Wallace
725 Sunhill Road NW
Apt H
Center Point, AL 35215-3043

Tisha Bell
600 15th Place Sw
Birmingham, AL 35211-1809

Total Fire Protection Inc.
141 Regency Park
Alabaster, AL 35007-4808

Tracy Holman
7417 Apt B 2nd Ave South
Birmingham, AL 35206-4812

Tracy Riley
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Tracy Riley
c/o Sidney Summey
P.O. Box 248
Birmingham, AL 35201-0248

Trinity Contractors LLC
561 Simmons drive
Trussville, AL 35173-2366

U. S. Securities & Exchange Co
Bankruptcy Counsel
444 South Flower Street, Ste.
Los Angeles, CA 90071-2901

(p)U S SECURITIES AND EXCHANGE COMMISSION
LOS ANGELES REGIONAL OFFICE
444 SOUTH FLOWER STREET 9TH FLOOR
LOS ANGELES CA 90071-2934

United States Trustee
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101-8897

Valarie Witt
1617 Bryson St
Birmingham, AL 35228-2204

Valeria Cornner
2709 Sayers Rd
Fultondale, AL 35068-1301

Vaughnzeal Brown
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Vensone Bishop
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Verizon
500 Technology Drive
Suite 550
Saint Charles, MO 63304-2225

Vernell Bennett
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Vernon Wilson
300 Royal Tower Drive
328
Birmingham, AL 35209-6865

Vernon Wilson
c/o Crisis Center
3600 8th Avenue S Ste 501
Birmingham, AL 35222-3223

Vernon Wilson
c/o Reid Crotty
546 Edgeknoll Lane
Homewood, AL 35209-5914

Vestavia Hills, Ltd.
9619 Chesapeake Drive
Suite 103
San Diego, CA 92123-1394

Viva Health
417 20th Street North
Suite 1100
Birmingham, AL 35203-3216

WILLIS OF ALABAMA
P.O. BOX 730416
DALLAS, TX 75373-0416

Wallace Coleman
2411 Dartmouth Ave
BESSEMER, AL 35020-4271

Walter Cook
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Walter Mathews
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Walter Mathews
c/o Jessica Tadlock
4215 Grubbs Street
Panama City, FL 32404-9742

Wanda  Buchanan
1611 14th Ave
Birmingham, AL 35204-2726

Wanda Vaughn
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Wells Fargo Bank, N.A.
1 Independent Drive, 10th Fl.
MAC Z3094-100
Jacksonville, FL 32202-5005

Wells Fargo Bank, N.A.
Gordon Elderdice
1 Independent Drive, 10th Floor
Jacksonville, FL 32202-5005

Wells Fargo Bank, N.A.
J. Barrett Marum
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, Suite 1900
San Diego, CA 92101-3598

William A. Smelko
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101-4474

William Robinson
3111 Downs Rd.
Fultondale, AL 35068-1022

Willie Brogden
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Willie Phillips
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Willie Williams
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Ronald F Woods
Ronald F. Woods & Associates
225 Broadway
Suite 1900
San Diego, CA 92101-5047

Wynell Johnston
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Xavier Tate
7823 4th Ave. North
Apt. A
Birmingham, AL 35206-3708

Yulis Adkins
Resident Trust
300 Royal Tower Dr
Birmingham, AL 35209-6865

Yvonne Chandler
1413 Princeton Ave Sw
Apt D
Birmingham, AL 35211-1501

Yvonne Leslie
1248 Maple St
Birmingham, AL 35217-3006

Zandra Jones
6846 Grasselli Road
Fairfield, AL 35064-1726

Zelma Richardson
7009 Colony Park Dr.
Birmingham, AL 35243-3353

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Employment Screening Services, Inc.
ESS, Inc., Attn: Todd Higey
2700 Corporate Drive, Suite 100
Birmingham, AL 35242

Environmental Biological
Attn: Terry Evans
3813 4TH TERRACE NORTH
BIRMINGHAM, AL 35222

Navitas Credit Corp.
201 Executive Center Dr., Suite 100
Columbia, SC 29210

Omnicare, Inc.
DEPT 781668
DETROIT, MI 48278-1668

(d)Omnicare, Inc.
dba Omnicare of Prattvile
c/o Pauline Adala
444 N. 44th St., MC  999-2C
Phoenix, AZ  85008

U.S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BFS West, Inc.

(u)B. Renee Barnard

(u)Charles Barnard

(u)Judith A Chance

(u)Commonwealth Assisted Living, LLC, Series

(u)Floorit Financial Inc

(u)Gordon Food Service, Inc.

(u)MED Healthcare Partners, LLC

(u)Karen L McElliott

(u)Jack L. Rowe

(u)Sullivan Hill Rez & Engel, A Professional

(d)United States Trustee
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101-8897

(d)United States Trustee                    (u)UnitedHealthCare Nursing Home              (u)Connie Virgadamo
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101-8897


(u)Frank A. Virgadamo                       (u)Wells Fargo                                (u)Wells Fargo Bank, N.A.




End of Label Matrix
Mailable recipients   455
Bypassed recipients    18
Total                 473