UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2021 FEB 26  PM 3: 37
CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Vestavia Hills, LLC | : | |
| d/b/a Mt. Royal Towers | : | |
| | : | |
| | : | |
| | : | CASE NO. 20-00018-LA11 |
| | : | |
| | : | |
| DEBTOR. | : | |

**TENTH APPLICATION FOR ALLOWANCE OF COMPENSATION BY VIRGINIA MOORE-BELL, STATE LONG TERM CARE OMBUDSMAN FOR THE OFFICE OF THE STATE LONG TERM CARE OMBUDSMAN PROGRAM, AS PATIENT CARE OMBUDSMAN**

This Application for Allowance of Compensation of $124.18 by Virginia Moore-Bell as Patient Care Ombudsman for the month of January, 2021 is submitted pursuant to Federal Rules of Bankruptcy Procedure 2016(a).

Applicant respectfully represents as follows:

1. Applicant is the State Long Term Care Ombudsman for the State of Alabama.

2. Applicant was appointed Patient Care Ombudsman in the instant case on January 16, 2020.

3. Applicant values the services rendered in the instant case at $124.18. Such amount represents Applicant's time and the local ombudsmen representative's time spent on the above referenced case. A detailed description of the hours expended and expenses incurred by both agencies is attached.

WHEREFORE, Applicant respectfully requests that this Court approve her tenth Application for

Allowance of Compensation as Patient Care Ombudsman for the month of January, 2021 in the total amount of $124.18.

This 10th day of February, 2021.

Respectfully submitted,

*Virginia Moore-Bell*

Virginia Moore-Bell
Patient Care Ombudsman
Alabama Department of Senior Services
201 Monroe St., Ste. 350
Montgomery, Alabama 36104
Telephone: 334-242-5753; Facsimile: 334-353-1596
virginia.bell@adss.alabama.gov

February 10, 2021

<u>MEMORANDUM</u>

| | |
|---|---|
| TO: | United States Bankruptcy Court<br>Southern District of California<br>325 West F. Street<br>San Diego, CA 92101-6991 |
| ATTN: | David A. Ortiz<br>United States Department of Justice<br>Office of the United States Trustee |
| FROM: | Alabama Department of Senior Services<br>Office of the State Long-Term Care Ombudsman Program<br>Attn: Accounts Payable<br>201 Monroe St., Ste. 350<br>Montgomery, AL 36130 |
| RE: | Case No. 20-00018-LA11 |

Please consider this memorandum as the tenth request for reimbursement of costs incurred related to the monitoring of resident quality care in the above referenced case. This request covers the period January, 2021.

Please see the attached invoice and spreadsheet that documents the time spent by Virginia Moore-Bell, State Long-Term Care Ombudsman and the local ombudsmen representative at the United Way Area Agency on Aging in the total amount due of $124.18.

If you have any questions or concerns, please do not hesitate to contact Todd Cotton, CPA, Alabama Department of Senior Services at 334-242-5743 or Virginia Moore-Bell, Director of the Office of the State Long-Term Care Ombudsman Program at 334-242-5753.