IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2021 FEB 26 PM 3: 37
CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

In the Matter of:

Vestavia Hills LLC
d/b/a Mt. Royal Towers

Case No: 20-00018-LA11

## TENTH REPORT OF PATIENT CARE OMBUDSMAN

I, Virginia Moore-Bell, LBSW, State Long Term Care Ombudsman and the duly appointed Patient Care Ombudsman in the above case, and my representatives, file this tenth Patient Care Ombudsman Report pursuant to 11 U.S.C. §333(a) and F.R.B.P. Rule 2007.2. This report is for the monitoring period January, 2021. All monitoring visits included resident and staff interviews and observations.

Mt. Royal Towers

Date of Visits: The local ombudsman made a visit to the facility and spoke with the administrator, staff members, and residents on 01/25/21.

01/25/21

Ombudsman toured the Mt. Royal Facility 1st and 2nd floors and noted it was neat and clean and no odors were detected. The rooms were clean and the residents were dressed. Ombudsman spoke with resident LM in the hall and asked how she was doing. She replied she was doing "good". She stated that she was on her way to lunch. Ombudsman asked if she enjoyed the food and she said it was "ok". She reports some days are better than others. Ombudsman asked about the bankruptcy and she stated she was not sure if it was still happening. She stated she has not heard anything lately but could not say it has any effect on her care. Ombudsman asked if she felt there was adequate staff to care for her and she shook her head yes. She stated that they are "never far away". Ombudsman asked if this was the case on all shifts and she stated that the "late shift" has fewer people but she doesn't really ask for much late at night.

Ombudsman spoke with Mr. Waymon who is employed at the facility. He stated that he was new there and had been with them for about 6 weeks. He reports he was previously a teacher and is now retired. Ombudsman asked if he was aware of the bankruptcy and he stated that he was told "something about it" but it did not stop them from hiring him so he felt they had it under control. He reports he feels he is being trained well on his duties and has not seen any problems thus far. He reports there appears to be sufficient staff but as the front desk receptionist he is not on the hall a great deal to see what all is going on but he does assist with taking packages to residents that are left at the desk. He reports staff are generally busy working and helping residents. He had no concerns currently.

Ombudsman spoke with the Social Worker in the facility and she reports things are going well. She reported no major concerns from the residents and just the usual issues of missing clothing from the laundry or food issues. She did not report any concerns with staffing. Ombudsman asked about the bankruptcy and she reported she did not have any new information concerning the bankruptcy and felt it was being handled accordingly.

Ombudsman spoke with resident TW regarding her care. She was not very expressive and just stated that she was doing "fine" and was "ok" with being in the facility. When asked if they are taking good care of her she replied, "yes". Resident TW seemed confused as to why Ombudsman was asking her questions and was apprehensive in speaking. Ombudsman noted she was clean and had no visible marks or bruises.

Ombudsman spoke with the administrator about the facility. She reported the census is currently at 94 and has been low due to Covid. She stated they recently accepted 2 residents- one new and one returning. She reported they were also completing vaccinations and were on round 2. She reported a lot of staff have not opted to receive the vaccination but 75% of the residents had. She reported about 30% of the staff had been vaccinated. There are currently 2 positive residents in the facility. She stated that she had no new news on the bankruptcy and as far as she knew it was still in process.

Due to the current Covid restrictions Ombudsman was not inside of the facility for an extended period of time. No areas of concern were noted during the abbreviated visit.

Ombudsman spoke with MG who is the POA of a resident at Mt. Royal. He reports his sister is a resident there and was previously hospitalized and has now returned to the facility. He reports he has not had any concerns with her care. He stated that his sister initially was not going to return to the facility because they felt they could not meet her needs but since her hospitalization she is better and he requested for her to return to the facility. They did accept her back. He stated that he had no concerns about their ability to care for her and was also aware of the bankruptcy. He stated that he did not feel that it played a role in her leaving or returning to the facility.

Summary of Report

As of the date of this report, there have been no complaints or concerns received regarding this facility. The State Long Term Care Ombudsman and her representatives will continue to monitor the facility on a regular basis to ensure the residents are receiving quality care and adequate food and medications.

Respectfully submitted this 10th day of February, 2021.

_Virginia Moore-Bell_

Virginia Moore-Bell, State Long Term Care Ombudsman

## Reimbursement request for Bankruptcy Case

| B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|
| eason | Time in hours | Salary and Fringe Benefit Hourly Rate | Total Salary and Fringe (C * D) | Travel Per Diem | Mileage | Mileage rate | @ $.575/mile (G * H) | Total Reimbursement Request (E+F+I) |
| ng interviews | 1.50 | $ 24.30 | $ 36.45 | | 10 | 0.5750 | $ 5.75 | $ 42.20 |
| mentation | 1.25 | $ 24.30 | $ 30.38 | | - | | $ - | $ 30.38 |
| | 2.75 | | $ 66.83 | | 10 | | $ 5.75 | $ 72.58 |

/2/

**Alabama Dept. of Senior Services**
Office of State Long-Term Care Ombudsman Program

## Reimbursement request for Bankruptcy Case

**Period Covered:** Jan-21

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| | | | Salary and Fringe Benefit | Total Salary and Fringe | Travel | | | | Total Reimbursement |
| Date | Reason | Time in hours | Hourly Rate | (C*D) | Per Diem | Mileage | Mileage rate | @ $.575/mile (G*H) | Request (E+F+I) |
| 2/10/2021 | Preparation of Report | 1.00 | $ | $ 51.60 | | | | $ - | $ 51.60 |
| | | 1.00 | | $ 51.60 | | | | $ - | $ 51.60 |