# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | VESTAVIA HILLS, LTD. |
| **Case Number:** | 20-00018-LA11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MARCH 18, 2021 02:00 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matters:

1) SECOND INTERIM APPLICATION FOR COMPENSATION FOR SULLIVAN HILL REZ & ENGEL, A PROFESSIONAL LAW CORPORATION, DEBTOR'S ATTORNEY, PERIOD: 5/1/2020 TO 11/30/2020, FEE: $ 901,146, EXPENSES: $5,833.28. FILED BY JAMES P. HILL

2) SECOND INTERIM APPLICATION FOR COMPENSATION FOR CAMPBELL PARTNERS, LLC, SPECIAL LITIGATION COUNSEL, PERIOD: 5/1/2020 TO 11/30/2020, FEE: $ 28,950.

3) SECOND INTERIM APPLICATION FOR COMPENSATION FOR HARBUCK KEITH & HOLMES, LLC, SPECIAL ALABAMA LICENSING AND REGULATORY COUNSEL, PERIOD: 5/1/2020 TO 11/30/2020, FEE: $ 52,890, EXPENSES: $ 5,534.75. FILED BY JAMES P. HILL

4) SECOND INTERIM APPLICATION FOR COMPENSATION FOR VIRGINIA MOORE -BELL, TRUSTEE APPOINTED AND COURT APPROVED PATIENT CARE OMBUDSMAN PROFESSIONAL, PERIOD: 5/1/2020 TO 11/30/2020, FEE: $ 949.42, FILED BY JAMES P. HILL

5) SECOND INTERIM APPLICATION FOR COMPENSATION FOR ELISABETH EISNER, SPECIAL COUNSEL, PERIOD: 5/1/2020 TO 11/30/2020, FEE: $ 19,030, EXPENSES $3,806 FILED BY JAMES P. HILL

6) SECOND INTERIM APPLICATION FOR COMPENSATION FOR BAKER TILLY US, LLP, ACCOUNTANT FOR DEBTOR, PERIOD: 5/1/2020 TO 11/30/2020, FEE: $40,620; EXPENSES $ 74.20, FILED BY JAMES P. HILL

### Appearances:

Appearances excused.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

**(continue)..20-00018-LA11**     THURSDAY, MARCH 18, 2021 02:00 PM

**<u>Disposition:</u>**

1-6) Tentative Ruling of the Court is affirmed. Appearance of Counsel is excused.