UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2021 MAR 19 PM 3: 14
U.S. CLERK
BANKRUPTCY CT.
SO DIST OF CALIF.

IN RE:                                : CHAPTER 11
                                      :
Vestavia Hills, LLC                   :
d/b/a Mt. Royal Towers                :
                                      :
                                      :
                                      : CASE NO. 20-00018-LA11
                                      :
                                      :
            DEBTOR.                   :

**ELEVENTH APPLICATION FOR ALLOWANCE OF COMPENSATION BY VIRGINIA MOORE-BELL, STATE LONG TERM CARE OMBUDSMAN FOR THE OFFICE OF THE STATE LONG TERM CARE OMBUDSMAN PROGRAM, AS PATIENT CARE OMBUDSMAN**

This Application for Allowance of Compensation of $146.53 by Virginia Moore-Bell as Patient Care Ombudsman for the month of February, 2021 is submitted pursuant to Federal Rules of Bankruptcy Procedure 2016(a).

Applicant respectfully represents as follows:

1. Applicant is the State Long Term Care Ombudsman for the State of Alabama.

2. Applicant was appointed Patient Care Ombudsman in the instant case on January 16, 2020.

3. Applicant values the services rendered in the instant case at $146.53. Such amount represents Applicant's time and the local ombudsmen representative's time spent on the above referenced case. A detailed description of the hours expended and expenses incurred by both agencies is attached.

WHEREFORE, Applicant respectfully requests that this Court approve her eleventh Application

for Allowance of Compensation as Patient Care Ombudsman for the month of January, 2021 in the total amount of $146.53.

This 16th day of March, 2021.

Respectfully submitted,

*Virginia Moore-Bell*

Virginia Moore-Bell
Patient Care Ombudsman
Alabama Department of Senior Services
201 Monroe St., Ste. 350
Montgomery, Alabama 36104
Telephone: 334-242-5753; Facsimile: 334-353-1596
virginia.bell@adss.alabama.gov

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Vestavia Hills LLC
d/b/a Mt. Royal Towers

Case No: 20-00018-LA11

FILED
2021 MAR 19 PM 3: 15
CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

## ELEVENTH REPORT OF PATIENT CARE OMBUDSMAN

I, Virginia Moore-Bell, LBSW, State Long Term Care Ombudsman and the duly appointed Patient Care Ombudsman in the above case, and my representatives, file this eleventh Patient Care Ombudsman Report pursuant to 11 U.S.C. §333(a) and F.R.B.P. Rule 2007.2. This report is for the monitoring period February, 2021. All monitoring visits included resident and staff interviews and observations.

### Mt. Royal Towers

**Date of Visits:** The local ombudsman made a visit to the facility and spoke with the administrator, staff members, residents and family members on 02/15/21.

### Resident
Ombudsman completed a visit to the facility and spoke with resident MJ regarding his care. He reported he is doing well and likes being at Mt. Royal. He reports he is aware of the bankruptcy but does not feel it has an impact on his day to day life in the facility. MJ reports the food is "ok" and has gotten better. He reports there is enough staff to ensure his care. He reports more activities have started back and he is enjoying that.

### Dr. Baker
Ombudsman spoke with the medical director for the residents. He reports the Covid levels have decreased in the facility and the residents and staff have completed vaccinations. He reported about 45% of the staff received vaccinations and about 75% of residents received vaccinatins. He reported he was aware of the bankruptcy but did not feel that it has affected the care of the residents. He reports no lack in care or any concern regarding finances.

### Administrator
Ombudsman spoke with Tish Bell about the facility. She reports the census is down due to Covid and hospitalizations but feels it will increase. She reports the Covid levels are low in the facility and visits will resume soon. She did not have an update on the bankruptcy case. She stated that she felt the staff was stable and they have adequate staff in the facility.

### Family Member

Ombudsman spoke with CM who is the husband of a resident at Mt. Royal. He reports his wife did well while in the facility. He reports his wife passed recently and he came to retrieve her belongings. He reported he had no issues with her care while she was in the facility but felt that due to Covid the level of communication had diminished. He felt the staff did well caring for his wife but he was not able to visit or talk with her as often as he would have liked. He reports his wife came to the facility last year from the hospital and went into care. He reports she declined over the year and felt if visitations were consistent during the pandemic she may have done better. He does not fault the facility for this and understood this was for the residents' safety.

### Nutrition

Ombudsman spoke with dietary who reports things were going well with food service and deliveries. He reports no lag in receiving food. He reports an increased frequency of ordering to ensure they had adequate food on hand at all times. He stated this appears to be working. He stated he was aware of the bankruptcy and did not see where it has impacted the quality of food service. He reports the fall/winter menu has gone over well and has received less complaints.

Ombudsman toured the first and second floors of the facility and noted it was clean with no odors. The residents were up and dressed and the rooms were clean. There appeared to be adequate staff during 1st shift. Due to Covid restrictions Ombudsman did not go room to room but did walk the hall and observed the residents and their rooms.

### Summary of Report

As of the date of this report, there have been no complaints or concerns received regarding this facility. The State Long Term Care Ombudsman and her representatives will continue to monitor the facility on a regular basis to ensure the residents are receiving quality care and adequate food and medications.

Respectfully submitted this 16th day of March, 2021.

*Virginia Moore-Bell*

Virginia Moore-Bell, State Long Term Care Ombudsman

**Alabama Dept. of Senior Services**
Office of State Long-Term Care Ombudsman Program

### Reimbursement request for Bankruptcy Case

**Period Covered:** Feb-21

| A<br>Date | B<br>Reason | C<br>Time in hours | D<br>Salary and Fringe Benefit Hourly Rate | E<br>Total Salary and Fringe (C * D) | F<br>Per Diem | G<br>Travel Mileage | H<br>Mileage rate | I<br>@ $.575/mile (G * H) | J<br>Total Reimbursement Request (E+F+I) |
|---|---|---|---|---|---|---|---|---|---|
| 3/16/2021 | Preparation of Report | 1.00 | $ 51.60 | $ 51.60 | | | | $  - | $ 51.60 |
| | | **1.00** | | **$ 51.60** | | **-** | | **$  -** | **$ 51.60** |



**United Way AAA of Jefferson County**

## Reimbursement request for Bankruptcy Case

**Period Covered:** 2/1/21-2/28/21

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| Date | Reason | Time in hours | Salary and Fringe Benefit Hourly Rate | Total Salary and Fringe (C*D) | Travel Per Diem | Travel Mileage | Mileage rate | @ $.575/mile (G*H) | Total Reimbursement Request (E+F+I) |
| 2/15/2021 | Monitoring interviews | 2.25 $ | 24.30 $ | 54.68 | | 10 | 0.5750 $ | 5.75 $ | 60.43 |
| 2/15/2021 | Documentation | 1.42 $ | 24.30 $ | 34.51 | | - | | $ - $ | 34.51 |
| | | 3.67 | | $ 89.18 | | 10 | | $ 5.75 $ | 94.93 |

Signature  *Dana Dar*    3/15/2021

March 16, 2021

MEMORANDUM

TO:     United States Bankruptcy Court
        Southern District of California
        325 West F. Street
        San Diego, CA  92101-6991

ATTN:   David A. Ortiz
        United States Department of Justice
        Office of the United States Trustee

FROM:   Alabama Department of Senior Services
        Office of the State Long-Term Care Ombudsman Program
        Attn: Accounts Payable
        201 Monroe St., Ste. 350
        Montgomery, AL  36130

RE:     Case No. 20-00018-LA11

Please consider this memorandum as the eleventh request for reimbursement of costs incurred related to the monitoring of resident quality care in the above referenced case. This request covers the period February, 2021.

Please see the attached invoice and spreadsheet that documents the time spent by Virginia Moore-Bell, State Long-Term Care Ombudsman and the local ombudsmen representative at the United Way Area Agency on Aging in the total amount due of $146.53.

If you have any questions or concerns, please do not hesitate to contact Todd Cotton, CPA, Alabama Department of Senior Services at 334-242-5743 or Virginia Moore-Bell, Director of the Office of the State Long-Term Care Ombudsman Program at 334-242-5753.