UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2021 APR 19 PM 3:08
CLERK
U.S. BANKRUPTCY CT.
DISTRICT OF CALIF.

IN RE: : CHAPTER 11
:
Vestavia Hills, LLC :
d/b/a Mt. Royal Towers :
:
: CASE NO. 20-00018-LA11
:
:
DEBTOR. :

## TWELFTH APPLICATION FOR ALLOWANCE OF COMPENSATION BY VIRGINIA MOORE-BELL, STATE LONG TERM CARE OMBUDSMAN FOR THE OFFICE OF THE STATE LONG TERM CARE OMBUDSMAN PROGRAM, AS PATIENT CARE OMBUDSMAN

This Application for Allowance of Compensation of $136.65 by Virginia Moore-Bell as Patient Care Ombudsman for the month of March, 2021 is submitted pursuant to Federal Rules of Bankruptcy Procedure 2016(a).

Applicant respectfully represents as follows:

1. Applicant is the State Long Term Care Ombudsman for the State of Alabama.

2. Applicant was appointed Patient Care Ombudsman in the instant case on January 16, 2020.

3. Applicant values the services rendered in the instant case at $136.65. Such amount represents Applicant's time and the local ombudsmen representative's time spent on the above referenced case. A detailed description of the hours expended and expenses incurred by both agencies is attached.

WHEREFORE, Applicant respectfully requests that this Court approve her twelfth Application

for Allowance of Compensation as Patient Care Ombudsman for the month of March, 2021 in the total amount of $136.65.

This 16th day of April, 2021.

                                        Respectfully submitted,

*Virginia Moore-Bell*

Virginia Moore-Bell
Patient Care Ombudsman
Alabama Department of Senior Services
201 Monroe St., Ste. 350
Montgomery, Alabama 36104
Telephone: 334-242-5753; Facsimile: 334-353-1596
virginia.bell@adss.alabama.gov

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Vestavia Hills, LLC
d/b/a Mt. Royal Towers

Case No: 20-00018-LA11

## TWELFTH REPORT OF PATIENT CARE OMBUDSMAN

I, Virginia Moore-Bell, LBSW, State Long Term Care Ombudsman and the duly appointed Patient Care Ombudsman in the above case, and my representatives, file this twelfth Patient Care Ombudsman Report pursuant to 11 U.S.C. §333(a) and F.R.B.P. Rule 2007.2. This report is for the monitoring period March, 2021. All monitoring visits included resident and staff interviews and observations.

### Mt. Royal Towers

Date of Visits: The local ombudsman called and spoke with staff members and residents on 3/29/21. The current census is 92 with 3 residents in the hospital but expected to return.

Ombudsman spoke with resident MW about his care at Mt. Royal. He stated that he was doing "alright". Ombudsman asked if he felt he was receiving good care and he stated that he was. He stated that he was having trouble with his roommate. He stated his roommate sleeps with the TV on and this is interfering with his ability to sleep. Ombudsman suggested that a timer be set on the TV for it to cut off at a certain time every night. He stated he felt this would help. He also stated that he was having trouble getting his laundry. He stated his CNA did his laundry recently because it was not being picked up. Ombudsman asked MW if he was aware of the bankruptcy. He stated that he recalled them mentioning it before. He did not feel that it has caused any hinderance to his care.

Ombudsman spoke with the Resident Council President AM. He stated that he was doing well and "eating good". Ombudsman asked if he received a COVID vaccine and he stated "yes" and said the shot hurt. He stated that they had a Resident's Council meeting and it went "good". He did not state what was discussed. He stated he was aware of the bankruptcy but did not understand what it meant. Ombudsman explained the bankruptcy and asked if he felt it effected his care in any way and he stated it did not.

Ombudsman spoke with resident TT regarding his care. He stated that he was doing "alright" He stated the food was "ok" but it needed seasoning. He stated he has received his COVID vaccine and it did not make him sick. He stated he was aware of the bankruptcy but did not feel it had any bearing on his care. He stated that he gets what he needs and they take care of him. He stated he was getting a hair cut as he does monthly. He stated the facility could do better with the laundry and felt more staff was needed to ensure laundry was done timely and returned. Ombudsman asked if there was enough staff to meet his other needs and respond when he uses his call button. He agreed that there was staff available for these needs.

Ombudsman spoke with resident FM regarding her care. FM stated that she was "recovering from her bath" and stated that she had just come from the shower and getting her hair washed. She stated she was pleased with her care at Mt. Royal but felt she could be cared for at home. She stated that there is plenty of help around to assist her and they were all very nice to her. She stated that she felt the staff were well trained. She stated she used to be a nurse and felt the nurses here do a good job. Ms. FM stated she was made aware of the bankruptcy but did not feel it was a problem.

Ombudsman spoke with SW Cynthia regarding the facility and she stated the staff was doing as well as could be expected. She stated the facility was reopening for visits and the residents were doing well with those. She stated that the majority of the residents have been vaccinated and there were no major problems with reactions to vaccinations. She stated they had also started the Vitamin D Club which was the staff taking small groups of residents outside for activities and to get some sun.

Ombudsman spoke with VL who also works in the facility. Ombudsman asked about the residents' concerns about the laundry. She stated that the laundry service was contracted and there had been some staff to quit. She stated they were working with the company to get more staff and in the interim the CNA's are assisting with resident laundry. She stated it has been slow, but they feel they are close to getting additional help. The regular hired staff of Mt. Royal is still in place and there is adequate staff for all other aspects of care.

Ombudsman spoke with a family member regarding the care of her loved one. CM stated she felt her sister was getting good care but felt the staff was not doing as well as they could with communicating to family members. She felt with visitations beginning to open back up this would be a remedy to the slow communication. CM was aware of the bankruptcy and stated she had not received any information recently regarding the bankruptcy and did not feel it played a part in her sister's care.

Summary of Report

As of the date of this report, there have been no complaints or concerns received regarding this facility. The State Long Term Care Ombudsman and her representatives will continue to monitor the facility on a regular basis to ensure the residents are receiving quality care and adequate food and medications.

Respectfully submitted this 16th day of April, 2021.

*Virginia Moore-Bell*

Virginia Moore-Bell, State Long Term Care Ombudsman

**Alabama Dept. of Senior Services**
Office of State Long-Term Care Ombudsman Program

## Reimbursement request for Bankruptcy Case

**Period Covered:** Mar-21

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| | | | Salary and Fringe Benefit | Total | Travel | | | | Total |
| Date | Reason | Time in hours | Hourly Rate | Salary and Fringe (C * D) | Per Diem | Mileage | Mileage rate | @ $.575/mile (G * H) | Reimbursement Request (E+F+I) |
| 4/16/2021 | Preparation of Report | 1.00 | $ | $ 51.60 | | | | $ - | $ 51.60 |
| | | **1.00** | | **$ 51.60** | | **-** | | **$ -** | **$ 51.60** |

United Way AAA of Jefferson County

Period Covered:

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| Date | Reason | Time in hours | Salary and Fringe Benefit Hourly Rate | Total Salary and Fringe (C*D) | Per Diem | Travel Mileage | Mileage rate | @ $.575/mile (G*H) | Total Reimbursement Request (E+F+I) |
| | | 3.50 | | $ 85.05 | | - | | $ - | $ 85.05 |

signature 4/15/2021