# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|  |  |  |  |
|---:|:---|---:|:---|
| **Debtor:** | VESTAVIA HILLS, LTD. | | |
| **Case Number:** | 20-00018-LA11 | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, MAY 20, 2021 02:00 PM   DEPARTMENT 2 | | |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | TRISH CALLIHAN | | |

### *Matters:*

**1)** CHAPTER 11 PETITION 1) SETTING STATUS CONFERENCE; 2) SETTING COMPLIANCE DEADLINES; AND 3) SETTING SANCTIONS, IF APPROPRIATE, INCLUDING DISMISSAL, CONVERSION OR APPOINTMENT OF A CHAPTER 11 TRUSTEE OR EXAMINER BECAUSE OF NONCOMPLIANCE WITH ABOVE-REFERENCE REQUIREMENTS (Fr 3/25/21)

**2)** STATUS CONFERENCE ON MOTION FOR RELIEF FROM AUTOMATIC STAY R/S JIG-1 FILED BY JULIAN GURULE ON BEHALF OF COMMONWEALTH ASSISTED LIVING, LLC (Fr 3/25/21)

### *Appearances:*

JAMES P. HILL, ATTORNEY FOR VESTAVIA HILLS, LTD. (Tele)
J. BARRETT MARUM, ATTORNEY FOR WELLS FARGO BANK, N.A. (Tele)
PATTON HAHN, ATTORNEY FOR WELLS FARGO BANK, N.A. (Tele)
JULIAN GURULE, ATTORNEY FOR COMMONWEALTH ASSISTED LIVING, LLC,(Tele)
WILLIAM A. SMELKO, ATTORNEY FOR THE LIMITED PARTNERS (Tele)
DAVID ORTIZ, ATTORNEY FOR U.S. TRUSTEE (Tele)
RANDYE SOREF, ATTORNEY FOR MED HEALTHCARE PARTNERS, LLC (Tele)

### *Disposition:*

1,2) Hearing continued to 7/1/21 at 2:00, the deadline for filing the plan is 7/3/21.
Status Report to be filed one week prior & it's not to be voluminous.