UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2021 JUN -1 PM 12: 47
JRO
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

IN RE: : CHAPTER 11
:
Vestavia Hills, LLC :
d/b/a Mt. Royal Towers :
:
:
: CASE NO. 20-00018-LA11
:
:
DEBTOR. :

## THIRTEENTH APPLICATION FOR ALLOWANCE OF COMPENSATION BY VIRGINIA MOORE-BELL, STATE LONG TERM CARE OMBUDSMAN FOR THE OFFICE OF THE STATE LONG TERM CARE OMBUDSMAN PROGRAM, AS PATIENT CARE OMBUDSMAN

This Application for Allowance of Compensation of $102.23 by Virginia Moore-Bell as Patient Care Ombudsman for the month of April, 2021 is submitted pursuant to Federal Rules of Bankruptcy Procedure 2016(a).

Applicant respectfully represents as follows:

1. Applicant is the State Long Term Care Ombudsman for the State of Alabama.

2. Applicant was appointed Patient Care Ombudsman in the instant case on January 16, 2020.

3. Applicant values the services rendered in the instant case at $102.23.

Such amount represents Applicant's time and the local ombudsmen representative's time spent on the above referenced case. A detailed description of the hours expended and expenses incurred by both agencies is attached.

WHEREFORE, Applicant respectfully requests that this Court approve her thirteenth Application

JRO
7pgs· 00018 Thi

for Allowance of Compensation as Patient Care Ombudsman for the month of April, 2021 in the total amount of $102.23.

This 27th day of May, 2021.

Respectfully submitted,

*Virginia Moore-Bell*

Virginia Moore-Bell
Patient Care Ombudsman
Alabama Department of Senior Services
201 Monroe St., Ste. 350
Montgomery, Alabama 36104
Telephone: 334-242-5753; Facsimile: 334-353-1596
virginia.bell@adss.alabama.gov

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Vestavia Hills, LLC
d/b/a Mt. Royal Towers

Case No: 20-00018-LA11

### THIRTEENTH REPORT OF PATIENT CARE OMBUDSMAN

I, Virginia Moore-Bell, LBSW, State Long Term Care Ombudsman and the duly appointed Patient Care Ombudsman in the above case, and my representatives, file this thirteenth Patient Care Ombudsman Report pursuant to 11 U.S.C. §333(a) and F.R.B.P. Rule 2007.2. This report is for the monitoring period April, 2021. All monitoring visits included resident and staff interviews and observations.

### Mt. Royal Towers

Ombudsman conducted phone interviews with the administrator, social worker, resident, and family member on April 28, 2021.

Ombudsman spoke with resident AH regarding his care at Mt. Royal. He reported he is doing well and his care has been fine. He stated that he has been going out to the gazebo for visits with family and small groups of residents just to "get some air". When asked about the bankruptcy he stated he has not received any mail lately about it and has not thought about it. He stated the bankruptcy has not affected his care. He stated a lot of staff have left but he felt it was due to stimulus money and not the bankruptcy. He stated that income tax season always "runs them out of here". He stated his care is still the same but at times a little slower. He had no other concerns.

Ombudsman spoke with the daughter of resident GP who stated that she feels her mother's care for the most part has been consistent throughout the pandemic but felt the facility was slow in reopening since the decline in cases and the vaccination of the residents. She reports she feels there should be more indoor- in room visits. Ombudsman expressed that the vaccination rate in the facility was a driving factor in allowing in room visits. She felt it may be better next month. Ombudsman asked about the bankruptcy and she reported that she was aware of the bankruptcy but did not feel it was affecting her mother's care. She stated her mother has not complained about anything lately except wanting to see her.

Ombudsman spoke with the Social Worker at Mt. Royal regarding the visitation. She stated that visitation is open for outdoor visits and some indoor visits for residents who could not go outside and had been vaccinated. She stated they would be opening for more visits but did not have a timeframe for this. She reports she has implemented the Vitamin D Club which she started last month and reports it

has been going well. The Vitamin D Club allows small groups of residents to have outdoor time to get some sun and have time together socializing. She did not have any updates as far as the bankruptcy but felt everything was going well and did not see it as a problem.

Ombudsman spoke with the Administrator TB who stated that things were going well. She stated that they had not received any correspondence lately regarding the bankruptcy but felt things were going well. She stated that the census was currently at 92 with 4 residents currently in the hospital. Ombudsman noted the census had increased from last month. She stated that the residents were doing well, and no complaints have been brought to her attention. She stated they are low on staff currently, but resident care had not suffered. She stated she had to give bonuses and a lot of staff are working a lot of overtime, but it was manageable. She felt the decrease in staff was due to stimulus checks. She noted they always see a reduction in staff during income tax season as well. She did not feel reduction in staff is due to the bankruptcy as most of the staff were hired after the bankruptcy proceedings had begun. She stated they were also losing some staff to other facilities who are paying new hire wages. She stated they were reviewing their pay scale as they advertise for openings. No other concerns were noted.

## Summary of Report

As of the date of this report, there have been no complaints or concerns received regarding this facility. The State Long Term Care Ombudsman and her representatives will continue to monitor the facility on a regular basis to ensure the residents are receiving quality care and adequate food and medications.

Respectfully submitted this 27th day of May, 2021.

*Virginia Moore-Bell*

Virginia Moore-Bell, State Long Term Care Ombudsman

**Alabama Dept. of Senior Services**
Office of State Long-Term Care Ombudsman Program

## Reimbursement request for Bankruptcy Case

**Period Covered:** April, 2021

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| | | | Salary and Fringe Benefit | Total Salary and Fringe | Travel | | | | Total Reimbursement |
| Date | Reason | Time in hours | Hourly Rate | (C*D) | Per Diem | Mileage | Mileage rate | @ $.575/mile (G*H) | Request (E+F+I) |
| 5/27/2021 | Preparation of Report | 1.00 | $ 51.60 | $ 51.60 | | | | $ - | $ 51.60 |
| | | 1.00 | | $ 51.60 | | | | $ - | $ 51.60 |

United Way AAA of Jefferson County

## Reimbursement request for Bankruptcy Case

**Period Covered:** 4/1/21-4/30/21

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| | | | Salary and Fringe Benefit | Total | Travel | | | | Total |
| Date | Reason | Time in hours | Hourly Rate | Salary and Fringe (C*D) | Per Diem | Mileage | Mileage rate | @ $.575/mile (G*H) | Reimbursement Request (E+F+I) |
| 4/28/2021 | Monitoring interviews | 1.00 | $ 24.30 | $ 24.30 | | | 0.5750 | $  - | $ 24.30 |
| 4/28/2021 | Documentation | 1.08 | $ 24.30 | $ 26.33 | | | | $  - | $ 26.33 |
| | | 2.08 | | $ 50.63 | | | | $  - | $ 50.63 |

Signature [signature]    05/26/2021

May 27, 2021

<u>MEMORANDUM</u>

| | |
|---|---|
| TO: | United States Bankruptcy Court<br>Southern District of California<br>325 West F. Street<br>San Diego, CA  92101-6991 |
| ATTN: | David A. Ortiz<br>United States Department of Justice<br>Office of the United States Trustee |
| FROM: | Alabama Department of Senior Services<br>Office of the State Long-Term Care Ombudsman Program<br>Attn: Accounts Payable<br>201 Monroe St., Ste. 350<br>Montgomery, AL  36130 |
| RE: | Case No. 20-00018-LA11 |

Please consider this memorandum as the thirteenth request for reimbursement of costs incurred related to the monitoring of resident quality care in the above referenced case. This request covers the period April, 2021.

Please see the attached invoice and spreadsheet that documents the time spent by Virginia Moore-Bell, State Long-Term Care Ombudsman and the local ombudsmen representative at the United Way Area Agency on Aging in the total amount due of $102.23.

If you have any questions or concerns, please do not hesitate to contact Todd Cotton, CPA, Alabama Department of Senior Services at 334-242-5743 or Virginia Moore-Bell, Director of the Office of the State Long-Term Care Ombudsman Program at 334-242-5753.