SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Christopher Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, California 92101
Telephone:  (619) 233-4100
Fax:            (619) 231-4372

Counsel for Debtor and Debtor in Possession,
Vestavia Hills, Ltd., dba Mount Royal Towers

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>VESTAVIA HILLS, LTD., dba<br>MOUNT ROYAL TOWERS,<br><br>            Debtor. | CASE NO. 20-00018-LA11<br><br>Chapter 11<br><br>**NOTICE OF SALE CLOSING**<br>**AND NOTICE VACATING RESERVED**<br>**HEARING DATES**<br><br><br>Ctrm:     Dept. 2, Room 128<br>          United States Bankruptcy Court<br>          325 West "F" Street<br>          San Diego, CA 92101-6991<br>Judge:   Hon. Louise DeCarl Adler |

TO THE HON. LOUISE DECARL ADLER, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:  PLEASE TAKE NOTICE OF THE FOLLOWING:

On October 19, 2021, Vestavia Hills, Ltd., dba Mount Royal Towers ("Debtor") closed the sale of its Mount Royal Towers facility and related business assets to MED Healthcare Partners, LLC ("MED"). The sale was made pursuant to

the Asset Purchase Agreement dated February 6, 2020 ("APA") and the Court's order entered August 31, 2020 ("Sale Order") approving the sale.

A copy of the fully-executed Settlement Statement for the sale to MED of the Debtor's real estate and related business assets located in Alabama dated October 19, 2021 is attached as Exhibit "A" hereto. The Settlement Statement sets forth the court-reviewed and established $12,000,000 sale price for the Debtor's Mount Royal Towers real property and related business assets and tracks and lists the various debits and credits made upon closing of the sale, including identifying all disbursements made from sale proceeds, including payment of the net sale proceeds to the Debtor's senior secured creditor, Wells Fargo Bank.

All of the Debtor's resident care agreements for its senior care and other assisted living and independent living residents were assigned to MED pursuant to the Sale Order, and MED has now taken over responsibility for performance of all such agreements.

Given the closing of the sale to MED of the Mount Royal Towers assets, the previously-reserved hearing dates of October 28, 2021) and December 16, 2021 (which had been reserved for consideration of the Debtor's Amended Disclosure Statement and Amended Chapter 11 Plan) are being vacated. The Debtor intends to and will file its Amended Chapter 11 Plan and an accompanying Amended Disclosure Statement prior to year end and will schedule a hearing date for approval of the Disclosure Statement in early January 2022, subject to availability of the Court's calendar. Other matters in the Chapter 11 case are set for hearing and will go forward on November 18, 2021 at 2 p.m., including but not limited to the Debtor's Chapter 11

/ / /
/ / /
/ / /
/ / /

Status Hearing, for which the Debtor will be filing and serving its Chapter 11 Status Report on November 11, 2021, as previously noted on the record at the last hearings in the Chapter 11 case on September 21, 2021.

Dated:   October 20, 2021

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By:   */s/ James P. Hill*
James P. Hill
Counsel for Debtor and Debtor in Possession, Vestavia Hills, Ltd., dba Mount Royal Towers

# EXHIBIT TABLE

| Exhibit | Description | Pages |
|---------|-------------|-------|
| A | Settlement Statement dated October 19, 2021 | 5–9 |

**EXHIBIT "A"**

# Riverside Abstract, LLC

212 Second Street, Suite 502
Lakewood, NJ 08701
Phone: (718) 252-4200 Fax: (718) 252-4226

## Settlement Statement

| | |
|---|---|
| **Settlement Date:** | 10/19/2021 |
| **Disbursement Date:** | 10/19/2021 |
| **Order Number:** | RAAL-39002 |
| **Buyer:** | Royal Towers Realty LLC |
| **Seller:** | Vestavia Hills, Ltd. |
| **Lender:** | Bankwell Bank |
| **Property:** | 126 Royal Tower Drive A/K/A 300 Royal Tower Drive<br>Homewood, AL 35209<br>Jefferson County<br>Parcel(s): 28-00-17-4-002-003.000 |

| | Description | Payee | Buyer | Seller |
|---|---|---|---|---|
| | **Total Consideration** | | | |
| 1. | Purchase Price | | $12,000,000.00 | ($12,000,000.00) |
| 2. | Deposit Held By Madison | | ($200,000.00) | |
| | **Loan - Bankwell Bank** | | | |
| 3. | Loan Amount Funded at Closing | | ($9,000,000.00) | |
| 4. | Good Faith Deposit | | ($30,000.00) | |
| 5. | Commitment Fee | | $112,500.00 | |
| 6. | Appraisal | | $10,500.00 | |
| 7. | Environmental Review | | $750.00 | |
| 8. | PCR Review | | $750.00 | |
| 9. | Odd Days Interest (10/19 - 11/1/21) | | $17,062.50 | |
| 10. | RE Tax Escrow (3 @ $33,661.35) | | $100,984.05 | |
| 11. | Credit Bureau & Flood Determination | | $39.70 | |
| 12. | Site Visit | | $3,000.00 | |
| 13. | CapEx for Immediate Repairs | | $48,350.00 | |
| 14. | DAISA/DACA Fees | | $2,000.00 | |
| | **Lender Net Wire to Title: $8,734,063.75** | | | |
| | **CapEx Loan** | | | |
| 15. | CapEx Loan- Wire to Title | | ($1,500,000.00) | |
| 16. | CapEx- Wire Return | Bankwell Bank | $1,500,000.00 | |
| | **Prorations/Adjustments** | | | |
| 17. | PTO Credit | Credit to Buyer | ($158,384.55) | $158,384.55 |
| 18. | 2021 Taxes<br>    10/19/21-12/31/21 | Credit to Seller | $81,893.91 | ($81,893.91) |
| | **Miscellaneous Charges** | | | |
| 19. | Title Company Charges | Riverside Abstract, LLC | $26,352.50 | $20,975.00 |
| 20. | Mortgage Tax | Riverside Abstract, LLC | $16,875.00 | |
| 21. | Transfer Tax | Riverside Abstract, LLC | | $12,000.00 |
| 22. | Elite Invoices | Mount Royal Operations LLC | $11,025.00 | |
| 23. | Professional Service Fees | New Legacy Professional Services | $4,575.00 | |
| 24. | Broker Fee | HHC Capital Advisory Group, LLC | $48,750.00 | |
| 25. | 2021 Tax Escrow | Riverside Abstract, LLC | | $403,936.20 |
| 26. | Purchaser Legal Fee | Gutnicki LLP | $83,000.00 | |
| 27. | Legal Fee | Polsinelli PC | $222,904.59 | |
| 28. | Legal Fee | Maynard, Cooper & Gale, P.C. | $7,000.00 | |
| 29. | Survey and Zoning Fee | CRESurveys | $5,995.00 | |
| 30. | Consulting Fee | JRPT LLC | $20,000.00 | |
| 31. | Legal Fee | Duane Morris LLP | $84,454.75 | |

## Settlement Statement

| Description | Payee | Buyer | Seller |
|---|---|---:|---:|
| **Miscellaneous Charges (continued)** | | | |
| 32.  Formation and Representation Fee | Vcorp Services, LLC | $512.20 | |
| 33.  Broker Fee | Blueprint Healthcare Real Estate Advisors, LLC | | $180,000.00 |
| **Balance Due FROM Buyer** | | **$3,520,889.65** | |
| **Balance Due TO Seller** | | | **$11,306,598.16** |

## SIGNATURE PAGE

**NOTICE REGARDING ANCILLARY SERVICES:** Title costs for this transaction may include charges for certain services provided by Riverside Abstract, LLC, at the request of your lender or attorney. The issuance of the title policy is not dependent upon the performance of such services. This bill is a good faith estimate of closing charges made to induce company to issue title insurance.

IN WITNESS WHEREOF, the undersigned hereby acknowledges that he has carefully reviewed the Settlement Statement and to the best of his knowledge and belief it is a true and accurate statement of all receipts and disbursements made for this transaction.

**SELLER:**

Vestavia Hills, Ltd.

BY: _[signature]_

Name: Kevin Moriarty

Title: Pres./CEO of Gen. Ptnr.

The parties hereto agree that all water, sewer and utility charges shall be prorated and adjusted between the parties outside of closing. This settlement statement was prepared by Riverside Abstract, LLC, as agent for Chicago Title Insurance Company with information and figures provided and reviewed by Seller and Purchaser. Seller and Purchaser hereby approve the settlement statement and authorize disbursement of funds accordingly. In the event that the figures included herein are in error and/or do not reflect the terms of the Purchase Agreement between Seller and Purchaser then the parties agree that adjustments, including but not limited to additional funds paid or reimbursed as appropriate, will be made post-closing. Seller and Purchaser hereby release and agree to hold Riverside Abstract, LLC, and Chicago Title Insurance Company harmless from any and all claims or causes of action relative to the accuracy of the closing figures.

[Additional Signatures Follow]

**NOTICE REGARDING ANCILLARY SERVICES:** Title costs for this transaction may include charges for certain services provided by Riverside Abstract, LLC at the request of your lender or attorney. The issuance of the title policy is not dependent upon the performance of such services. This bill is a good faith estimate of closing charges made to induce company to issue title insurance.

IN WITNESS WHEREOF, the undersigned hereby acknowledges that he has carefully reviewed the Settlement Statement and to the best of his knowledge and belief it is a true and accurate statement of all receipts and disbursements made for this transaction.

**PURCHASER:**

**Royal Towers Realty LLC, an Alabama limited liability company**

BY: _/s/_

Name: Ephram Lahasky

Title: Authorized Signatory

The parties hereto agree that all water, sewer and utility charges shall be prorated and adjusted between the parties outside of closing. This settlement statement was prepared by Riverside Abstract, LLC, as agent for Chicago Title Insurance Company with information and figures provided and reviewed by Seller and Purchaser. Seller and Purchaser hereby approve the settlement statement and authorize disbursement of funds accordingly. In the event that the figures included herein are in error and/or do not reflect the terms of the Purchase Agreement between Seller and Purchaser then the parties agree that adjustments, including but not limited to additional funds paid or reimbursed as appropriate, will be made post-closing. Seller and Purchaser hereby release and agree to hold Riverside Abstract, LLC, and Chicago Title Insurance Company harmless from any and all claims or causes of action relative to the accuracy of the closing figures.