SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
 James P. Hill, CA Bar No. 90478
 Christopher V. Hawkins, CA Bar No. 222961
 Kathleen Cashman-Kramer, CA Bar No. 128861
600 B Street, Suite 1700
San Diego, CA 92101
Telephone:  (619) 233-4100
Facsimile:   (619) 231-4372
hill@sullivanhill.com
hawkins@sullivanhill.com

Counsel for Debtor and Debtor in Possession,
VESTAVIA HILLS, LTD., DBA MOUNT ROYAL TOWERS

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>VESTAVIA HILLS, LTD.,<br>DBA MOUNT ROYAL TOWERS,<br><br>Debtor. | CASE NO. 20-00018-LA<br><br>Chapter 11<br><br>**DEBTOR'S MOTION TO TERMINATE THE APPOINTMENT OF THE PATIENT CARE OMBUDSMAN DUE TO THE CLOSING OF THE SALE TO MED HEALTHCARE PARTNERS, LLC**<br><br>Date:   November 18, 2021<br>Time:   2:00 p.m.<br>Ctrm:   Dept. 2, Room 118<br>         United States Bankruptcy Court<br>         325 West F Street<br>         San Diego, CA 92101-6991<br>Judge:  Hon. Louise DeCarl Adler |

#4807404v1

Vestavia Hills Ltd., dba Mount Royal Towers, the debtor and debtor in possession ("Vestavia" or the "Debtor"), in the above-captioned Chapter 11 bankruptcy case (the "Bankruptcy"), hereby moves this Court for an order terminating the appointment of the patient care ombudsman, Virginia Moore-Bell, on the basis that the sale of the Mount Royal Towers facility and business has closed, and that, as a result, the Debtor no longer has any patients or residents. The Motion is supported by the Notice of Sale filed October 20, 2021 (ECF #623), and any and all pleadings and documents filed in this case and related adversary proceedings referenced herein.

## MOTION

## STATEMENT OF FACTS

The Debtor filed this Chapter 11 Bankruptcy on January 3, 2020, (the "Petition Date"). ECF #1.

On January 17, 2020, the Debtor and the U.S. Trustee's office stipulated to the appointment of a patient care ombudsman under 11 U.S.C. Section 333. ECF #37 filed January 16, 2020. That stipulation was approved by order of the Bankruptcy Court entered January 16, 2020. ECF #42. Notice of entry of the order was filed on January 28, 2020. ECF #68.

On January 24, 2020 the U.S. Trustee's office filed a notice of appointment of Virginia Moore-Bell as the patient care ombudsman in this case ECF #60. Since that time, Ms. Moore-Bell regularly interviewed patients and employees at the Debtor's Mount Royal Towers facility, and worked cooperatively with all involved helping to keep the residents safe and protected throughout the Chapter 11 case, particularly so during the COVID-19 pandemic conditions. When COVID conditions permitted she conducted on-site visits at the facility, and has in fact filed regular monthly reports with the Court regarding her findings. Her reports were concise and detailed, and showed that the residents were consistently well cared for during the course of this case. See ECF #s 177, 242, 257, 281, 293, 396, 430, 436, 468, 486, 500, 507, 520, 541, 586, 606.

#4807404v1                                                   1

The Debtor believes that Ms. Moore-Bell has done a great job in this case, at a modest expense.[1]  The sale approved by order entered August 31, 2020 (ECF #381) has finally closed on October 19, 2021.  See ECF #381, the Notice of Sale filed in this case.

## POINTS AND AUTHORITIES

This Motion is being brought pursuant to Rule 2007.2 of the Federal Rules of Bankruptcy Procedure, which provides that

> (d) Termination of appointment
>
> On motion of the United States trustee or a party in interest, the court may terminate the appointment of a patient care ombudsman if the court finds that the appointment is not necessary to protect patients.
> (e) Motion
>
> A motion under this rule shall be governed by Rule 9014. The motion shall be transmitted to the United States trustee and served on: the debtor; the trustee; any committee elected under § 705 or appointed under § 1102 of the Code or its authorized agent, or, if the case is a chapter 9 municipality case or a chapter 11 reorganization case and no committee of unsecured creditors has been appointed under § 1102, on the creditors included on the list filed under Rule 1007(d); and such other entities as the court may direct.

As set forth above, facts calling for the appointment of a patient care ombudsman have changed with the closing of the sale and the transfer of the operation of the Mount Royal Towers facility to the buyer.  With no continuing operations, including no patients or residents, there is no longer a need for the patient care ombudsman.

/ / /

---

[1] Ms. Moore-Bell has billed a total of $3,223.54 for her approximately 20 months of service in this case, and has been paid $3,007.53 toward these total billings. The small "holdback" due Ms. Moore-Bell is a result of the Court's interim fee procedures order.  Ms. Moore-Bell's holdback if $216.01 as of August 2021 will be paid in full upon authorization by the Court to do so.. See ECF #s 177, 242, 257, 281, 293, 396, 430, 436, 468, 486, 500, 507, 520, 541, 586, 606.

#4807404v1                                       2

**CONCLUSION**

For the reasons and based upon the authorities set forth above, the Debtor submits that good cause exists to terminate the appointment of the patient care ombudsman as a result of the closing of the sale, and the discontinuance of any further business operations pertaining to patient care. As a result, the Debtor therefore respectfully requests that this Court approve the termination and also authorize payment of the "holdback" of billed but unpaid fees otherwise due to Ms. Moore-Bell. A true copy of the proposed order is attached hereto as Exhibit "1."

Dated:   October 20, 2021

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By:   /s/ James P. Hill
James P. Hill
Counsel for Debtor and Debtor in Possession VESTAVIA HILLS, LTD., DBA MOUNT ROYAL TOWERS.

#4807404v1                           3

## TABLE OF EXHIBITS

| Exhibit | Description | Pages |
|---------|-------------|-------|
| 1 | Proposed Order | 5–7 |

#4807404v1

4

**EXHIBIT "1"**

**Exhibit 1 - Page 5**

**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

SULLIVAN HILL REZ & ENGEL, A Professional Law Corporation
James P. Hill, SBN 90478
Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, CA 92101
Attorneys for Vestavia Hills, Ltd., Debtor
Telephone: 619-233-4100

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VESTAVIA HILLS, LTD., dba Mount Royal Towers

Debtor.

BANKRUPTCY NO. 20-00018-LA11

Date of Hearing: November 18, 2021
Time of Hearing: 2:00 p.m.
Name of Judge: Hon. Louise DeCarl Adler

## ORDER ON

### GRANTING DEBTOR'S MOTION TO TERMINATE THE APPOINTMENT OF THE PATIENT CARE OMBUDSMAN DUE TO THE CLOSING OF THE SALE TO MED HEALTHCARE PARTNERS, LLC

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. _____.

//
//
//
//
//
//
//

DATED: _____

_____
Judge, United States Bankruptcy Court

CSD 1001A

Exhibit 1 - Page 6

CSD 1001A [07/01/18]**(Page 2)**
ORDER ON GRANTING DEBTOR'S MOTION TO TERMINATE THE APPOINTMENT OF THE PATIENT CARE
DEBTOR: VESTAVIA HILLS, LTD., dba Mount Royal Towers                                    CASE NO: 20-00018-LA11

---

The Motion ("Motion") by the debtor Vestavia Hills, Ltd. ("Debtor") to terminate the patient care ombudsman (ECF #___) came on regularly for hearing on November 18, 2021 at 2:00 p.m. in Department 2 of the United States Bankruptcy Court, the Honorable Louise DeCarl Adler, Bankruptcy Judge, presiding. Present at the hearing were _____. Other appearances were noted on the record.

After reviewing the pleadings and court documents in support of [and opposition to] the Motion, the Court acknowledging that the Motion was properly served and noticed to all creditors and parties in interest; [and having noted that no opposition was filed], finding that good cause exists to grant the relief requested, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Debtor's motion is hereby granted. The appointment (ECF #s 37, 42, and 60) of Virginia Moore-Bell as patient care ombudsman in this case is hereby terminated for the reasons set forth in the Motion and the Debtor is authorized to pay Ms. Moore-Bell the remaining amount of fees otherwise due and outstanding, including any holdback of fees as described in the Motion. The Court thanks Ms. Moore-Bell for her services in this matter.

IT IS SO ORDERED.

CSD 1001A

Exhibit 1 - Page 7