# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | VESTAVIA HILLS, LTD. |
| **Case Number:** | 20-00018-LA11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 18, 2021 02:00 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matters:

1) DEBTOR'S MOTION FOR APPROVAL OF SETTLEMENT WITH WELLS FARGO BANK, N.A.; FILED BY JAMES P. HILL

2) DEBTOR'S MOTION TO TERMINATE THE APPOINTMENT OF THE PATIENT CARE OMBUDSMAN DUE TO THE CLOSING OF THE SALE TO MED HEALTHCARE PARTNERS, LLC.

3) CHAPTER 11 PETITION 1) SETTING STATUS CONFERENCE; 2) SETTING COMPLIANCE DEADLINES; AND 3) SETTING SANCTIONS, IF APPROPRIATE, INCLUDING DISMISSAL, CONVERSION OR APPOINTMENT OF A CHAPTER 11 TRUSTEE OR EXAMINER BECAUSE OF NONCOMPLIANCE WITH ABOVE-REFERENCE REQUIREMENTS (fr 8/26/21)

### Appearances:

Appearances excused.

### Disposition:

1-2) Tentative Ruling of the Court is affirmed. Appearance of Counsel is excused.

3) Tentative Ruling of the Court is affirmed. Appearance of Counsel is excused & hearing is continued to 1/20/22 at 2:00 p.m.