JULIAN I. GURULE (SBN: 252160)
   jgurule@buchalter.com
ANTHONY J. NAPOLITANO (SBN: 227691)
   anapolitano@buchalter.com
BUCHALTER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

RICHARD J. BROCKMAN (admitted *pro hac vice*)
BRENT D. HITSON (admitted *pro hac vice*)
MARC P. SOLOMON (admitted *pro hac vice*)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

*Attorneys for Commonwealth Assisted Living, LLC*

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VESTAVIA HILLS, LTD., d/b/a<br>MOUNT ROYAL TOWERS,<br><br>                Debtor. | Case No. 20-00018-LA11<br><br>Chapter 11<br><br>**COMMONWEALTH ASSISTED LIVING, LLC'S MOTION TO DISMISS CHAPTER 11 CASE**<br><br>[Memorandum of Points and Authorities, Request for Judicial Notice and Declaration of Anthony Napolitano concurrently filed]<br><br>**Hearing:**<br>Date:    May 12, 2022<br>Time:   2:00 p.m.<br>Place:   United States Bankruptcy Court<br>            Courtroom 2, Room 118<br>            325 West F Street<br>            San Diego, California 92101<br>Judge:  Louise De Carl Adler |

## MOTION TO DISMISS CHAPTER 11 CASE

Commonwealth Assisted Living, LLC ("Commonwealth"), by and through its undersigned counsel, pursuant to section 1112(b)(1) of the Bankruptcy Code, respectfully moves this Court for the entry of an order dismissing the above-captioned chapter 11 case (the "Motion").

Just over two years ago, Vestavia Hills, Ltd., d/b/a Mount Royal Towers (the "Debtor") forum-shopped its way into this Court to reorganize its business. Today, the Debtor's restructuring efforts have clearly come to an end. Not only has the Debtor already sold substantially all of its assets *over five months ago*, but the Debtor no longer has *any* operations, employees, vendors, residents or patients. Quite frankly, the Debtor is no more than a shell corporation at this juncture. This explains why the Debtor failed to file and solicit a plan of reorganization after the court-ordered deadline of September 27, 2021. *See* Docket No. 580. Consequently, there is no reason to allow this chapter 11 case to remain on this Court's docket. Accordingly, Commonwealth asserts that there is ample "cause" under section 1112(b)(1) of the Bankruptcy Code for the Court to dismiss this chapter 11 case.

The grounds and authority supporting this Motion are set forth in further detail in the concurrently filed *Memorandum of Points and Authorities, Declaration of Anthony Napolitano*, and the *Request for Judicial Notice*.

Dated: April 8, 2022　　　　　　　　BUCHALTER, A Professional Corporation

By:　　　*/s/ Julian I. Gurule*

JULIAN I. GURULE
ANTHONY J. NAPOLITANO
BUCHALTER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730

BRENT D. HITSON (admitted *pro hac vice*)
MARC P. SOLOMON (admitted *pro hac vice*)
RICHARD J. BROCKMAN (admitted *pro hac vice*)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

*Attorneys for Commonwealth Assisted Living, LLC*