CSD 1181 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Julian I. Gurule (SBN: 252160)
Anthony J. Napolitano (SBN: 227691)
BUCHALTER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: (213) 891-0700

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Vestavia Hills, LTD., d/b/a Mount Royal Towers,

BANKRUPTCY NO. 20-00018-LA11

Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX– _____ Debtor.

# NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on May 12, 2022, at 2:00 p.m., in Department 2, Room 118, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Commonwealth Assisted Living, LLC, for [check the appropriate box]:

☑ Dismissal of a chapter 7, 11 or 12 case;

☐ Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

☐ Allowance of ☐ interim ☐ final compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by FRBP 2002(c)(2)];

☐ Appointment of a trustee in a chapter 11 case; or

☐ Other [specify the nature of the matter]:

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: April 8, 2022

/s/ Julian I. Gurule
[Attorney for] Moving Party

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1181

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the __8th__ day of __April, 2022__, I served a true copy of the within NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __April 8, 2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑ Attorney for Debtor (or Debtor), if required:

James P. Hill    Hill@sullivanhill.com, hawkins@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com;hill@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com

(See attached list for additional NEF Recipients.)

☐ Chapter 7 Trustee:

☑ For Chpt. 7, 11, & 12 cases:  ☐ For ODD numbered Chapter 13 cases:  ☐ For EVEN numbered Chapter 13 cases:

| UNITED STATES TRUSTEE | THOMAS H. BILLINGSLEA, JR., TRUSTEE | DAVID L. SKELTON, TRUSTEE |
| --- | --- | --- |
| ustp.region15@usdoj.gov | Billingslea@thb.coxatwork.com | admin@ch13.sdcoxmail.com |
| | | dskelton13@ecf.epiqsystems.com |

2. **Served by United States Mail**:

On __April 8, 2022__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐ Attorney for Debtor (or Debtor), if required:

See attached list.

CSD 1181 (Page 3) [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on April 8, 2022 , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Debtor (or Debtor), if required:

Debtor
Vestavia Hills, Ltd.
9619 Chesapeake Drive, Suite 103
San Diego, CA 92123

United States Trustee Office of the U.S. Trustee
880 Front Street, Suite 3230
San Diego, CA 92101

Judge Louise D. Adler
Jacob Weinberger United States Courthouse
325 West F Street
San Diego, California 92101

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on April 8, 2022
(Date)

/s/ Margie Arias
(Typed Name and Signature)

1000 Wilshire Boulevard, 15th Floor
(Address)

Los Angeles, CA 90017
(City, State, ZIP Code)

CSD 1181

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF") (Cont'd.)**
   **(NEF recipients in addition to Attorney for Debtor)**

   - John Cannizzaro    john.cannizzaro@icemiller.com
   - Kathleen A. Cashman-Kramer    Cashman-Kramer@Sullivanhill.com, kathylaw@san.rr.com;Rudolph@sullivanhill.com;hill@sullivanhill.com;bkstaff@sullivanhill.com;Rudolph@ecf.inforuptcy.co m ;cashman-kramer@ecf.inoruptcy.com
   - Glen F. Dorgan    glen.dorgan@usdoj.gov, Brenda.seyler@usdoj.gov
   - Julian Gurule    jgurule@buchalter.com, smartin@buchalter.com,docket@buchalter.com
   - Christopher V. Hawkins    hawkins@sullivanhill.com, hill@sullivanhill.com;cashman-kramer@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com
   - James P. Hill    Hill@sullivanhill.com, hawkins@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hill@ecf.inforuptcy.com;cashman-kramer @sullivanhill.com
   - J Marum    bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
   - Anthony Napolitano    anapolitano@buchalter.com, marias@buchalter.com
   - David Ortiz    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov
   - William A. Smelko    bill.smelko@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
   - United States Trustee    ustp.region15@usdoj.gov

2. **Served by United States Mail (Cont'd.)**:

Mailing list.

Alabama Self-Insured Worker's Compensation Fud
PO Box 59509
Birmington, AL 35259

Gil Hopenstand
U.S. Small Business Administration
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

Virginia Moore-Bell
201 Monroe St., Ste. 350
Montgomery, AL 36104

Charles Smith, as Personal Representative of the Estate of Tyler Smith, Deceased
c/o Gupta, Evans and Associates, PC
1620 5th Ave. Suite 650
San Diego, CA 92101

Squar Milner LLP
San Diego
3655 Nobel Drive
Suite 300
San Diego, CA 92122

```
Label Matrix for local noticing         (p)A PLACE FOR MOM  INC                 A Place for Mom, Inc.
0974-3                                   701 5TH AVE                             PO Box 913241
Case 20-00018-LA11                       SUITE 3200                              Denver,CO 80291-3155
Southern District of California          SEATTLE WA 98104-7055
San Diego
Thu Apr  7 13:37:48 PDT 2022

AMERIPRIDE SERVICES INC.                 ASIWCF                                  AT&T Corp
P.O. BOX 1564                            PO Box 1564                             One AT&T Way
BEMIDJI, MN 56619-1564                   Bemidji, MN  56619-1564                 Bedminster, NJ 07921-2694


AT&T Telephones                          Aaron Malo                              ActivCare Living
One AT&T Way                             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP 9619 Chesapeake Drive,
Bedminster, NJ 07921-2694                650 Town Center Drive, 10th Floor       Suite 103
                                         Costa Mesa, CA 92626-1993               San Diego, CA 92123-1394


Advanced Disposal                        Alabama Center for Occ Med Pre          Alabama Department of Senior Services
PO Box 743019                            2018 BROOKWOOD MED CTR DRIVE            Office of the State Long-Term Care
Atlanta GA 30374-3019                    Birmingham, AL 35209-6898               Attn: Accounts Payable
                                                                                 201 Monroe St., Ste. 350
                                                                                 Montgomery, AL 36104-6955

Alabama Media Group                      Alabama Power                           Alabama Self-Insured Worker's Compensat
PO Box 77000                             P.O. BOX 242                            PO Box 59509
Detroit MI  48277-0571                   BIRMINGHAM, AL 35292-0001               Birmington, AL 35259-9509


Alabama Self-Insured Worker's Compensat  American Lighting Inc.                  Ameripride
PO Box 59509                             P.O. BOX 10872                          PO Box 1564
Birmingham AL 35259-9509                 Birmingham, AL 35202-0872               Bemidji, MN 56619-1564


Ashley Blevins                           Atlas Welding Supply                    B. Renee Barnard
5271 Crowne Chase                        PO Box 2693                             300 Royal Towers Drive
Birmingham, AL 35244-3002                Tuscaloosa, AL 35403-2693               Birmingham, AL 35209-6865


BIRMINGHAM WATER WORKS                   Bagby Elevator Company, Inc.            BlueCross BlueShield  Alabama
P.O. BOX  830269                         Hunter M. Bagby                         450 Riverchase Parkway East
BIRMINGHAM, AL 35283-0269                PO Box 320919                           Birmingham, AL 35298-0001
                                         Birmingham, AL 35232-0919


Burr & Forman LLP                        C Clark Collier LLC                     CUSTOM MEDICAL SOLUTIONS
Attn Marc P Solomon, Richard J Brockman  100 Centreview Drive                    7100 NORTHLAND CIRCLE  # 410
and Brent D Hitson                       Birmingham AL 35216-3747                BROOKLYN PARK, MN 55428-1500
420 North 20th Street Suite 3400
Birmingham, AL 35203-5210


California Department of Tax and Fee Adminis  Calvin Anthony Morris              John Cannizzaro
Account Information Group, MIC:29        216 MAMIE LANE                          Ice Miller LLP
P.O. Box 942879                          Birmingham, AL 35215-7108               250 West Street
Sacramento, CA 94279-0001                                                        Columbus, OH 43215-7509
```

| | | |
|---|---|---|
| Cantata Health<br>fka NTT Data<br>P.O. BOX 123875<br>Dallas, TX 75312-3875 | Careworx<br>51 Townline Road, Suite 1<br>Orangeville, Ontario  L9W 1V1 | Kathleen A. Cashman-Kramer<br>Sullivan Hill Rez & Engel, APLC<br>600 B Street<br>Suite 1700<br>San Diego, CA 92101-4507 |
| Central Station<br>PO Box 610220<br>Birmingham AL 35261-0220 | Commercial Icemakers LLC<br>1785 Horsecreek Blvd<br>Dora AL   35062 | Commonwealth Assisted Living<br>via Registered Agent<br>251 Little Falls Drive<br>Wilmington, DE 19808-1674 |
| Commonwealth Assisted Living, LLC, Series E<br>Attn: Richard Brewer, Manager<br>534 E. Main Street, Suite B<br>Charlottesville, VA 22902-5395 | Commonwealth Assisted Living, LLC, Series E<br>c/o Buchalter PC/ Julian Gurule, Esq.<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017-1730 | Community Coffee<br>PO Box 679510<br>Dallas TX 75267-9510 |
| Comtex<br>530 BEACON PARKWAY WEST<br>Birmingham, AL 35209-3100 | Cooks Pest Control<br>c/o Danny Hughes<br>160 London Pkwy<br>Birmingham, AL 35211-4540 | CozziniBros, Inc.<br>350 Howard Avenue<br>Des Plaines,IL 60018-1908 |
| DAVID A. ORTIZ<br>OFFICE OF THE UNITED STATES TRUSTEE<br>880 FRONT STREET, SUITE 3230<br>SAN DIEGO, CA 92101-8897 | Daniel Washington<br>8516 Division Ave.<br>Birmingham, AL 35206-2753 | Dept. Indust. Rel., Labor Law Enforce.<br>1550 West Main St.<br>El Centro, CA 92243-2105 |
| Devanshi Somaya<br>Jackson Walker LLP<br>2323 Rosa Ave., Suite 600<br>Dallas, TX 75201-2725 | Direct Supply<br>PO Box 88201<br>Milwaukee WI   53288-0201 | Dish<br>ACCT #8255 7070 2330 7924<br>PO Box 7203<br>PASADENA, CA 91109-7303 |
| Div. of Labor Standards Enforcement<br>7575 Metropolitan Drive, Suite 210<br>San Diego, CA 92108-4424 | Dorma USA<br>5640 Clifford Circle, Suite A<br>Birmingham AL 35210-5413 | Dun & Bradstreet<br>Attn: Lynne Roberts, 2nd Floor<br>3501 Corporate Parkway<br>PO Box 520<br>Center Valley, PA 18034-0520 |
| ELISABETH EISNER<br>4040 PORTE DE PALMAS, SUITE 32<br>SAN DIEGO, CA 92122-5140 | Ecolab<br>24198 NETWORK PLACE<br>Chicago, IL 60673-1241 | (p)EMPLOYMENT SCREENING SERVICES  INC<br>ATTN ATTN LEGAL DEPT<br>2700 CORPORATE DRIVE<br>SUITE 100<br>BIRMINGHAM AL 35242-2733 |
| (p)ENVIRONMENTAL BIOLOGICAL SERVICES<br>4350 1ST AVE SO<br>BIRMINGHAM AL 35222-2108 | FELDER SERVICES, LLC<br>P.O. BOX 70171<br>MOBILE, AL 36670-1171 | FP Mailing Solutions<br>PO Box 157<br>Bedford Parke IL 60499-0157 |
| Franchise Tax Board<br>Attn:  Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Frank & Connie Virgadamo(Husband & Wife)<br>c/o Procopio,Cory,Hargreaves&Savitch LLP<br>Attn: Bill Smelko<br>525 B Street, Suite 2200<br>San Diego, CA 92101-4474 | Frank A. Virgadamo<br>1340 San Lucas Court<br>Solana Beach, CA 92075-2112 |

Gordon Food Service, Inc.
PO Box 88029
Chicago, IL 60680-1029

Gordon Food Service, Inc.
c/o Ice Miller LLP
ATTN: Jason Torf
200 W. Madison Street, Suite 3500
Chicago, IL 60606-3417

Grace Okafor
4554 Brookshire Loop
Apt D
Bessemer, AL 35022-6997

Julian Gurule
Buchalter, A Professional Corporation
1000 Wilshire Blvd
Ste 1500
Los Angeles, CA 90017-1730

HD Supply
PO Box 509058
San Diego, CA 92150-9058

Haeji Hong
United States Trustee's Office
880 Front Street, Suite 3230
San Diego, CA 92101-8897

Christopher V. Hawkins
Sullivan Hill Rez & Engel, APLC
600 B Street
Suite 1700
San Diego, CA 92101-4507

Helen Parham
3345 Jefferson Ave SW
Birmingham, AL 35221-1241

James P. Hill
Sullivan Hill Rez & Engel, APLC
600 B Street
Ste. 1700
San Diego, CA 92101-4507

Gil Hopenstand
U.S. Small Business Administration
312 N. Spring St., 5th Floor
Los Angeles, CA 90012-2678

IRS-Insolvency Division
P.O. Box 7346
Philadelphia, PA 19101-7346

Innovex
11 POWDER HILL ROAD
Lincoln, RI 02865-4407

Intalere
c/o Health Resource Services
1100 Olive Way Suite 1030
Seattle, WA 98101-1832

Internal Revenue Service (IRS)
Insolvency Operations Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

Inverness Country Club
#1 Country Club Drive
Birmingham AL 35242-4031

J. Barrett Marum
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, Suite 1900
San Diego, California 92101-3598

Jack L. Rowe
724 Northern Dancer Drive
Edmond, OK 73025-9781

Jack L. Rowe
c/o Procopio,Cory,Hargreaves&Savitch LLP
Attn: Bill Smelko
525 B Street, Suite 2200
San Diego, CA 92101-4474

Jacquelyn Perry
110 Gables Drive
Birmingham, AL 35244-1848

Jasmine House
828 Martinwood Lane
Birmingham, AL 35235-1217

Jefferson Blount St Clair
Mental Health Authority
940 Montclair Road Ste 200
Birmingham, AL 35213-1212

Journey Hospice of Alabama LLC
4128 Crosshaven Drive
Birmingham, AL 35243-5228

Judith A. Chance
7106 Country Club Drive
La Jolla, CA 92037-5611

Judith A. Chance
c/o Procopio,Cory,Hargreaves&Savitch LLP
Attn: Bill Smelko
525 B Street, Suite 2200
San Diego, CA 92101-4474

Judith Chance
7106 Country Club Drive
La Jolla, CA 92037-5611

Just Medical Inc.
1071 JAMESTOWN BLVD, UNIT D-6
Watkinsville, GA 30677-4137

Karen L. McElliott
550 Front Street, #2401
San Diego, CA 92101-7102

Karen McElliott
c/o Procopio,Cory,Hargreaves&Savitch LLP
Attn: Bill Smelko
525 B Street, Suite 2200
San Diego, CA 92101-4474

Katrina Hives
516 Esplanade Drive
Birmingham, AL 35206-1611

Kerry Lenard Marshall Dunn
808 23rd Street SW
Birmingham, AL 35211-3516

| | | |
|---|---|---|
| LTC Consulting<br>814 Lone Tree Blvd, Suite 100<br>Rocklin CA  95765 | Linda Brown<br>709 Darlene Drive<br>Birmingham, AL 35217-1012 | Lingo<br>P.O. BOX 660343<br>Dallas, TX 75266-0343 |
| Lowes Credit Card<br>ACCT # 821 3101 902224 8<br>P.O. BOX 530970<br>Atlanta, GA 30353-0970 | M&M Mobility dba Careavan<br>4813 Carmichael Road, Suite A<br>Montgomery AL  36106 | MCKESSON<br>PO BOX 630693<br>CINCINNATI, OH 45263-0693 |
| MED Healthcare Partners, LLC<br>c/o RANDYE B. SOREF<br>POLSINELLI LLP<br>2049 Century Park East, Suite 2900<br>Los Angeles, CA 90067-3221 | Malimar Technology Group, Inc.<br>P.O. BOX 880595<br>San Diego, CA 92168-0595 | Marie Blair<br>4505 Sicard Hollow Rd<br>Birmingham AL 35242-5611 |
| Marlin Leasing Corporation<br>6470 E. Johns Crossing<br>Suite 430<br>Duluth, GA 30097-1545 | J. Barrett Marum<br>Sheppard, Mullin, Richter & Hampton LLP<br>501 West Broadway, Suite 1900<br>San Diego, CA 92101-3598 | Marvin F. Poer & Company<br>PO Box 674300<br>Dallas TX 75267-4300 |
| Mary Ugbo<br>12772 Hilda Drive<br>Mc Calla, AL 35111-1580 | Matrix Care<br>BIN #32, PO Box 1414<br>Minneapolis MN 55440-0032 | McKesson Medical-Surgical<br>Minnesota Supply, Inc.<br>c/o Stephanie Hampton<br>6651 Gate Partway<br>Jacksonville, FL 32256-8075 |
| Medico Inc.<br>1600 7TH  ST. NORTH<br>Clanton, AL 35045-2145 | Meeks Environmental Services<br>1625 Holmes Drive<br>Bessemer AL 35020-4571 | Mobilex USA<br>P.O. BOX 17462<br>Baltimore, MD 21297-0518 |
| Virginia Moore-Bell<br>201 Monroe St., Ste. 350<br>Montgomery, AL 36104-6955 | NACM, Business Credit Services<br>Collections<br>2201 SW 152nd St<br>Seattle, WA 98166-2080 | Nadine Whitaker<br>23325 Steiner Ave<br>Birmingham, AL 35211 |
| Anthony Napolitano<br>Buchalter Nemer<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017-1730 | (p)NAVITAS CREDIT CORP<br>ATTN JOYCE MCKULKA<br>201 EXECUTIVE CENTER DR SUITE 100<br>COLUMBIA SC 29210-8410 | Navitas Credit Corp.<br>PO Box<br>979131<br>Miami, FL 33197 |
| New Beacon Hospice<br>c/o Curo Health Services LLC<br>491 Williamson Road, Suite 204<br>Mooresville, NC 28117-9255 | Nutrition Systems Consulting<br>P.O. BOX 5229<br>Jackson, MS 39296-5229 | Office Depot Credit Card<br>ACCT 44274139<br>P.O BOX 633211<br>Cincinnati, OH 45263-3211 |
| Omnicare<br>1119 Royal Tower Drive<br>Birmingham, AL 35209-6822 | (p)OMNICARE   INC<br>ATTN KAREN DAILEY CREDIT AND COLLECTIONS<br>C/O CVS HEALTH<br>444 N 44TH STREET<br>PHOENIX AZ 85008-6523 | David Ortiz<br>DOJ-Ust<br>880 Front Street<br>David A. Ortiz<br>Suite 3230<br>San Diego, CA 92101-8897 |

| | | |
|---|---|---|
| POINTCLICKCARE TECHNOLOGIES IN<br>P.O. BOX 674802<br>DETROIT, MI 48267-4802 | Ernie Zachary Park<br>for DS Del Mar Heights, LLC<br>13215 E. Penn Street, Ste 510<br>Whittier, CA 90602-1797 | Publix Credit Card<br>RE: ACCT 2004912<br>P.O. BOX 32009<br>Lakeland, FL 33802-2009 |
| Quinton McDonald<br>589 Hackberry Ridge Trace<br>Birmingham, AL 35226-2965 | RESTORE THERAPY SERVICES<br>245 CAHABA VALLEY PARKWAY  # 2<br>PELHAM, AL 35124-2217 | Regions Bank<br>250 Riverchase Parkway<br>Suite 600<br>Birmingham, AL 35244-1832 |
| Renee & Charles Barnard(Husband & Wife)<br>c/o Procopio,Cory,Hargreaves&Savitch LLP<br>Attn: Bill Smelko<br>525 B Street, Suite 2200<br>San Diego, CA 92101-4474 | Renee Barnard<br>9619 Chesapeake Dr<br>Suite 103<br>San Diego, CA 92123-1394 | SERVICESOUTH LAUNDRY EQUIPMENT<br>1105 SHANA COURT STE I<br>Marietta, GA 30066-2777 |
| SPIRE (formerly Alagasco)<br>P.O. BOX 2224<br>BIRMINGHAM, AL 35295-0001 | Seniors Resource Guide<br>P.O. BOX 6027<br>Denver, CO 80206-0027 | Shanautica Underwood<br>5444 Gordon Ave<br>Birmingham, AL 35221-3169 |
| Shankar Yalamanchili, MD<br>233 WINTON BLOUNT LOOP<br>MONTGOMERY, AL 36117-3507 | Shell Credit Card<br>P.O. BOX 6293<br>Carol Stream, IL 60197-6293 | Sheritha A. Williams<br>1903 Spring Lake Court<br>Birmingham, AL 35215-5061 |
| Shred-It<br>28883 NETWORK PLACE<br>Chicago, IL 60673-1288 | Skilled Nursing QA<br>PO Box 1350<br>Suisun City CA 94585-4350 | William A. Smelko<br>Procopio<br>525 B Street<br>Suite 2200<br>San Diego, CA 92101-4474 |
| Charles Smith, as Personal Representative of<br>c/o Gupta, Evans and Associates, PC<br>1620 5th Ave. Suite 650<br>San Diego, CA 92101-2752 | Sophia Roberson<br>1699 Highway 231 N<br>VINCENT, AL 35178-6351 | Southern Orthopaedic Specials<br>516 Brookwood Blvd<br>Birmingham AL 35209-7054 |
| Squar Milner LLP<br>San Diego<br>3655 Nobel Drive<br>Suite 300<br>San Diego, CA 92122-1050 | St. Vincent's Health System<br>Brookwood Medical Center<br>2010 Brookwood Medical Center<br>Birmingham, AL 35209-6804 | Stacy Elledge Chiang, CPA/CFF, CIRA<br>Squar Milner LLP<br>3655 Nobel Drive, Suite 300<br>San Diego, CA 92122-1050 |
| Stephanie Nelson<br>651 Earline Circle<br>Apt A<br>Birmingham, AL 35215-6631 | TEC Freedom Management, LLC<br>ATTN: TE Cummings<br>6171 Tucker Mountain Road<br>Remlap, AL 35133-5405 | TIAA Commercial Finance Inc<br>PO Box 911608<br>Denver CO 80291-1608 |
| Thompson Tractor Co<br>PO Box 934005<br>Atlanta GA 31193-4005 | Timothy Szewczyk<br>19 Aboyne Road<br>Perth Western Australia  6076 | Total Fire Protection Inc.<br>141 Regency Park<br>Alabaster, AL 35007-4808 |

| | | |
|---|---|---|
| Tougher Consulting INC.<br>300 Royal Tower Drive<br>Birmingham AL 35209-6865 | Tracy Holman<br>7417 Apt B 2nd Ave South<br>Birmingham, AL 35206-4812 | Trinity Contractors LLC<br>561 Simmons drive<br>Trussville, AL 35173-2366 |
| U. S. Securities & Exchange Co<br>Bankruptcy Counsel<br>444 South Flower Street, Ste.<br>Los Angeles, CA 90071-2901 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>LOS ANGELES REGIONAL OFFICE<br>444 SOUTH FLOWER STREET 9TH FLOOR<br>LOS ANGELES CA 90071-2934 | U.S. Small Business Administration<br>Office of General Counsel<br>312 N Spring Street, 5th Fl<br>Los Angeles, CA 90012-2678 |
| U.S. Small Business Administration<br>312 N. Spring Street, 5th Floor<br>Los Angeles, CA 90012-2678 | US Small Business Administration<br>SBA Denver Finance Center<br>721 19th Street<br>Denver CO 80202-2517 | United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 |
| University of Alabama Hospital<br>PO Box 538580<br>Atlanta GA 30353-8580 | Verizon<br>500 Technology Drive<br>Suite 550<br>Saint Charles, MO 63304-2225 | Vestavia Hills, Ltd.<br>9619 Chesapeake Drive<br>Suite 103<br>San Diego, CA 92123-1394 |
| Viva Health<br>417 20th Street North<br>Suite 1100<br>Birmingham, AL 35203-3216 | Vohra Wound Physicians of FL<br>PO Box 742716<br>Atlanta , GA 30374-2716 | WILLIS OF ALABAMA<br>P.O. BOX 730416<br>DALLAS, TX 75373-0416 |
| Waynes<br>2183 Parkeway Lane Drive<br>Birmingham AL 35244-1804 | Wells Fargo Bank, N.A.<br>1 Independent Drive, 10th Fl.<br>MAC Z3094-100<br>Jacksonville, FL 32202-5039 | Wells Fargo Bank, N.A.<br>Gordon Elderdice<br>1 Independent Drive, 10th Floor<br>Jacksonville, FL 32202-5039 |
| Wells Fargo Bank, N.A.<br>J. Barrett Marum<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>501 West Broadway, Suite 1900<br>San Diego, CA 92101-3598 | Wells Fargo Fin Services<br>PO Box 030310<br>Los Angeles CA 90030-0310 | William A. Smelko<br>PROCOPIO, CORY, HARGREAVES & SAVITCH LLP<br>525 B Street, Suite 2200<br>San Diego, CA 92101-4474 |
| Ronald F Woods<br>Ronald F. Woods & Associates<br>225 Broadway<br>Suite 1900<br>San Diego, CA 92101-5047 | Xavier Tate<br>7823 4th Ave. North<br>Apt. A<br>Birmingham, AL 35206-3708 | Zandra Jones<br>6846 Grasselli Road<br>Fairfield, AL 35064-1726 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| A Place for Mom<br>701 5th Avenue, Suite 3200<br>Seattle WA  98104 | Employment Screening Services, Inc.<br>ESS, Inc., Attn: Todd Higey<br>2700 Corporate Drive, Suite 100<br>Birmingham, AL 35242 | Environmental Biological<br>Attn: Terry Evans<br>3813 4TH TERRACE NORTH<br>BIRMINGHAM, AL 35222 |

| | | |
|---|---|---|
| Navitas Credit Corp.<br>201 Executive Center Dr., Suite 100<br>Columbia, SC 29210 | Omnicare, Inc.<br>DEPT 781668<br>DETROIT, MI 48278-1668 | (d)Omnicare, Inc.<br>dba Omnicare of Prattvile<br>c/o Pauline Adala<br>444 N. 44th St., MC 999-2C<br>Phoenix, AZ 85008 |

U.S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| | | |
|---|---|---|
| (u)BFS West, Inc. | (u)B. Renee Barnard | (u)Charles Barnard |
| (u)Judith A Chance | (u)Commonwealth Assisted Living, LLC, Series | (u)Floorit Financial Inc |
| (u)Gordon Food Service, Inc. | (u)MED Healthcare Partners, LLC | (u)Karen L McElliott |
| (u)Jack L. Rowe | (u)Sullivan Hill Rez & Engel, A Professional | (d)United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 |
| (d)United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 | (u)UnitedHealthCare Nursing Home | (u)Connie Virgadamo |
| (u)Frank A. Virgadamo | (u)Wells Fargo Bank, N.A. | End of Label Matrix<br>Mailable recipients 173<br>Bypassed recipients 17<br>Total 190 |