CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

JOHN C. CANNIZZARO (CA Bar No. 305047)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-5013
Facsimile: (614) 224-3126
Counsel for Gordon Food Service, Inc.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re VESTAVIA HILLS, LTD.,

Debtor.

BANKRUPTCY NO. 20-00018-LA11

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, Lauren Prohaska am a resident of the State of California, over the age of 18 years, and not a party to this action.

On April 22. 2022, I served the following documents:
Limited Response of Gordon Food Service, Inc. to Commonwealth Assisted Living, LLC's Motion to Dismiss Chapter 11 Case.

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On April 22, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:
Please see Exhibit A.

☐ Chapter 7 Trustee:

☒ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

CSD 3010

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   April 22, 2022                /s/ Lauren Prohaska
              (Date)                         (Typed Name and Signature)

                                             250 West Street, Suite 700
                                             (Address)

                                             Columbus, Ohio 43215
                                             (City, State, ZIP Code)

**Exhibit A**

John Cannizzaro: john.cannizzaro@icemiller.com

Kathleen A. Cashman-Kramer: Cashman-Kramer@Sullivanhill.com, kathylaw@san.rr.com; Rudolph@sullivanhill.com; hill@sullivanhill.com; @sullivanhill.com; Rudolph@ecf.inforuptcy.com; cashman- kramer@ecf.inforuptcy.com

Glen F. Dorgan: glen.dorgan@usdoj.gov, Brenda.seyler@usdoj.gov

Julian Gurule: jgurule@buchalter.com, smartin@buchalter.com,docket@buchalter.com

Christopher V. Hawkins: hawkins@sullivanhill.com, hill@sullivanhill.com;cashman-kramer@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com

James P. Hill: Hill@sullivanhill.com, hawkins@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com; hill@ecf.inforuptcy.com; cashman- kramer@sullivanhill.com

J Marum: bmarum@sheppardmullin.com, egarcia@sheppardmullin.com

Anthony Napolitano: anapolitano@buchalter.com, marias@buchalter.com

David Ortiz: david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV; tiffany.l.carroll@usdoj.gov; abram.s.feuerstein@usdoj.gov

William A. Smelko: bill.smelko@procopio.com, kristina.terlaga@procopio.com; calendaring@procopio.com

United States Trustee: ustp.region15@usdoj.gov