1

2

3

4 SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
5  James P. Hill, SBN 90478
  Christopher V. Hawkins, SBN 222961
6  Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Suite 1700
7 San Diego, California 92101
Telephone: (619) 233-4100
8 Fax Number: (619) 231-4372

9

10 Attorneys for Debtor and Debtor in Possession,
Vestavia Hills, Ltd. dba Mount Royal Towers

11
## UNITED STATES BANKRUPTCY COURT
12
## SOUTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| In re | CASE NO. 20-00018-LT11 |
| VESTAVIA HILLS, Ltd, an Alabama Limited Partnership, dba Mount Royal Towers | Chapter 11 |
| Debtor. | **DECLARATION OF CARL C. WILLIAMS IN SUPPORT OF EX PARTE APPLICATION TO EMPLOY HALL BOOTH SMITH, P.C. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR (11 U.S.C. § 327(e))** |
| | Date: None required |
| | Time: None required |
| | Ctrm: 3 |
| | United States Bankruptcy Court |
| | 325 West "F" Street |
| | San Diego, CA 92101-6991 |
| | Judge: Hon. Laura S. Taylor |

14

15

16

17

18

19

20

21

22

23

24

25     I, Carl C. Williams, hereby declare under penalty of perjury:

26     1.     I am an individual over the age of majority and am competent to testify
as to the facts set forth in this declaration.  If called upon to testify, I could and would
27 testify to the facts set forth in this declaration.  I am authorized by the Debtor to
28 submit this declaration.

#5403841v2                                    1

2.      I am a partner of Hall Booth Smith, P.C. and I submit this declaration in support of the Ex Parte Application to Employ Hall Booth Smith, P.C. as Special Litigation Counsel for Debtor ("Application").  Capitalized terms not otherwise defined herein shall have the meaning given them in the Application.

3.      HBS has agreed not to accept compensation for services rendered solely for the Debtor in this case except from CNA.

4.      Excerpts of HBS's "firm resume" are attached as Exhibit "1" hereto.

5.      Having performed a conflicts check in the system maintained by HBS, HBS does not have any interest in or connection with the Debtor, the United States Trustee, any person employed by the United States Trustee, including their respective attorneys, nor to the best of my knowledge and following a diligent search of HBS conflict system does HBS represent a creditor or party in interest of the estate with respect to the subject matter for which HBS is engaged. In addition, HBS does not hold or represent any interest adverse to the estate and is sufficiently "disinterested" within the meaning of section 327(a) of the Bankruptcy Code to serve in a special litigation counsel role in this case for the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 1, 2023, at Birmingham, Alabama.

Carl C. Williams

#5403841v2

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Exhibit Table

| Exhibit | Description | Pages |
|---------|-------------|-------|
| 1 | Firm Resume | 4-7 |

**Exhibit 1**

Exhibit 1
Page 4



Established in 1989, Hall Booth Smith, P.C. (HBS) is a full-service law firm with six regional offices strategically located throughout Georgia, as well as offices in Birmingham, Alabama; Charleston, South Carolina; Asheville, Charlotte, and Raleigh, North Carolina; Jacksonville, Miami, Tallahassee, Tampa, St. Petersburg and West Palm Beach, Florida; Nashville and Memphis, Tennessee; Little Rock and Rogers, Arkansas; Missoula, Montana; Denver, Colorado; Oklahoma City, Oklahoma; Paramus, Red Bank and Saddle Brook, New Jersey; White Plains and New York, New York. Experienced across a wide range of legal disciplines, HBS attorneys pride themselves on providing knowledgeable, proactive, client-specific counsel to individuals, domestic and international corporations, state and federal agencies, and nonprofit organizations.

At HBS, we possess the legal knowledge, skill and experience to meet our clients' needs wherever they do business. HBS maintains the highest commitment to ethically and professionally serve our clients by providing the highest quality legal representation.

Hall Booth Smith delivers quality legal services in a variety of practice areas for over 30 years.  Experience across legal disciplines combined with a focus on the unique business or personal requirements of the client is the hallmark of the firm.  Our clients receive the attention, expertise, and cost-effectiveness of a smaller law firm with a full-service and strong regional presence typical of a large law firm.

At HBS, we have the highest commitment to excellence in serving our clients.  Our mission: "**To ethically and professionally serve our clients by providing the highest quality legal representation in a personally enriching firm environment.**" Our promise: **"Serving to Achieve Excellence."**

Exhibit 1
Page 5



## Carl C. Williams
Attorney at Law

**Birmingham Office**
cwilliams@hallboothsmith.com
T: 205.533.9656

Carl C. Williams is a Partner in our office in Birmingham, Alabama, and he focuses his practice on health care, professional negligence and medical malpractice, business litigation and general liability matters.

He joined HBS after working as a commercial litigation attorney at another firm in Birmingham for four years. He was previously a law clerk in Birmingham.

Carl earned a Juris Doctorate from the Cumberland School of Law at Samford University, where he was a member of the Student Bar Association, the Graduate Student Council and Cumberland School of Law's nationally ranked trial team. He also holds a Master of Arts and a Bachelor of Arts, cum laude, from Mississippi State University.

**ADMITTED**

- All state courts in Alabama
- All federal courts in Alabama

**EDUCATION**

- J.D., Cumberland School of Law at Samford University, 2014
- M.A., Mississippi State University, 2011

Exhibit 1
Page 6

- B.A., *cum laude*, Mississippi State University, 2009

**MEMBERSHIPS**

- Birmingham Bar Association

- The Phoenix Club of Birmingham Member and Former Vice President of Internal Events

Exhibit 1
Page 7